Joni Johnson
182823  Unit 7
Baylor Womens Cor. In.
660 Baylor Blud
New Castle DE 19720

07 -   3 9 4

U. S. District Court
844 King Street
Wilmington, DE 19801

Dear Clerk - Please put this Addendum
w/ original Motion mailed June 15, 2007.
    Also, I have had a problem with issues
regarding my mail. Please Notify Me
of Receipt of My Motion's And Any procedures
I need to file because I cannot go to
Law Library & look it up until I Am
granted Judgement As such.

Respectfully,
Joni Joh—



6/18/07

07 -   3 9 4

FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ADDENDUM To The Motion FOR
PRELiminary Injunctive Relief And
Summary Judgement

In RE:   Joni L. Johnson,
            v.          π
         Joseph Biden, JR Δ, et A l

Joni L. Johnson begs this Honorable Court to
please tey And get A Quick Response AND Court
Order, As my Appeal is Time sensitive. At this
time I Am NOT being called to the Law Library
because of an incident the last time I was there
(6/11/07). Whereas, I was Researching 11 § DE § 4214(a),
as it was applied to my Delaware Superior Court Sentence.
Incorrectly. It was A small paper back book—that
I had laying open—When AT 5 minutes before 4:00pm
Count time, he told me to go to my unit for count time,
And he told me to go to my unit for Count time, and
he told me that he would call me back the next Afternoon.
I swept up all of my papers, Real Quick And "Accidently"
swept up the thin paper-back book (easily lost in papers).
AT 4:05 pm (10 minutes Later), mR. O'Connor called for ME
on unit 7 And Asked IF I had the "Supplement."
Immediately I went to my papers AND found the
paper Supplement laying open inside. AT 4:15pm the
Same day (6/11/07), 20 minutes After I Left the Law
Library, mR. O'Connor had the book back in his hands.

ON TUESDAY, June 12, 2007 (The Next DAY), I saw MR. O'Connor in the HALLWAY and told him I was Real sorry for Accidently sweeping up The Pocket supplement. He said it was OK, And he knew it WAS NOT intentional. I ~~Remained~~ Reminded him that he said he would CALL Me bAck on Tuesday, SINCE I did NOT yet get the Copies I Need. MR. O'Connor knows I need the Copies I need. Mr O'connor Knows I need the copies And to work on my Appeal, etc., because we talked About it the day before.

Also, on Tuesday, June 12, 2007 Ms. Russell from Treatment Services, became A middle person, And called me to her office to relay A message to me from the Warden: ① That I AM NOT to write him anymore About My problems ② That he would be filing charges of theft Against ME because of the book from the day before — I told Ms. Russel what happened + that the book was bAck within 20 minutes; she cAlled MR O'connor And verified what I sAid to be true. She then notified the Warden with that information, And she told him that MR. O'Connor will NOT give Me the Necessary extra time in the Law Library w/o Warden Approval. The Warden denied the Request And SAid I would have to go through the sAme process as the Rest of the institution. The sign-up sheet for may 7, 2007 is still hanging on the WALL in Unit 7 AS of this date. (June 18, 2007).

Such times ARE NOT Adequate for filing pro se
Appeal And 42 USC § 1983 petition, and the
attempts to hinder my objective by denial of
My Access And The "Breaking" of photocopier every time I
go to the Law Library, And Accusing Me of stealing.
I have more Respect For The Law Library than anyone
In this institution. Also, Although the book was
back in 20 minutes, the Next DAY the WARDEN
And Ms Russell did NOT Know MR. O'Connor had it
back. I just Need to utilize the Law Library
In Accordance w/ 1st, 6th & 14th Amendments.

                    Respectfully submitted,

                    Joni L. Johnson

June 18, 2007

    CC: AG Joseph Biden JR
        CARL Danberg Commissioner D.O.C.
        Patrick Ryan, Warden B WCI
    For Distribution with the Respective Depts.
*   I have been filing grievances for 3 months, and
NONE HAVE EVER been ANSWERED. It is NOW An
Emergency because if I Miss Any deadlines According
to Delaware Rules of Appollate Procedure, I would be
theawn completely out of court AND Be forced
to serve the entire 4 years MANDATORY w/ No good
time, instead of the 2½ years or Less had counsel NOT
Mis interpreted the law; Therefore, constituting
A Liberty Interest At stake.



Joni L. Johnson
Unit 9 00188843
Baylor Womens Care Inst
1180 Baylor Blvd
New Castle, DE 19720

WILMINGTON DE 197
18 JUN 2007 PM 1 L

U.S.M.S.
X-RAY

United States District Court
For The District of DELAWARE
844 King Street
Wilmington, DE 19801