June 28, 2007
Joni Johnson
BWCI 182823
660 Baylor Blvd
New Castle, DE 19720

Clerk-
United States District Court
844 King Street
Wilmington, DE 19801

FILED
JUL – 3 2007
RGscann
U.S. DIST...
...WARE

07cv394 GMS

RE: Motion for Preliminary Injunctive Relief and Summary Action
(pending filing of 42 USC § 1983)

Dear Clerk:

On June 14, 2007 I placed in the Prison Mail Box depository at BWCI, one copy of "Motion for Preliminary Injunctive Relief and Summary Judgment." Then on June 18, 2007 I sent an "Addendum" with new information. I served on the Attorney General's office; The Commissioner of the D.O.C for service on him and Rick Kearny, Chief, DOC; and one to Patrick Ryan, Warden, for service on him and all other ∆'s listed. At this point and time, I am being denied adequate time in the Law Library to research, draft, prepare, type or anything else. Hence, the urgency of my request to the courts. It is <u>very</u> important that the Court is aware of the extent Warden Ryan, and the administrative staff will go to prevent me from getting information outside of BWCI. They are not above stopping or intercepting mail going out of this prison. When writing to the Bureau chief and Commissioner — the envelopes reappeared in Captain Moore's hands — torn open and he came onto my unit screaming at me for having the audacity to write outside to his superiors.

2-
clerk USDC
6/28/07

It would not surprise me, if they stopped the initial petition and Motion/Addendum. I need the Court to let me know if you received last week, the Motion(s) listed herein, and Addendum. If possible, would I be able to receive a "clocked" copy of the front pages of each (or photocopy of clocked).

I am on a serious Time Line/Deadline with The Delaware Supreme Court on my Direct Appeal from 4 year conviction and sentence, with definitive issues on Appeal. One missed deadline, could result in Dismissal, and therefore creating a Liberty interest.

Therefore, could you please let me know something real soon, as July 3 will be my filing deadline on Notice of Appeal. The main thing that the Court needs to consider is that, without my access to the Law Library, I cannot obtain proper forms, instructions, photocopies, etc -- Therefore, with the 30 day filing deadline, or Direct Appeal of conviction and sentence to Del. Sup. Ct. an Emergency Decision and Order - is Justified.

* I am not represented by Counsel *

Thank you
Joni Johnson

\*I have the two letters in my possession, but have no access to photocopies\*

June 29, 2007
— I Received Notification by mail from Carl Danberg, Commissioner - Dept of Corrections, dated June 19 and again on June 26, 2007. The 6/19 letter states that Mr. Danberg "forwarded your letter to Pat Ryan, Warden at BWCI to handle." The Warden handled the matter by sending me a message that I would "NOT" be permitted "special circumstances" time in Law Library AND that I am "not to contact him anymore with my problems or concerns." Of course I did NOT get the "ORIGINAL" letter of 6/19 until 6/27 when Mr Danberg sent me a copy of the letter, along with a new letter dated June 26, 2007 informing me that he has now sent the problem at BWCI about Law Library to Rick Kearny, Bureau chief, Dept of Corrections and he copied to Aaron Goldstein, Dept. of Justice.

I am running out of time. I have <u>hand copied</u> the "Notice of Appeal" to the Del Supreme <u>Court Ten</u> times! The Law Library (Mr. O'Connor) will not call for me and the Warden will not support my Constitutional Right to the Courts — 1st, 6th & 14th Amd's. Mr. Danberg's instructions to his lower staff to resolve the issue has fallen on Deaf Ears.

I do not even know if I am following proper procedure with Federal Court or Supreme Court/Delaware because I cannot access the Law Library — The entire problem is Retaliatory for exercising my Civil Rights

