07cu394 GMS

July 2, 2007
Joni Johnson
BWCI #00182823
660 Baylor Blvd
New Castle, DE 19720

Clerk
United States District Court
844 King ST
Wilmington, DE 19801

Re: Baylor Womens Correctional Inst.
in Joni Johnson V. Joseph Biden, JR.

Dear Clerk:

Please see Attached copy of letter to
Law Library and Rick Kearny Bureau chief
Advising of a Court deadline with the
Delaware Supreme Court of July 9, 2007.
Because of prison mail procedures
~~I am only~~ the last time I can mail is
thursday pm July 5 in order for the Document
to Reach the Delaware Supreme Court on time.
        Please – I need something to give
So I can have the Necessary time in
the Law Library. There is a serious Liberty
Interest At Stake.
        Thank you for your help.

            Joni Johnson



07cu394 GMS
FILED
JUL - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 2, 2007

Rick Kearny : B.O.P.
245 mckee Road
Dover, De 19901

_____

I know that MR. Danberg Referred
my issue with the BWCI Law Library to you
for Resolution. I can guarantee that mR. O'connor
Nor Warden Ryan will Do Anything to
Resolve the problem. I am a very hated inmate,
So Anything I need is Automatically Denied.
The Warden made his Answer clear. "NO" !
    I have a deadline w/ Delaware Supreme Court
by July 9, 2007 — Therefore it must be in the mail Bag
By Thurs July 5 — The only way I can get the
essential time + material in the Law Library is with
A Memo Directly from you or Mr. Danberg. And
Not to Warden Ryan directing him to Do so.—
Because He will Not Do it — And I will miss A
Court Deadline fighting it.

                Thank you for Resolving
        this very Serious matter,

                    Joni Johnson
                    182823
                    BWCI

July 2, 2007

copy

Mr. O'connor:

I have a court Deadline with the Delaware Supreme Court of July 9, 2007 - which means it has to be in <u>the mail</u> By Thursday night - therefore, I need Access of probably 4-6 hours And <u>multiple</u> photo copies by Thursday, July 5, 2007.

Thank you for your professional Attention to this matter.

Joni Johnson
182823    Unit 7

CC: Rick Kearny, Bop
U.S. District Court



Toni Johnson, WILMINGTON DE 197
Buci 188823
660 Baylor Blvd
New Castle DE 19720

U.S.M.S.
X-RAY

United States
District Court
844 King ST
Wilmington, DE 19801