enclosed please find Statement of Indigency in the MATTER involving Access to LAW LIBRARY AT THE Baylor Womens Correctional Institution In NewCastle, Delaware.

Again this Matter is urgent in that I Am fighting Court Deadlines until Appointment of Counsel (New Counsel) with The Delaware Supreme Court Case 319, 2007 — on Direct Appeal;

Furthermore, I Am Attempting to prepare 42 USC 1983 for MULTIPLE Civil Rights Violations AT The prison. I have REQUESTED LAW LIBRARY Access AT 3 days/wk AT 4-6 Hours per day, postage, typing supplies (including Cor. Ribbon), Mailing supplies etc —

MR. O'Connor Did Allow Me 4 hours last week, but Refuses To Commit to A set schedule, which scares me with the possibility of missing Deadlines AT Supreme Court level.



Thank you —

Joni L. Johnson

