(Rev. 4/97)

# UNITED STATES DISTRICT COURT

Joni L. Johnson
_____
**Plaintiff**

V.

Attorney General Joseph
Delaware Dept of Correction
**Defendant(s)** (Beau) Biden,
Delaware Dept of Correction, etal

I, Joni L. Johnson
_____ declare that I am the (check appropriate box)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07cv394GMS

☑ Petitioner/Plaintiff/Movant        ☐ Other

**FILED**

RGseal

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

If "YES" state the place of your incarceration  Baylor womens correctional Inst.

Are you employed at the institution? no   Do you receive any payment from the institution?_____
*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2.   Are you currently employed?    ☐ Yes    ☑ No

   a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  n/a

   b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   2006 in Nevada   $8,000.00 on 12/31/06
   W-2 form

3.   In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources ✱ other than 2006 employment | ☐ Yes | ☑ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

I have not worked since Jan 3, 2007  Heart Attack

4.    Do you have any cash or checking or savings accounts?          ☐ Yes          ☒ No

If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

☐ Yes          ☒ No

If "Yes" describe the property and state its value.

n/a

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

None

I declare under penalty of perjury that the above information is true and correct.

4-20-07
DATE

_____
SIGNATURE OF APPLICANT

---

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 1.20 _____ on account his/her credit at (name

of institution) Delores J. Baylor Womens Institution.

I further certify that the applicant has the following securities to his/her credit:

I further certify that during the past six months the applicant's average monthly balance was $ 14.00

and the average monthly deposits were $ 13.00 .

4-24-07
Date

_____
SIGNATURE OF AUTHORIZED OFFICER

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*



Joni Johnson
#159223 B.W.C.I.
660 Baylor Blvd
New CASTLE DE 19720

United States District Court
844 King St
Wilmington, DE 19801