IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JONI L. JOHNSON,                    )
                                    )
        Plaintiff,                  )
                                    )
        v.                          ) Civil Action No. 07-394-GMS
                                    )
JOSEPH BIDEN, JR.,                  )
COMMISSIONER CARL DANBERG,          )
BUREAU CHIEF RICK KEARNY,           )
WARDEN PATRICK RYAN, COLLEEN        )
SHOTZBURGER, MS. RUSSEL,            )
MR. O'CONNOR,                       )
                                    )
        Defendant(s).               )

**ORDER**

1.   The plaintiff Joni L. Johnson, SBI #182823, a pro
se litigant who is presently incarcerated, has filed this action
pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee
or a request to proceed in forma pauperis pursuant to 28 U.S.C. §
1915.

2.   On July 6, 2007, this Court assessed the plaintiff
the $350.00 filing fee and ordered her to provide a request to
proceed in forma pauperis and a certified copy of her prison
trust fund account statement for the six-month period immediately
preceding the filing of the above-referenced complaint.   The
plaintiff submitted the required documents on July 10, 2007.
Based on the plaintiff's submissions, her request to proceed in

forma pauperis is granted.

3.  In evaluating the plaintiff's account information
pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that
the plaintiff has an average account balance of $14.00 for the
six months preceding the filing of the complaint.  The
plaintiff's average monthly deposit is $13.00 for the six months
preceding the filing of the complaint.  Accordingly, the
plaintiff is required to pay an initial partial filing fee of
$2.80, this amount being 20 percent (20%) of $14.00, the greater
of her average monthly deposit and average daily balance in the
trust fund account for the six months preceding the filing of the
complaint.  **Therefore, the plaintiff shall, within thirty days
from the date this order is sent, complete and return to the
Clerk of Court the attached authorization form allowing the
agency having custody of him to forward the $2.80 initial partial
filing fee and subsequent payments to the Clerk of the Court.
FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN
30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN
DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

4.    Upon receipt of this order and the authorization form, the Warden or other appropriate official at Delores J. Baylor Women's Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $2.80 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court.  Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delores J. Baylor Women's Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

5.    Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: July 13, 2007

United States District Judge

FILED

JUL 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JONI L. JOHNSON,     )
           )
   Plaintiff,    )
           )
   v.       ) Civil Action No. 07-394-GMS
           )
JOSEPH BIDEN, JR.,    )
COMMISSIONER CARL DANBERG, )
BUREAU CHIEF RICK KEARNY, )
WARDEN PATRICK RYAN, COLLEEN )
SHOTZBURGER, MS. RUSSEL,  )
MR. O'CONNOR,      )
           )
   Defendants.   )

**AUTHORIZATION**

I, Joni L. Johnson, SBI #182823, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.80 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *July 13*      , 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff