Civil Action No: 07-394-GMS

To United States District Court!

According to Docket entries in the matter of Joni Johnson V. Joseph Biden et Al, 42 USC 1983 there is an indication that something was mailed to me about assignment to a magistrate. I have never received such.

<u>Also</u> — I am again reiterating that The Actual 42 USC §1983 has not yet been completed in full Because of The B.W.C.I. staff + Warden Refusing Access to the Law Library Because they know and are Hindering intentionally to stop or hold Back the filing. Please — I am on time deadlines w/ Supreme Court, Delaware, 3/9, 2007 — And Need to work on that, As well as the <u>full</u> 42 §1983 with <u>multiple</u> Civil Rights violations — As previously indicated.

Thank you for your prompt Attention


FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Joni Johnson
# 182823 BWCI
660 Baylor Blvd
New Castle, DE 19720

<u>REQUEST updated Docket entries</u>

Joni Johnson
#182823
B. W.C.I.
660 Baylor Blvd
New Castle DE 19720

WILMINGTON DE 197
25 JUL 2007 PM 2 T

Clerk—
United States District Court
844 King St Federal Court House
Wilmington DE 19801

Legal mail