OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 31, 2007

TO: Joni L. Johnson
    #182823
    Delores J. Baylor Women's Correctional Institution
    660 Baylor Boulevard
    New Castle, DE 19720

*RE: Request for Docket Sheet and Magistrate Consent Notice;
    CA 07-394(GMS)*

Dear Ms. Johnson:

   This office received a letter from you requesting an updated docket sheet and the magistrate consent notice. Enclosed please find the forms you have requested.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc: The Honorable Gregory M. Sleet
enc: Docket Sheet, Magistrate Consent Notice