IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 07-394-GMS<br>) |
| JOSEPH BIDEN, JR.,<br>COMMISSIONER CARL DANBERG,<br>BUREAU CHIEF RICK KEARNY,<br>WARDEN PATRICK RYAN, COLLEEN<br>SHOTZBURGER, MS. RUSSEL,<br>MR. O'CONNOR, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |



FILED AUG 1 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

I, Joni L. Johnson, SBI #182823, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.80 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 13, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 5, 2007, 2007.

_Joni L. Johnson_
Signature of Plaintiff

Joni L. Johnson
BWCI #00182823
deto Baylor Blvd
New Castle, De 19720

WILMINGTON DE 197
13 AUG 2007 PM 2 L

U.S.M.S.
X-RAY

United States District Court
844 King St.
Wilmington, De 19801

19801433513