\* please photocopy & return to me \*
I have no access to copy machine
& no access to law library

8/5/07

Joni Johnson
#182823 BWCI
660 Baylor Blvd
New Castle, DE 19720

Clerk —
U.S. District Court
844 King St
Wilmington, DE 19801

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDscanned

Re: 07-394-GMS

Dear Clerk:

Enclosed please find "Authorization" to withhold $2.80 & subsequent payments from my account as ordered by this Honorable Court.

The withdrawals will be as soon as I receive funds, which is rarely. I am unable to obtain employment in prison because of medical problems. Three weeks ago I had a heart attack & 3 days after being released from Christiana Hosp. I suffered my third stroke and when I fell, I broke my ribs. I have again just been released from the hospital, back to the prison.

Thank you,
Joni Johnson