IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   C. A. No.  07-394-GMS |
| | ) |
| JOSEPH BIDEN, JR., COMMISSIONER | ) |
| CARL DANBERG, BUREAU CHIEF | ) |
| RICK KEARNY, WARDEN PATRICK | ) |
| RYAN, COLLEEN SHOTZBURGER, | ) |
| MS. RUSSELL, and MR. O'CONNOR | ) |
| | ) |
|     Defendants. | ) |

## LIMITED ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Catherine Damavandi on behalf of Commissioner Carl C. Danberg.  This entry is for the limited purpose of filing a response to *Plaintiff's Motion for Preliminary Injunctive Relief* as ordered by this Court on October 11, 2007. This limited entry of appearance is not a waiver of any jurisdictional defects or defects of service upon Defendant Danberg.  The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Catherine Damavandi
                                                Catherine Damavandi, ID#3823
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street, 6th floor
                                                Wilmington, DE 19801
Dated: October 18, 2007                    (302) 577-8400
                                                catherine.damavandi@state.de.us

*CERTIFICATE OF SERVICE*

I hereby certify that on October 18, 2007, I electronically filed a *Limited Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 18, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Joni Johnson, Inmate
SBI#182823
Delores J. Baylor Women's Correctional Institution,
660 Baylor Blvd.,
New Castle, DE 19720

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us