IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   C. A. No. 07-394-GMS |
| | ) |
| JOSEPH BIDEN, JR., COMMISSIONER | ) |
| CARL DANBERG, BUREAU CHIEF | ) |
| RICK KEARNY, WARDEN PATRICK | ) |
| RYAN, COLLEEN SHOTZBURGER, | ) |
| MS. RUSSELL, and MR. O'CONNOR | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTIVE RELIEF**

COMES NOW, Defendant Carl C. Danberg ("Defendant"), by and through undersigned counsel and hereby opposes Plaintiff's *Motion for Preliminary Injunctive Relief.* (D.I. 14). In support of his position, Defendant states the following:

1. On or about June 18, 2007, Plaintiff Joni Johnson ("Johnson"), an inmate incarcerated at the Baylor Women's Correctional Institution ("BWCI") commenced this action by filing a *Motion for Preliminary Injunctive Relief.* (D.I. 1). On or about July 10, 2007, Johnson filed a motion for leave to proceed *in forma pauperis* against the above - captioned Defendants. (D.I. 8). On or about October 11, 2007, Defendants were ordered by the Court, to respond to Johnson's Motion for Injunctive Relief on or before October 18, 2007. (D.I. 14).

2. A service order has not been issued by the Court because the *pro se* inmate complaint has not yet been reviewed by the Court pursuant to 28 *U.S.C.* § 1915. Thus,

Defendants have not been served with the Complaint. Defendant Danberg does not waive service by the filing of this motion, or any other affirmative defenses. However, given the Court's Order, the allegations contained in Johnson's motion and in the interests of preserving their rights and arguments, Defendant files this response in opposition to Johnson's Motion for Injunctive Relief.

3. Plaintiff contends that State Defendants have prevented her from filing a lawsuit revealing prison abuses by denying her access to her legal research, legal documents, and access to the law library. Not only does Plaintiff fail to identify the specific conduct which demonstrates a wrongful interference with her constitutionally protected right to access the courts, but also, fails to specify the involvement that these Defendants had in furtherance of the alleged deprivation.

4. Federal Rules of Civil Procedure Rule 65(a) sets out the standard to bring into play injunctive relief. "[T]he grant of injunctive relief is an 'extraordinary remedy, which should be granted only in limited circumstances.'" *Instant Air Freight Co. v. C.F. Air Freight, Inc.*, 882 F.2d 797, 800 (3d Cir.1989) (quoting *Frank's GMC Truck CTR. v. Gen. Motors Corp.*, 847 F.2d 100, 102 (3d Cir. 1988)). The decision to grant or deny a motion for injunctive relief rests with the sound discretion of the district judge. *Eli Lilly & Co. v. Premo Pharmaceutical Laboratories, Inc.*, 630 F.2d 120, 136 (3d Cir. 1978).

5. The purpose of injunctive relief is to address a presently existing threat. *Continental Group, Inc. v. Amoco Chem. Corp.*, 614 F.2d 351, 359 (3d Cir. 1980) (quoting *Holiday Inns of Am., Inc. v. B & B Corp.*, 409 F.2d 614, 618 (3d Cir. 1969). Therefore, the party seeking an injunction must demonstrate that the threatened injury is immediate.

6. In order to grant injunctive relief, the court must be sufficiently satisfied that the party seeking relief has demonstrated: (1) a reasonable probability of success on the merits; (2) immediate and irreparable injury will suffer if relief is denied; (3) a grant of relief will not result in greater harm to the other party; and (4) the public interest will be served by the grant of injunctive relief. *Clear Ocean Action v. York*, 57 F.3d 328, 331 (3d Cir. 1995); *Maldonado v. Houston*, 157 F.3d 179, 184 (3d Cir. 1998). "All four preliminary injunction factors should favor preliminary relief before injunction will issue." *S & R Corp. v. Jiffy Lube Inter., Inc.*, 968 F.2d 371, 374 (3d Cir. 1992).

7. Plaintiff contends that she is being denied access to the law library.[1] Plaintiff has failed to produce substantial evidence that State Defendants denied her access to her legal research, legal documents, photocopies, and stationary supplies. To the contrary, however, Plaintiff has visited the law library at BWCI numerous times from July 2006 to the present. <u>See attached Exhibit A, Affidavit of BWCI Law Librarian George O'Connor.</u> State Defendants have fully accommodated Plaintiff's requests for stationary supplies, legal documents, ability to make photocopies, and access to legal research, as evidenced by the Inmate Law Library Appointment Report (Report included in <u>Exhibit A</u>). Therefore, Plaintiff cannot show the likelihood of success on any claim that she was denied access to the law library.

8. Regarding the element of immediate and irreparable injury, Plaintiff states that she is being denied access to the Courts to make various legal filings. Plaintiff has failed to produce substantial evidence that State Defendants denied her access to the Courts. State Defendants have not obstructed Plaintiff's ability to make Court filings. Instead,

---

[1] Plaintiff fails to cite to any specific violation of state or federal law in making this claim (denial of access to the law library).

Plaintiff has received substantial assistance from the law library staff in receiving state and federal legal forms, making photocopies, notarizing documents and help with other occurrences in the law library. <u>See attached Exhibit A, Affidavit of BWCI Law Librarian George O'Connor.</u> Plaintiff has failed to show that she missed any opportunities to file in Court as a result of BWCI staff.

      9. There is no sufficient evidence that State Defendants have refused appropriate accommodations for Plaintiff's access to her court needs. To the contrary, inmates at BWCI are provided an inmate handbook that lists available programs and services, including use of the law library services. <u>See</u> <u>Exhibit B, Inmate Handbook.</u> Specifically, the inmate handbook outlines the procedures an inmate must follow to use the library. <u>Id.</u> Plaintiff is aware of the rules and regulations pertaining to access to the law library. <u>Id.</u>

      11.    Clearly, the record does not support that Plaintiff was denied access to legal research, legal documents or access to the law library. In fact, all inmates are eligible to access the library services free of charge.

      12.    To succeed, Plaintiff must demonstrate that the threatened injury is immediate and clearly shown. *Acierno v. New Castle County*, 40 F.3d at 645. Plaintiff has failed to make an adequate showing that she faces immediate and irreparable harm.

      13.    Lastly, the Plaintiff does not consider the effect of the injunction on other interested persons as well as the public interest in general. A prisoner does not have the right to unlimited law library access. For safety concerns (including consideration of all other inmates requesting use of the law library), as outlined in <u>Exhibit A</u>, inmates must request their law library access in advance in order to receive that accommodation. The prison regulations governing access to the law library are related to legitimate

penological interests.

## CONCLUSION

Based on the reasons set forth above, State Defendants contend that the Plaintiff has not demonstrated an adequate showing to warrant the extraordinary relief that she is requesting. Therefore, State Defendants respectfully request the Court deny Plaintiff's motion for injunctive relief.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi
Catherine Damavandi, I.D. No. 3823
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Catherine.Damavandi@state.de.us
Attorney for State Defendants

DATE: October 18, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 18, 2007, I electronically filed *Defendant's Opposition to Plaintiff's Motion for Preliminary Injunctive Relief* with the Clerk of Court using CM/ECF. I hereby certify that on October 18, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Joni Johnson, Inmate
SBI#182823
Delores J. Baylor Women's Correctional Institution,
660 Baylor Blvd.,
New Castle, DE  19720

.

                                         **STATE OF DELAWARE**
                                         **DEPARTMENT OF JUSTICE**

                                         /s/ Catherine Damavandi
                                         Catherine Damavandi, I.D. No. 3823
                                         Deputy Attorney General
                                         820 North French Street, 6th Floor
                                         Wilmington, Delaware 19801
                                         (302) 577-8400
                                         Catherine.Damavandi@state.de.us
                                         Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOSEPH BIDEN, JR., COMMISSIONER )<br>CARL DANBERG, BUREAU CHIEF )<br>RICK KEARNY, WARDEN PATRICK )<br>RYAN, COLLEEN SHOTZBURGER, )<br>MS. RUSSELL, and MR. O'CONNOR )<br>)<br>Defendants. ) | Civ. No. 07-394-GMS |

## AFFIDAVIT OF GEORGE O'CONNOR

I, George O'Connor, having been duly sworn according to law do hereby state the following:

1. I make the following statements based upon my personal knowledge, and specialized training and experience as a Department of Correction employee.

2. I have been employed with the Delaware Department of Correction since October 18, 2004. Currently, I am the Paralegal/Law Librarian at the Baylor Women's Correctional Institution (BWCI) located in New Castle, Delaware. I have held this position since July 11, 2005. My duties include facilitating communications between inmates and the courts through law library services. This is accomplished through the use of the telephone as well as written communications. I also make possible Family Court Mediations between inmates and other parties via teleconference. I am responsible for maintaining the legal collections, supervising the use of the BWCI inmate law library,

supervising the inmate law clerk, scheduling law library appointments and recording/maintaining data on law library use by the BWCI inmate population.

3. Inmates at BWCI are provided with an inmate Handbook (excerpted here as Exhibit 1 regarding library access) that informs them of programs and services available to them, including law library services and how to gain access to the law library. The law library is open Monday through Friday (except on legal holidays). In addition to assistance with legal research, inmates are provided court forms such as motions and petitions free of charge upon request. Inmates with pending court filing deadlines must notify me to be given priority scheduling.

4. All inmates, irrespective of their housing areas, must sign the scheduling sheet posted in each housing unit to access the law library services. Scheduling is necessary to maintain order with the inmate movement in the facility. Institutional security and safety for inmates and staff is paramount.

5. An inmate housed in a maximum security housing unit such as death row is provided in-cell paralegal assistance upon request. I conduct a personal interview with the inmate to determine what assistance is needed. I perform the legal research and/or make the requested telephone calls needed to assist in resolution of the legal issues. When I complete the research and inquiries I provide the results to the inmate.

6. Arrangements are made with the security staff for escort to the law library of inmates housed in the infirmary/medical unit seeking library assistance when needed.

7. Joni L. Johnson is an inmate at BWCI who has been granted repeated access to the law library since July 18, 2006. The duration of her visits to the law library varies, sometimes reaching four (4) hours. Records of Joni L. Johnson's visits to the library,

including date, time called, time arrived, and time departed, have been kept by me, and are attached hereto as Exhibit 2.

8. In addition to her access to the law library, Joni L. Johnson has been given access to legal forms, legal research and stationary supplies. I have personally provided copies of legal forms and research to her when she makes such requests. From April 2007 to October 2007, well over two thousand (2000) copies of legal documents have been made for Joni L. Johnson, free of charge. Records of Joni L. Johnson's visits to the library have been kept by me, including a description of legal assistance provided, and the number of copies made for Joni L. Johnson, and are attached hereto as Exhibit 2.

9. Joni L. Johnson is well aware of the procedures in place and services provided at the BWCI Law Library. On June 11, 2007, Joni L. Johnson was cited for the removal of a Delaware Code supplement from the Law Library. The record of this visit is included in Exhibit 2, and was also written up in Incident Report #2006950 and Disciplinary Report #2006316.

10. Joni L. Johnson's access to the law library has been permitted to the fullest extent allowed by BWCI. Her access to the law library, to legal research, legal documents, and the ability to make copies have been accommodated as recently as yesterday (October 17, 2007).

_____
George O'Connor

SWORN TO AND SUBSCRIBED before me this 18th day of October, 2007.

_____
Notary
BRENDA P. BROWN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires October 17, 2009

# EXHIBIT B

# EXCERPT OF INMATE HANDBOOK

4

## SECURITY

Our security staff are here to help you, as well as provide for the order and safety of the Institution. To accomplish this, correctional officers need to perform routine headcounts, searches, shakedowns, lockdowns, and other functions. Your responsibility is to cooperate and follow the orders and instructions given by correctional staff.

## TELEPHONE CALLS

1. Upon entrance into the Institution, you may be permitted to make one phone call.
2. You are asked to complete a form and list the names, addresses, and telephone numbers of 10 people who you can call collect.
3. The telephones in your unit are on the same times everyday (10:00 am until 3:00 pm and 6:00 pm until 10:00 p.m.).
4. You are permitted to make up to three 15 minute phone calls a day.
5. According to BWCI Policy 7.51, If a No Contact Order prevails, you are not allowed to contact that individual via telephone. Collect calls can be made from your housing unit. When placing a call enter your SBI number.
6. It is your responsibility to find individuals who will accept collect calls.
7. Your counselor of the law librarian will only assist in making appropriate phone calls to state or professional organizations. (See Sections on Law Library and Institutional Counselors)
8. Do not request personal calls from any staff. Emergencies are reviewed on a case by case basis.
9. Internal Affairs can be reached on 1-800-264-9667.
10. Any changes to your original telephone list will be made during the first two weeks of March, June, September, and December or at the discretion of the telephone monitor.

## LAW LIBRARY

The Law Library is open Monday through Friday (except on state holidays). The Law Library provides the following services for residents of BWCI

Assistance with legal research, typing, copying, Family Court matters (visitation, custody, guardianship, etc.), and legal phone calls to Public Defender/Private Attorney.

Personal calls will not be permitted from the Law Library.

If you need to make a Law Library appointment, you must sign your full name on the scheduling sheet in your unit. In addition to your name, provide the reason(s) for making the appointment. Failure to do so will result in the loss of your appointment for that day.

13

## DELAWARE MENTOR PROGRAM

The Delaware Mentor Program (Phase I) offers 48-52 educational workshops, designed to help women take a look at their core issues, develop an understanding of how they made poor choices, set new goals for their lives and begin to acquire the values, knowledge and skills required to become productive members of the community.

Graduates of the Phase I Program receive certificates upon successful completion of this twelve-week program.

In addition, the Delaware Mentor Program offers group meetings, referrals, and one-on-one mentoring at DJBWCI, Plummer Community Center, and Sussex Work Release Center.

## MENTAL HEALTH

Mental health services are provided by an independent medical service provider. DJBWCI has a duly qualified mental health professional assigned to the institution. This person provides both individual and group counseling.

Individual appointments are scheduled via written requests from residents. When necessary, this contractor does psychological evaluations for classification purposes.

Group meetings are once a week for 28 weeks and participants are given certificates upon successful completion.

## THE HARBOR

The Harbor Program is located in Unit 6 to help residents with special needs and challenges. These special needs residents will get individualized services while housed at the Harbor. Classification will make the final determination as to the participants in the program.

## HORTICULTURE

Horticulture is a seasonal job in which classified residents learn about the planting, and gardening of various fruits and vegetables. Space is limited. In order to be considered, send your requests to classification.

## TUTORING

Tutoring services are offered through the institution's educational department, providing extra help for students, who are preparing for their GED. Tutoring sessions are held nightly. Students work one on one with resident or outside tutors.

## COMPUTER INSTRUCTION

The computer lab offers a wide variety of classes such as Microsoft Word, Advanced Word, Excel, and Powerpoint. Each course takes approximately four months to complete and provides a combination of Introduction, Intermediate, and Advanced Instruction. Classes are offered to sentenced residents and staff members. Students also have an option to participate in an Apprenticeship Program offered by the Department of Labor. A student can become a computer operator apprentice with the successful completion of 150 hours of computer instruction and 2000 on the job training hours in a computer-related employment position.

## LIBRARY

Library books are accessible to all residents. Twice a week the library aide will come to your unit with a book cart. You may borrow up to two (2) books at a time for a period of one week.

The library is located in the institution's educational wing. The library has different types of books such as textbooks, fiction, non-fiction, magazines, reference material, self-help, romance, and religious.

Please do not damage or destroy any library material.

## LIFE SKILLS

Life Skills is a four month program instrumental in the development of interpersonal skills, violence reduction, communication, resume writing/job search, family values, academics and self-esteem.

You must be classified to the program. Certificates are presented to those who successfully complete the program.

## LAW LIBRARY (Cont'd)

Listed below are the assigned days for each unit:

Unit 3 - Tuesday and Thursday
Unit 4 - Tuesday and Thursday
Unit 5 - Monday and Wednesday
Unit 6 - Monday and Wednesday
Unit 7 - Monday and Friday
Unit 8 - Tuesday and Thursday
Unit 9 - Tuesday and Thursday

Appointments are scheduled on a first come, first served basis. Inmates with proof of a pending filing deadline will be given priority. If you have a pending filing deadline or you have to respond to a court order, you must notify the staff paralegal via institutional mail. If you are not called on your unit's assigned day you must re-sign the sign-up sheet for your unit's next assigned day.

## VISITATION

**Personal Visits** - Personal visits are considered a privilege. Residents are given a one (1) hour visit per week. To schedule a visit, family and/or friends may call (302) 577-5637 Sunday through Wednesday evenings from 5:00 pm to 10:00 pm. Remember, visits are scheduled on a first come, first served basis. It is advisable for potential visitors to schedule early in the week. Visiting days are Thursday through Monday. Visiting hours are listed below:

10:00 AM  ;  11:00 AM
11:30 AM  ;  12:30 PM
1:00 PM   ;  2:00 PM
2:30 PM   ;  3:30 PM

Residents may have up to three (3) visitors at a time. If more than three visitors, visits must be split in half-hour duration. Former inmates are not allowed to visit BWCI residents, except immediate family members.

**Professional Visits** - Professional visits are reserved for social workers and other professionals representing outside agencies. They should be scheduled in advance through your counselor.

**Pastoral Visits** - Pastoral visits are scheduled through the Chaplain's office.

**Special/Extended Visits** - Special or extended visits must be approved in advance by the Deputy Warden (or designee).

**Lawyers/Probation Officer** - Attorneys and probation officers should call to notify the institution of their plans to visit. No visits are permitted after 7:00 pm. Any exceptions, must be approved in advance by the warden or designee.

# EXHIBIT C

# INMATE LAW LIBRARY APPOINTMENT REPORT FOR JONI L. JOHNSON

# Inmate Law Library Appointment Report

Wednesday, October 17, 2007

Last Name: JOHNSON
First Name: JONI
MI:
SBI: 00182823

| Date Requested | Sanctioned Inmate | No Rejected Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance Excused |
|---|---|---|---|---|---|---|---|---|
| 07/18/2006 | ☐ | ☐ ☐ | | 9:00 | 10:00 | 3:55 | ☑ | ☐ |
| 07/20/2006 | ☐ | ☐ ☐ | Legal research . Legal information Request various court forms. | 10:00 | 11:00 | 3:50 | ☑ | ☐ |
| 03/23/2007 | ☐ | ☐ ☐ | Legal research. COURT Responding to a letter I received from the inmate, requesting to come to the L/L. As per the unit co. | 1:45 | | | ☑ | ☐ |
| 03/30/2007 | ☐ | ☐ ☑ | COURT Responding to a letter I received from the inmate requesting to come to the L/L. As per the unit C.O. | 10:30 | | | ☐ | ☐ |

Page 1 of 6

Page 2 of 6

Last Name: JOHNSON
First Name: JONI
MI:
SBI: 00182823

| Date Requested | Sanctioned | Inmate Rejected | No Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance Excused |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L, inmate requested and was provided Numerous copies of inmates legal papers, a 1983 &285 federal civil right form & attorney Tom Donovan's address / phone #. | 10:45 | 11:00 | 1:20 | ☑ | ☐ |
| 04/09/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. Legal research, Call attorney Tom Donovan @302-744-9321. | 11:00 | 11:30 | 12:15 | ☑ | ☐ |
| 04/17/2007 | ☐ | ☐ | ☐ | Responding to the inmates letter, requesting to come to the L/L. Legal research make copies. Very large stack of papers to be copied. Numerous copies of legal papers more than 50 to be copied. | 1:15 | 1:25 | 3:40 | ☑ | ☐ |
| 04/20/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. Inmate doing legal research. Inmate request copies of her papers to be made. One copy of a large set of papers, guessing more than 50 pages to be copied. Another stack of more than 50 pages, inmate request that she needs 7 copies of this very large set of papers. Inmate claims they are to go along with her 1983 civil suit several department of correction rules and procedures are in the stack of papers inmate states she was given them by fellow inmate shield luff who had gotten them from the ACLU with her 1983. Also it appears several of inmate luffs papers are also in with inmates JJ. When asked what she was doing with them she said she was given them by Luff. I became suspicious about these papers and turned them over to my supervisor C. Shotzberger who is handling this matter. Inmate asked about the status of her copies and I had told her the papers where turned over to Mrs. Shotzberger for review due to the sparious nature of her coming about DOC policies and procedures and another inmates personal papers. Inmate state she will send the papers out to the ACLU to be copied when she gets them back. Inmate requested and did receive a general power of attorney form which was notarized. Inmate was previously warned and admonished about given legal advise to fellow inmates. Inmate asked to leave the L/L and return to her unit as she became unruly and loud when asked to stop giving legal advise to fellow inmate Charbonneau. @ 2:00 papers returned to inmate Johnson without further incident. | 9:30 | 9:50 | 11:50 | ☑ | ☐ |
| 05/08/2007 | ☐ | ☐ | ☑ | MEDICAL. As per the unit C.O. Gardley, inmate is in Christiana hospital due to a medical condition. | 10:30 | | | ☐ | ☐ |

Last Name: JOHNSON
First Name: JONI
MI:
SBI: 00182823

| Date Requested | Sanctioned | Inmate Rejected | No Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance | Excused |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/2007 | ☐ | ☐ | ☐ | Inmate requested and did receive a superior court sentence modification form. Legal research. Inmate requested to review the DOC cap stun policy. Inmate requested and was given a pen and legal pad paper with envelopes. | 9:00 | 9:35 | 2:35 | ☑ | ☐ | ☐ |
| 06/01/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. Legal research. Call to medical by unit C.O. Hagan. | 9:30 | 9:45 | 11:30 | ☑ | ☐ | ☐ |
| 06/01/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. Inmate also wrote similar letter to the Warden demanding 3 days per week @ 3-6 hours at a time. When the inmate arrived I explained the procedure to her and said I would try and have her come to the L/L as much as would be possible. Given the number of inmate that request to come down to the L/L on a daily basis and while trying to follow the established procedures for accessing the L/L, her request was not practical. But I would see what I could do. Legal research & copies of legal paper work. Inmate left the L/L prior to the 1600 count and just after we had a conversation about the resent theft of the L/L books by her fellow inmates. I check the shelves to see if all the books used for the day were returned and the 2006 supplement for the Delaware Code, that Inmate Johnson was using was gone. See incident report #2006950 and disciplinary report #2006316. | 1:30 | 1:55 | 3:55 | ☑ | ☐ | ☐ |
| 06/19/2007 | ☐ | ☐ | ☐ | Inmate riffling through draws under the type writer desk looking for paper slamming the same. Inmate also rummaging through the book shelves. Inmate did not ask me the L/L for assistance. It is obvious inmate is testing the L/L patience. Inmate warned and admonished about this type of behavior. 75 copies made for inmate law suit and various legal papers. Inmate also given after requesting 6 envelopes to mail out legal papers. | 1:50 | 2:00 | 3:40 | ☑ | ☐ | ☐ |
| 07/03/2007 | ☐ | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. Inmate requested and received a Superior Court Prothonatary's request from for sentence orders, transcripts, etc. Also inmate was given as she requested a Delaware Supreme Court Motion of Appeal and a motion to proceed in forma pauperis. Inmate also requited 5 x 175 = 875 total copies. Notarize inmates in-forma pauper is filing. | 10:45 | 12:40 | 3:00 | ☑ | ☐ | ☐ |

Page 3 of 6

Last Name: JOHNSON
First Name: JONI
MI:
SBI: 00182823

| Date Requested | Sanctioned Inmate | No Rejected Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance Excused |
|---|---|---|---|---|---|---|---|---|
| 07/06/2007 | ☐ | ☐ | Responding to a letter I received from the inmate requesting to come to the L/L. inmate conducting legal research and request that I call her unit to have her food saved for her to consume latter due to all her legal paper work being spread out on the table. She would prefer a "feed in" as to go to the messhall to eat as she can't bring her paper work with her. As per C.O. Hughes feed in. Inmate requested copies of her legal papers be made as to send out with the rest of her court filings. 85 x 5 =425 total copies made today. | 12:00 | 12:30 | 3:30 | ☑ | ☐ |
| 07/30/2007 | ☐ | ☐ | MEDICAL | 11:50 | | | ☐ | ☐ |
| 08/16/2007 | ☐ | ☑ | MEDICAL | 12:30 | | | ☑ | ☐ |
| | | | Responding to a letter I received from the inmate requesting to come to the L/L. as per the unit C.O. Mast, inmate is out of the institution to the Hospital, Christiana. | | | | | |
| 08/22/2007 | ☐ | ☐ | Responding to a letter that I received from the inmate requesting to come to the L/L. moved from unit 7 to unit 5. Inmate in medical as per the unit C.O. Smith. | 10:45 | 11:00 | 3:20 | ☑ | ☐ |
| | | | Responding to a letter that I received from the inmate requesting to come to the L/L. Legal research to include title 11 & supplement of Delaware code. Inmate requested and did receive 20 copies of her various legal papers. Also 16 documents of various types and or content were notarized as per the inmates request. Inmate does not have her I.D> card with her. She states it was lost in the hall way earlier in the day. I warned and admonished her to report it to the unit C.O. upon her return to her unit. Her I.D. I verified using the prison roster & DACS. As she has numerous AKA's. Inmate also requested to see / review DOC policy & procedure #4.2 Rules of conduct. Granted. Inmate requested to go to lunch @ 12:00 -12:30 and P/U her meds at the med window. Legal research & inmate further requested and was provided with a Superior Court motion for post conviction relief. | | | | | |
| 08/24/2007 | ☐ | ☐ | Responding to a note that I received from the inmate requesting to come to the L/L. Legal research. Inmate requested and did receive a prothonotary's request for information form. Inmate requested to the "Ineffective assistance of counsel" binder. (blue colored book). Inmate has her ID card, she states she found it. | 11:30 | 11:45 | 3:05 | ☑ | ☐ |

Last Name: JOHNSON
First Name: JONI
MI.
SBI: 00182823

Page 5 of 6

| Date Requested | Sanctioned Inmate | No Rejected | Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance | Excused |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/2007 | ☐ | ☐ | ☐ | Responding to a note I received from the inmate requesting to come to the L/L. In the note, inmate states that "she has filling deadline to meet with the courts." Inmate presents and is working independently on her legal papers. Inmate requested that I notarize a hand written document, at the top of the page was #16. Notarized. Inmate law clerk, Tammy Eidelsburger, made 210 copies of inmates legal paper work at her request. Inmate also requested to use the large stapler for "binding" of her documents to be sent by her to the Delaware Supreme Court. Before leaving the L/L for the day, inmate requested that the inmate law clerk, TE make an additional 30 copies of various legal papers for the inmate. Stapler and the 3 prong hole puncher returned. | 9:30 | 9:45 | 3:30 | ☑ | ☐ | ☐ |
| 08/31/2007 | ☐ | ☐ | ☑ | MEDICAL | 11:00 | | | | | |
| As per the unit C.O. Pierce inmate is in medical. | | | | | | | | | | |
| 09/06/2007 | ☐ | ☐ | ☐ | Responding to a note I received from the inmate requesting to come to the L/L. Legal research. Inmate requested to use the Delaware code, the Delaware Rules of the Court, various atlantic reporters and other research materials. Copies. | 11:15 | 11:50 | 3:40 | ☑ | ☐ | ☐ |
| 09/07/2007 | ☐ | ☐ | ☐ | Responding to a note I received from the inmate requesting to come to the L/L, Leagal research.Inmate requested to use the Delaware code, Delaware Rules of the Court and other research materials including the Atlantic reporters. Inmate requested to use the stapler and also requested 2 long white envelops. Inmate requested to return to the L/L to continue with her legal research. Inmate conducting legal research and requested to use the Delaware code, Delaware Rules of the Court and other research materials including the Atlantic reporters. | 11:30 | 11:50 | 2:40 | ☑ | ☐ | ☐ |
| 09/12/2007 | ☐ | ☐ | ☑ | REFUSAL | 1:15 | | | | | |
| Responding to a note I received from the inmate requesting to come to the L/L. Called unit 3-x. As per the unit C.O. Kearny. | | | | | | | | | | |
| 09/17/2007 | ☐ | ☐ | ☐ | Inmate requested to use to rules of the court book for state court / as well as the De. Code & suplement & various Atlantic reporters. Inmate requested that copies of her various legal papers be made. A total of 78 copies were made for the inmate. | 9:45 | 10:40 | 3:40 | ☑ | ☐ | ☐ |
| 10/02/2007 | ☐ | ☐ | ☐ | Responding to a note that I received from the inmate requesting to come to the L/L. Inmate requested and is using the Delaware rules of the court both state and federal. Also inmate request and was provided with a federal civil rights 1983 form. | 1:00 | 1:45 | 3:45 | ☑ | ☐ | ☐ |

Last Name: JOHNSON
First Name: JONI
MI.
SBI: 00182823

| Date Requested | Sanctioned | Inmate Rejected | No Show | Reason | Time Called | Time Arrived | Time Departed | Assistance Provided | Assistance Excused |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2007 | ☐ | ☐ | ☐ | Responding to a note that I received from the inmate requesting to come to the L/L. Inmate requested and did receive 28 copies of her various legal documents. | 3:10 | 3:15 | 3:45 | ☑ | ☐ |
| 10/09/2007 | ☐ | ☐ | ☐ | Legal research. Inmate requested to use the US Code, #42, as well as the Supreme Court Reporter, Vol#89 & 97. The supplement soft bound to the Delaware code. Other various other legal reports. Inmate also used the white out and the stapler. A total of 321 copies were made at the inmates request for her various legal filings and papers. To the best of my knowledge, Inmate did return what was used and did request to come back to the L/L in the am to continue with her legal research. | 11:20 | 11:30 | 3:30 | ☑ | ☐ |
| 10/10/2007 | ☐ | ☐ | ☐ | Responding to the inmates note to come to the L/L. Inmate conducting her own legal research as per where she left off as of yesterday utilizing the same books & reporters. A set of 35 copies plus another set of 23 copies. | 12:45 | 12:55 | 3:30 | ☑ | ☐ |
| 10/17/2007 | ☐ | ☐ | ☐ | Responding to a note that I received from the inmate requesting to come to the L/L. Inmate requested and did receive 116 copies of various legal papers of hers were made by the inmate assistant. Inmate JJ also doing her own legal research utilizing the various legal reporters & other books / law library materials. The Delaware reporter / Supreme Court Reporter. Notarize a court Affidavit for pro-se representation. | 12:30 | 1:15 | 3:30 | ☑ | ☐ |

Page 6 of 6