IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 07-394-GMS |
| | ) |
| JOSEPH BIDEN, JR., COMMISSIONER | ) |
| CARL DANBERG, BUREAU CHIEF | ) |
| RICK KEARNY, WARDEN PATRICK | ) |
| RYAN, COLLEEN SHOTZBURGER, | ) |
| MS. RUSSELL, and MR. O'CONNOR | ) |
| | ) |
| Defendants. | |

## ORDER

Upon the Plaintiff's *Motion for Preliminary Injunctive Relief* (D.I. 14) and Defendant Danberg's *Response in Opposition to the Motion*; and it appearing that good and sufficient notice of Plaintiff's Motion and Defendant's Opposition have been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Preliminary Injunctive Relief* is **DENIED**.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

## *CERTIFICATE OF SERVICE*

  I hereby certify that on October 19, 2007, I electronically filed an *Order for Defendant's Motion in Opposition to Plaintiff's Motion for Preliminary Injunctive Relief* with the Clerk of Court using CM/ECF.  I hereby certify that on October 19, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Joni Johnson, Inmate
SBI#182823
Delores J. Baylor Women's Correctional
Institution,
660 Baylor Blvd.,
New Castle, DE  19720

                **STATE OF DELAWARE**
                **DEPARTMENT OF JUSTICE**

                /s/ Catherine Damavandi
                Catherine Damavandi, ID#3823
                Deputy Attorney General
                Department of Justice
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                catherine.damavandi@state.de.us