October 15, 2007

Joni L. Johnson
#00182823 Unit 5
Baylor Womens Correctional Inst.
660 Baylor Blvd
New Castle, DE 19720

United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

Re: Memorandum -- UPDATE of Events
07-394-GMS

To The Court

At This time, under separate cover, I am placing in the mail A large manilla envelope containing documents in the above case. (Discovery items include copies of exhausted Administrative Remedies in Law Library issue; Preliminary filing of other relevant issues in 42 USC §1983). There are concerns of mail making its destination. Accordingly, please forward me a copy of "D's Answer" once received, along with an updated docket.

As of this writing, I am once again "banished" from The Law Library. According to Carl Danberg, Commissioner, "Since you have chosen to seek legal redress... no further response is appropriate." His letter began with "I consider the law library matter closed." However, the matter has gone on for 6 months without Resolution by Institution or D.O.C. The "Reasons" the institution is now keeping me away is:

Original Memorandum

#1 <u>News Journal Article</u>

On October 3, 2007 A letter to editor was published in The News Journal written by Joni Johnson regarding the lack of programs at WCI AND the tax payers are lead to believe they are paying for. We have Never heard of 18 of the 27 Programs D.O.C. claims we have.

#2 <u>Medical Billing Fraud Involving Medicaid</u>

I have discovered that Corrections Medical Services, Inc., as part of their $25.9 million (unbid) contract with The Department of Corrections, is Responsible for All inmate medical expenses in the State of Delaware, while the inmate is in D.O.C. custody. Medicaid AND/or Medicare cancels during the incarceration period (or at least is suppose to). That has not been happening, and all 3 times that I have been hospitalized - medicaid, and NOT CMS, Inc. PAID the bills. (As I have also uncovered with other inmates). I have Revealed to the News-Journal Almost a ½ million Dollars in hospital and outside medical expenses that was fraudulently paid by medicaid. CMS has the bills go to medicaid if the inmate was on medicaid prior to WCI (most women are). "Follow The Money".

<u>Memorandum</u>

#3. On Friday October 12, 2007 at 3:00 pm I received a memo from A. Russell of Treatment Services, including a message from the Warden that I will not receive the (Respiratory) medical fan that medical ordered me to have; because, the <u>Warden</u> stated, "there is No medical Reason." However, on 9/10/07 medical staff wrote the memo for me to have the equipment, as is done for most All Asthmatics in the winter months because of the heat causing exacerbations. All severe Asthmatics have a fan authorized. I Not only have Severe Asthma, but also chronic obstructive Pulmonary Disease (COPD) with Pulmonary Fibrosis. I have been hospitalized for such illnesses three times since at BWCI. I also have Severe sleep apnea, and sleep with C-PAP. Other inmates with just Asthma have medical fans - I am the only one denied by the Warden <u>After</u> being approved by medical.

#4. The icing on the cake happened Friday, October 12, 2007 — one hour after the "denial of medical Equipment" memo was delivered to me — The Order from This Honorable Court arrived, requiring The Warden, Commissioner, Bureau Chief, Colleen Shotzburger, George O'Connor, and Ms. Russell to Respond Regarding The Law Library issue. I <u>was</u> Public Enemy — I am Now <u>Public enemy #1</u>, among BWCI Administrative staff.

Memorandum

I guess the Warden received his copy of the Court Order first, so now I cannot have my medical fan. (* Last winter he did the same thing to another inmate - one with end stage emphysema).

Advising the Court of some of these most recent issues, may in fact provide more insight as to the motives behind keeping me out of the Law Library. As for it being illegal - Well - Warden Ryan has always run this prison as if he and his Administrative staff — Are — "Above The Law". It is just time for someone to finally step up and say - "Enough"!

As for retaliatory actions towards me - there have been a few - I know there will be certain things that they will keep picking at; staff members that want to make "Brownie Points" with the Warden; but, mostly it will be more of the Warden and Classification's Antics to try and discredit me, but honestly, that is the price one pays when "standing up for what is Right". Be that as it may, I have made a lot of mistakes in my life, and probably deserve to be here — for Awhile Anyway — But that does not justify or make right the intentional deprivation of inmate rights by Prison staff.

I believe, that if the Warden, is truly convinced in his mind that my accusations are unfounded, and that he will prevail, then my access to the law library

-5-

## memorandum

should NOT BE A CONCERN. O'connor claims that because I have so much going on when I am in the Law Library, he is "restricted" from having other inmates in at the same time. That is completely unfounded. Whenever I am in the Law Library, a room I know my way around very well, I do NOT solicit MR. O'connor's Assistance at all. He has an inmate clerk, that should I require photocopies, forms, or supplies - the clerk get's them for Me. Any books I use, I freely take them from the shelf, and when done, I check back in with his clerk. I work quietly at a work station and have little to no intervention with him at all. I have full respect for the books, the rules and the procedures of the law library. (I only use one of 12 work stations).

Any Rule infractions that they most certainly will use as an "excuse" to justify their Actions - is unfounded, untrue And has been 100% illegally handled.

I am in inmate population with no separation orders, So I can intermingle with other units freely.

As for times and dates, O'connor may show on his computer log one thing, but that needs to be matched up with the sign in/out sheets.

Photo copies of recent correspondence from D.O.C. Regarding this matter will Be forwarded once I am able to obtain them from Law Library.

With that, I close in anticipation of Court intervention Regarding The Law Library issue at BCCI so that I may follow through with my litigation in other matters. I believe The Need for Court interception and Preliminary Injunction has been met. Without it, I will be Restricted from completing Legal documents and meeting Court deadlines, all the way around.

I truly hope this will be expedited, as I have a brief coming due with Supreme Court of Delaware, Case No 319, 2007, Some time in the Next Month.

Thank you for your attention and open minded Review.

Respectfully submitted,

Jodi L. Johnson

Toni Johnson
SBI 00188583 Unit 5
Baylor Women's Corr. Inst.
660 Baylor Blvd
New Castle, DE 19720

Legal mail

United States District Court
District of Delaware
844 King St
Wilmington, DE 19801