September 28, 2007
Joni L. Johnson
# 00182823  Unit 5
Baylor Womens Corr. Inst.
660 Baylor Blvd
New Castle, DE 19720

Peter Daleo - Clerk
U.S. District Court
District of Delaware
844 King St
Wilmington, DE 19801



RE: Case # 07-394-GMS
Johnson V. Biden, et al

RD scanned

Dear Mr. Daleo:

I again write in regards to the above captioned matter because, I need time in the prison Law Library to research and prepare time sensitive documents to the Supreme Court of Delaware, Case No: 319, 2007; plus, work on 42 USC §1983 and Research procedure for Requesting Class Action Status.

For the past 6 months I have been trying to get Adequate Law Library access to work on my legal issues as Authorized under the 6th Amendment, "Access to the Courts". There are times, I have been kept out of The Law Library for over 2 months and/or had the standard 4-6 week wait for 2-3 hours.* This began in April 2007, when the Administrative Staff discovered I was in fact gathering, researching and exhausting Administrative Remedies for filing of a Civil Rights Action against the prison, and possibly Requesting Class Action Status.

---

* We do things the old fashioned way - by hand - no computers*

-2-

In June 2007, The Law Librarian, George O'Connor, Accused me of stealing a pamphlet from the Law Library. (2 months after I started the fight for "Special Circumstances" time in the Law Library). Without my Knowledge, he wrote a disciplinary Report and turned it over to Treatment Services, Major Disciplinary Adjustment Board. (MDT).

The MDT found me guilty of the theft, without ever serving me with the report, allowing me an opportunity to Review the report, defend myself and/or call witnesses. To this day, 3½ months later, I have still never seen, read or been able to obtain a copy of the Alleged Report. I have, however, been advised of its existence by Ms. Hudson, my counselor and by Mr. Rick Kearney of the Department of Corrections, Chief, Bureau of Prisons.

Furthermore, As I was found guilty of the (falsely) alleged theft, I have been given a Disciplinary Transfer to higher security, Denied prison employment as an education Tutor (After being offered the position by the Education Department), Kept out of Education Programs, and labeled a "thief" among Correctional Officers — Plus — Kept out of the Law Library for 2½ months as "sanctions"! Furthermore, I stand to loose good time, work time and program time As A Result. All Disregarding my 14th Amendment Due Process Rights.

Mr. O'Connor finally started calling me to the Law Library again after 2½ months; but, that only lasted 2½ weeks because, I Refused to stop my Administrative Actions for court interception and an order that I shall be granted the necessary access. Because I refused to drop the appeal process - I am again NOT being called to the Law Library.

Please see the enclosed documents.

Mr. Daleo, I am on time deadlines, having to address Supreme Court of Delaware and Kent County Superior Court issues without being given the opportunity to research the law and/or procedures, and I need to do Research and prepare the 1983 claim.

I have done ABSOLUTELY every thing possible to Resolve this matter, but BWCI ADMINISTRATIVE Staff truly Believes they ARE "ABOVE THE LAW"!

Respectfully,

Joni L. Johnson

Enclosures
cc: Joseph Biden III, Attorney General