07-394

This pkt of documents is being broken down into envelopes for mailing Because, although those documents were placed in A sealed 8x10 on the 15th of Oct — to be sent to the court with $2.87 in postage —

on Wed 10/17 AT 4:30 pm I got the envelope back w/ Seal ↓ on it —

> **Important Customer Information**
> We regret that your mail was not collected or is being returned to you due to heightened security requirements. All mail that bears postage stamps and weighs more than 13 ounces MUST be taken by the customer to a retail service associate at a Post Office.
> United States Postal Service          JULY 2007 DECDDD2

I am therefore breaking it down as best I can —

NexT — The package was NoT only Returned 2 days later As unCollected, but the envelope seal was broken and corners folded back —



Joni Johnson


RECEIVED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

to scanned