# UPDATE

07-394    10/12/07

## Law Library Procedures at BWCI and involvement of each ∆ Accordingly

By Scanna

FILED OCT 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Prison Law Library is located in the education building. It is managed by George O'Connor and overseen by Treatment Services Manager Colleen Shotzburger. The Law Library policy requires that an inmate sign a list or "sign-up-sheet" in their respective unit or Housing area. The list holds approximately 20 names and is changed out once per month. (i.e. The Sept. 5 sign-up sheet was picked up on 10/5/07. A new list was hung. The 10/5 list will come down & be called sometime in November 2007.).

There are NO "walk-ins" permitted. An I/m must be summoned to the Law Library by George O'Connor -or- face Disciplinary Action. According to the policy, if an inmate needs "Special circumstances" time in the law library, a separate request must be sent to the Law Library by mail - And - He will call as he "sees fit". It has been explained to π by Mr. O'Connor that he puts the REQUEST FORMS in a pile and they are gotten to one at a time. It may take a week or it could take a couple of months. It Depends on the number of inmates Requesting, and Mr. O'Connor's schedule.

The sign-up procedure is a 4-6 week wait for 1-2 hours.
The special REQUEST PROCEDURE has gotten π into the Law Library up to 3 times in one week (once) and it has caused her a 3 month wait. Nothing is consistent. Because of copy requirements π not only has to hand write vs. type the documents, but copies have to be hand written frequently.

According to proper procedure, "Special circumstances" extra time in law library is set aside strictly for "pro se litigants". Such must be approved by the Warden, Patrick Ryan. π made the requisite application to Warden Ryan, and was summoned to Treatment Services immediately thereafter. Coileen SHOTZBURGER is THE DEPARTMENT MANAGER of TREATMENT SERVICES. At that time, Ms. Russell was π's counselor. (It is now Ms. Judson). Ms. Russell informed π that Warden Ryan & Colleen Shotzburger turned π's concerns over to her to "answer", and that π is NOT to contact The Warden or Colleen Shotzburger again with her problems. The second part of the message was that π would not get any more time in Law Library than anyone else. (Again 1-2 hours every 4-6 wks)*<u>(policy dictates pro se litigants with open/pending litigation have priority)</u>*

π never saw The Law Library again until September— almost 3 months later. (In 4½ mo's she had been 1 time).

In September 2007 π was called down 3 or 4 times over a 2-3 week period. Then again— it suddenly stopped. 3 more weeks passed, and π was called down at 3:30pm one day—suddenly. She had to leave at 3:45pm for count and 4pm closing. Mr. O'Connor promised to call π the next day, which he did. π adamantly stressed her court deadlines to Supreme Court of Delaware and Civil Rights matters that are pending and in need of time. He promised to get her in again the next day.

He called her at 1:30 pm. She had 2 hours. The next two days Mr. O'Connor did not come to work, so the Law Library was closed. (One of his tricks to clearing out requests is to call inmates down between 3 and 3:30pm, knowing he closes at 3:45 - then tell them to "Sign-up again".)

Now that TT has this matter being addressed by the Court and Carl Danberg, Commissioner sent TT a letter that "the Law Library issue is closed", TT is concerned that she will again be kept from the Law Library and any other Retiliatory Actions that may occur.

The Warden, Bureau chief Rick Kearney and Commissioner Carl Danberg have all 3 refused to intercede in this issue. They have gone so far to Allege Institutional Disciplinary and Conduct are a factor in the denial of TT's Right to The Law Library. Although, #1 It is unconstitutional to deny an inmate her Access to the courts through the Law Library for any reason and #2 The reason they use is lacking Due process, Never Happened!, And is illegal! * Such is Another issue within itself that TT is providing the court with a copy of the documents Relating to said issue — which has been a "Trumped" up way of keeping TT out of the Law Library for 3 months. (On The day of the alleged incident that kept TT out of The Law Library for 3 months, it was the 1st time in 2 months that she was called down) * The 1st time TT denied Access for 2 months for telling an inmate how to pronounce Forma Pauperis *

π had been filing grievances since the April 2007 issue, and has exhausted all administrative remedies. Another "reason" the Administration is using to keep π out of Law Library is not just to trump up allegations — unfounded + illegal — But it Discredits π's motive and labels her untrustworthy.

With π having an appeal brief due in approximately 4 weeks and research/preparation having to be done by hand — and π filing pro se — Also with 42 USC §1983 and possible class action — there is an urgency to π's request for Preliminary Injunction to set a Library Schedule of at least 3 days of 4-6 hours each day (15-18 hours per week). The BWCI/DOC Administration has indicated by response and actions over the past 6 months they will not acknowledge π's 1st, 6th + 14th Amendment Rights and they continue to lie and retaliate against π in an attempt to intimidate her into stopping her litigation. The Warden even went so far as to order a psyche evaluation on π to try and discredit her that way. It did not work! (This was a second evaluation, following the Court ordered standard evaluation. It was just another administrative tool — such as the Disciplinary Reports — Nothing else — but retaliatory control in an attempt to Discredit π and to justify Warden Ryan's deliberate denial of Constitutional Rights of inmates.