# Document Requests   07-394

#1) Mr. O'Connor in the Law Library has in his PC, a schedule of some sort that indicates dates and times of calling inmates to Law Library. π asked him if this is something he could print out and he indicated that can be done, but only by "Court Order". π does not know if he has accurately in put data, but would like the Court to look into it or order it.

#2) There are sign-in/out sheets in the Law Library that π would like the Court to subpoena to prove the dates and times π was actually in the law library - by her signature.

#3) π has asked for a copy of the DOC Policy/Procedure on Law Library Access with a separate institution supplement and been denied, again pending Court order.

#4) π has never been served a Disciplinary Report for breaking any rules in the prison, yet reference to one keeps being made. Also, π has been sanctioned on the 6/11/07 incident that she has never seen, been served, presented evidence, etc. However, she has been denied Law Library Access for 3 months because of it and labeled a thief.

#5) π requests a copy of the two Mental Health evaluations prepared for the warden & the Court especially in consideration of the wardens unfounded accusations or "concerns" that π is "crazy" and that is what this litigation is all about. The M.H.E. addresses that issue.

[FILED OCT 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]