To: Clerk
U.S. District Court
844 King ST / LB#18
Wilmington, DE 19801

07-394

From: Joni Johnson
Inmate # 00182823
Baylor Womens Correctional Institution
660 Baylor Blvd
New Castle, DE 19720

FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To Scanned

RE: Local Rules regarding the filing of 42 USC §1983

Please forward me a copy of the Local Rules in filing 42 USC §1983. I cannot get these Rules from the Prison Law Library. Such is the basis for my original filing for "Preliminary Injunctive Relief" to be awarded time in the Law Library to Research and prepare Direct Appeal to the Supreme Court of Delaware, case No. 319,2007 And 42 USC §1983 case no: 1-07-394-GMS.

Thank you for your prompt Attention.

Joni L Johnson

P.S. I am indigent have rec'd forma pauperis status — thank you