# Memorandum

07-394

To: United States District Court, District of Delaware
From: Joni L Johnson, inmate, Baylor Womens Prison
RE: 319, 2007
DATE: October 9, 2007

Please correct Δ #1 name to be:

Joseph Biden, III
Attorney General, State of Delaware
In his individual and official capacity

From:
Joseph Biden, JR

Thank you



FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

*