OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 24, 2007

TO: Joni L. Johnson
#182823
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

*RE: Request for Local Rules*; 07-394(GMS)

Dear Ms. Johnson:

A letter has been received by the Clerk's Office requesting a copy of the Court's Local Rules. Please be advised that a copy of our local rules are available at the law library of the institution where you are presently incarcerated. However, if you would like to purchase a copy of the Local Rules, please send a check or money order in the amount of **$2.00** made payable to the **Clerk, U.S. District Court.**

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet