I. Denial of Adequate Law Library Access

II. Prison Conditions          07-394

    A. Safety Hazards
      1. Mold
      2. Dust
      3. Rust
      4. Stair Railings
      5. Floors
      6. Spiders
      7. Other bugs/mice
      8. Shower Bugs
      9. Showers
      10. MRSA + Bacterial infection
      11. HIV + Hepatitis Exposure
      12. Safety Locks
      13. No Running Water/toilet facility in makeshift cells
      14. Inadequate ventilation
      15. Denial of prescribed MEDICAL EQUIPMENT
      16. fallen/broken ceiling tiles
      17. Cleaning supplies/Aerosols
      18. Laundry facilities inadequate
      19. Worms in Showers
      20. Inadequate Drainage

RECEIVED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II. B. Food Service/ Dietary Needs

C. Lack of Exercise

D. Over crowding

E. Retaliation by Staff

1. Punishment for speaking to Commissioner Danberg

2. Fan taken away from COPD endstage inmate for filing of grievances

3. Personality conflict I'm being Required to Remain in Max security w/o being classified to work in outside unit employment or attend programs

4. C/o Hicks labeled I'm a snitch because she grieved him

5. I has been restricted from Law Library because of correspondence to/from DOC Commissioner Danberg

6. C+T Transport broken ~~xxxx~~ Wrist of inmate by CPL Brown

II.     F. Potential of violence caused by
         or carried out by Staff.
             1. Hicks / Richie
c/o Hicks labeled I/m snitch, and gave mentally
Ill Roommate Bleach to heat in microwave, locked
in cell + told her she could do whatever she wants.
         Inmate put bleach in water reservoir
of Medical Equipment - then he Allowed Another I/m
to cut Respiratory hose

     G.   Fire   Hazards


     H.   Staff   misconduct
             1. Violence towards inmates — capstun
             2. Over use of force on 18 yr old i/inmate
             3. Handicapped Paralyzed I/m
                being brutally sprayed
             4. Doc staff spends All Day on internet
             5. officer mocks I/m with handicap
             6. Grievance Retaliation / Disregard

Inmate put Bleach in water Resevoir of medical Equipment — then he allowed another inmate to Cut Respiratory Hose

G.  Fire Hazards

H.  Staff misconduct
1. Violence towards Inmates — capstun
2. over use of force on 18 yr old Im
3. Handicapped paralyzed inmate being brutally sprayed
4. DOC Staff spends All day on internet
5. officer mocks inmates w/ handicaps
6. Grievance Retaliation/Disregard

III  Mentally ill inmates are housed in general population — creating dangerous situations

IV  Denial of Religious Freedoms
— Unit 8 General Population denial of church
— Muslim + Christian are the only Religions Allowed

V  Due process
* This is A long one)
Disciplinary Actions being Written, never served,
No hearing ever held — But sanctioned d in DACS
sanctions include — No Church, Commissary d visits + loss of good
i.e. II, June 11 D.R never served on II and I' sanctioned to remain
in Max Hall, No job, no programs 1 year, but never served,
never had hearing d loss of Good time d sanctioned to Law Library Also

Copy ✓

Civil Action No. 07-394-GMS

To U.S. District Court

According to Docket entries in the matter of Joni Johnson v. Joseph Biden, et Al, 42 USC§ 1983 there is An indication that something was mailed to me About Assignment To A magistrate.

I have Never Received such.

Also- I Am again Reiterating that the Actual 42USC§ 1983 has Not yet Been completed in full Because Of the BWCI staff & warden Refusing Access To The LAW Library because they know And are hindering Intentionally to stop or Hold BACK the filing.

Please - I Am on Time Deadlines with Supreme Court of Delaware, 3.19.2004 — I need to work on that, As well As the full 42 USC 1983 w/ multiple Civil Rights Violations — As previously indicated.

Thank you for your prompt Attention

Joni Johnson

REQUEST UPDATED Docket entries



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                                        (302) 739-5601
Commissioner                                                Fax:   (302) 739-8221

October 3, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

I am in receipt of your letter of September 9th. It was received on September 14th.

I consider the law library matter closed. Your access to the law library will be determined by a myriad of issues including the progress, stage and deadlines in your legal matters; the need for access by other prisoners, and your institutional conduct. I will not prospectively determine your need for access in the manner you suggest. This matter is best left to the institutional managers to facilitate.

Since you have chosen to seek legal redress for the balance of your complaints no further response is appropriate at this time.

Sincerely,

Carl C. Danberg
Commissioner

cc:    Rick Kearney, BOP
       Pat Ryan, BWCI
       Aaron Goldstein, DAG
       TK# 473

CCD:lmd

October 4, 2007

To: Carl Danberg
Commissioner
Dept. of Corrections
245 McKee Rd
Dover, De 19901

RE: Law Library
Violations
of 6th Amend.

From: Joni Johnson
#00162823 Unit 5
Baylor Womens Corr Inst.

---

I am at a stand still again with this Law Library issue- I am working on filing deadlines and I have to Research, prepare and file documents - that Requires me to use the Law Library. MR. O'Connor WAS being "pleasantly cooperative" for 3 weeks, but in the last 3 weeks He had me there only once for 2½ hours - He promised to have me in again Wed And/or Thurs this week + It did not happen.

I can no longer play the WCI quessing games as to am I going to get to the Law Library or not - AT this point I will No Longer deal with the D.O.C. level, I am Referring this matter to the U.S. District Court Case #1:07-CV-394 Gms

Joni L. Johnson V. Joseph Biden III, et al   For intervention ecause of not being able to Resolve through the institution grievance or informal Remedy solutions.

This entire matter all boils down to Warden Ryan, Colleen Shotzburger and WCI Staff/Administrative that is — And Retaliation because, I Refuse to Sit back & Allow them to continue with Inmate House by violating the Civil Rights Act As it Applies to Prisoners. They are Aware of my filing under 42USC1983.

The "last straw", which is probably why I am back on "Law Library Punishment", is that on Wed. Oct #3, 2007, Letter to the Editor,

"Women Prisoners Lack Classes and Counseling" was published in the News Journal, Writer: Joni Johnson.

I am sure that will keep me from the law library and/or anything else At WCI for quite some time. No problem with such A "punishment" is that it is Legal! My 6th Amendment Right to Access the Courts is being Deliberably Denied.

Please — this is my last Attempt.

I will be Notifying Judge Sleet that the D.O.C. will NOT cooperate in affording my Constitutional Right to Access The Courts.

I need 3 days/wk At 4-6 Hours At A time work on Appeal & 1983.

Respectfully,

Joni L Johnson

2007 DE Supreme Court)

now that the warden questions my sanity—he even ordered a
who eval- I am Just Determined to stand up for my rights!

1.
Handwritten
copy

To: CARL Danberg, Commissioner / Rick Kearney, Chief
Department of Corrections / Bureau of Prisons

From: Joni L. Johnson, I/m # 00182823, Unit 5

RE: Institutional Noncompliance With
Department of Corrections
Policy / Procedure 4.2 dated June 21, 2007
Signed by Rick Kearney, Chief, Bureau of Prisons

DATE: September 22, 2007

---

The Institution, at Baylor, Procedures regarding Inmate
Rules AND Enforcement thereof gets worse week
after week. I, along with other inmates have written
to you regarding the illegal And unauthorized Disciplinary
practices taking place. Generically, Inmates have A
different set of Rules to follow with each C/o; then the
punishment process is free And clear for the C/o, but
lacking Due Process on the part of the inmates.
Highly ILLEGAL!

It is now common place for A C/o to pull
A commissary sheet and/or stop an inmate
from attending church and/or cancel A visit At
the last minute. Quite often the inmate
does not even know until the last minute.
Inmates are also placed in Isolation And given
Disciplinary unit transfers, without ever Receiving
A Disc. Report, hearing or so much as A Reason.

Page 2
Danberg /Kearney
Disc. Practices

When questioning A c/o As to the legality of this "Procedure" — I was informed that Mrs. Grace Martin, Deputy Warden, BWCI, has Authorized the New policy of Disallowing inmates to Attend Religious Services if caught talking in the hall or dining area.

Additionally, captain Jones has posted Notices throughout the prison that inmates caught talking in hall or Dining area will have An immediate loss Of ① commissary ② LOAP or ③ Visit Restrictions — this will be carried out by the Staff Alleging the infraction. (A c/o goes into commissary/ envelope & Removes sheets)

#1 " No Talking" is not A Rule provided in Writing to each inmate (See 11Dec56535)

#2 A c/o is only Authorized to impose A summary sanction provided the inmate "Agrees" to the "informal Resolution", otherwise It shall be forwarded to A Disciplinary Hearing or "formal Action". The inmate is Required to sign off on such informal Resolutions. (See Doc proc. 4.2 p.18 Summary Action)

Commissary and visits are, in fact, A privilege And can be taken at A Disciplinary hearing following Due Process, hearing and presentation of evidence
— OR —

Page 3
Danberg/Kearney
Disc practices

by the inmates signature + agreement
to the Rule infraction by "Summary Action".
(See Also Ross V. DOC 96m-03-065/535, 1996)
De Supreme Court

Furthermore: Punishments have fallen
short of constitutional Protections At BWCT
for quite sometime. Lately, it has gotten
completely out of control to the point
Punishments Now include:

All W/o
Due process
therefore A
Double constitutional
lolation is
occurring

① Loss of Religious Rights
② Loss of Law Library Access
③ Withdrawal from Education Programs
④ Employment Termination
⑤ Loss of good time, work, program
time W/o Due Process
Along w/ Locks for 24 hours by any % AT
Any time W/o Due Process

– Please step in + Correct These Problems
Warden Ryan / classification/ TX SVC's + shift Commdus.
All condone these Behaviors And will NOT Correct
The Constitutional Deprivations.

Thank you
Joni Johnson

Furthermore this is a final
attempt to resolve through
Administrative Remedy Prior
to filing 42 usc, § 1983 ✳

HANDWRITTEN COPY

Joni Johnson
BUCCI # 00182823
660 Baylor Blvd
New Castle, DE 19720

Carl Danberg, Commissioner
Department of Corrections
245 McKee Road
Dover, De 19901

RE: VARIOUS CORRESPONDENCE/Response by
Richard A. Kearney, Bureau of Prisons

Dear Mr. Danberg:
        I have finally received Mr. Kearneys Response to
my multiple Requests for Assistance getting into the law library
to Research and prepare two separate legal matters of which
I am proceeding in "prose". ① Appeal of criminal conviction
and sentence to the Supreme Court of Delaware, case # 319, 2007,
and, ② 42 USC §1983 to the United States District Court, for the
State of Delaware, case No: 1:07-CV-00394-GMS. Additionally,
there are various issues within the Institution that I frequently require
access to D.O.C. Policy Statements; Personal medical matters
that REQUIRE NOTARIAL SERVICES; AND multiple photo copies, prior to
Specific mailings. Furthermore, I ANTICIPATE frequent pleadings
by the State of Delaware to have Response deadlines, of which
I will require an unknown amount of Hours to research
and prepare.
        I will say that over the last 3 weeks Mr. O'Connor,
Law Library BUCCI, has been pleasantly cooperative in
allowing my needed access time to the Law Library.

However, due to past experience, and it actually taking me over 4 months to exhaust Administrative Remedies with this issue, I am not comfortable dismissing the issue without having a specific memorandum that must be enforced or followed to allow me at least 3 days per week at 4-6 hours each time in the Lawlibrary, when needed. I have previously missed filing deadlines for lack of access to the lawlibrary. (4-6 wks wait for 2-3 hours).

Furthermore, I must point out to you that the Response filed by Mr. Kearney specifies incorrect data that apparently has not been researched or verified on his part. First, he alleges that my case was settled by plea agreement with Public Defender Timothy Weiler. Such is true, however, that particular matter was in fact, resolved in July 2004 when I was placed on one year, level III Probation, subsequently Violated, and reinstated to 18 months Level III Probation on March 30, 2007. I have been continually incarcerated since March 2007.

He further states that there is No indication that I have been granted pro se status. #1 Pro se is a Constitutional protection and #2 If, As Mr. Kearney alleges, my case was resolved — why would I need pro se status? However, contrary to the inaccurate data reported in his correspondance I am currently appealing (In pro se) to The Supreme Court of Delaware the following Superior Court of Kent County case numbers: 0611015dal, 0607005654, 060502457-2, 0608024171, 0608009492 of which are all now considered Supreme Court case no: 319 2007 See Dkt

The second issue that Mr. Kearney indicates as a reason for the Institutions denial of "Special Circumstances" time in the law library is "there appears to be a recent violation of the Disciplinary Code for a Theft of a legal book". To begin with, the issue of the alleged theft has long been over, and Mr. O'connor and I have talked about it — He knows it was an accident — and he even told me that he thought the issue "went away". Apparently, it did not. (even if it had NOT gone away — it is still a 14th Amend. Const violation to keep me from the prison law library).

I have investigated what Mr. Kearney is referring to because, I did not know about the Disciplinary Report being written until Mr. Kearney's Response. I was finally able to speak with Ms. Hudson, Treatment Services and she informed me that it is in the computer, dated June 11, 2007 written by Mr. O'connor and authorized by Colleen Shotzburger of Tx Svcs. She further indicated that because of the Disc. Report I was transferred from unit 9 back to Max Hall, unit 5, as a Disc. Transfer and/or Sanction. I have NEVER Read or been served the report.

Being housed on Max Hall is not an issue with me, but having an unjustified and illegal Disciplinary Infraction in my file is.

* I have asked Ms. Hudson to help me resolve this matter and she refuses — see attached Memo

and in Docs is a serious issue with me.
To begin with it was written over 2 months ago
before I even knew of its existence; I was never afforded
an opportunity to address the allegation; I have never been
served or had a hearing to present evidence or review
evidence against me, and my overall Due Process Rights
have been denied and shall be addressed in 42 USC §1983
Accordingly — As A common practice at BWCI.
On July 5, 2007 I went to classification while on unit 7 —
and the issue of the 6/11 D.R. was never brought up — I I was
classified to unit 9. On July 7, 2007 I was moved to unit 9.
On July 9, 2007 I was suddenly moved back to max Hall, unit 5,
without reason or notice that such was a "Disciplinary Transfer's"
from a June 11 incident — 1 month earlier. — before Classification.
Following that move, I began hearing various comments from
specific staff members calling me "Sticky fingers" and
making Law Library Book comments. Although being
teased and ridiculed over the issue, it has taken me up
until this last week to completely research the issue,
and obtain the proper documents I needed.
        The issue of the Law Library Book was
Nothing more than "The Administrations" way of keeping
me out of the Law Library, because they know
I am filing 42 USC § 1983 Against The Institution
for the following reasons:
(The Law Library fight time and grievance filing began
Long, before the alleged 6/11 Disc. Report)

— 5 —

Due Process Violations that have the potential to create A Liberty Interest; Violation of The 6th Amendment Right To the Courts; Violation of the 8th Amendment Cruel and Unusual Punishment Protections by multiple Staff inflicted injuries, and use of CAPStun/Force NOT iN Accordance w/ policy; a particular Staff member creating Life Threatening situation for inmates by labeling them as Snitches; medical malpractice and Negligence; The physical conditions of the Building itself; falling ceiling tiles, Black mold in vents and all through the building including dripping from showers, lint and dust balls in vents/surrounding intake walls vents/on ceilings; improperly working A/c and Heat system; Improper Ventilation system; Spiders and other bugs all through the building; Inmates getting MRSA from Spider bites; Fire hazards of inmates locked into Key only rooms; no fire hose in hose box A HAll; Inmates locked in Rooms w/o Running water and toilet facilities; Loose stair Railings and furniture; overcrowding; food service dietary needs not being met; Staff members blatant disregard for the needs and rights of inmates by tantalizing, threatening, cursing at, locking, taking visits, pulling commissary sheets in Retaliation for grievances or without due process considerations; Denial of Religious Rights As protected by the 1st Amendment; Freedom of Speech; LACK of Programs — — Furthermore, I am awaiting from Judge G.M. Sleet, U.S. District Court for Class Action status Accordingly.

—6—

I have been fighting, filing grievances,
writing to Mr. Kearney, you + classification/
Warden since March 2007 to get adequate
Law Library access and to have the institution
Administrative Staff and Correctional officers
Conform to D.O.C. Policy, Civil Rights of incarcerated
persons and basic human rights all together.

I anticipate a prompt response from you
in this matter, as I should have all issues filed
within the next few weeks, and I would appreciate
your input as well.

Respectfully,

Joni L. Johnson

CC: Joseph Biden, III Attorney General, St. of De.
U.S. District Ct; The Honorable Gregory m Sleet



## DELORES J. BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
### REHABILITATIVE SERVICES

To:     Joni Johnson, U5

From:   Sharlene Hudson,
        Sr. Correctional Counselor

RE:     letter dated 8/15

Date:   September 4, 2007

I received your letter and sorry for such a long wait for a response but I was out. In regards to your request for a copy of the Psychological Evaluation that the court ordered you to have completed, due to DOC policy I am unable to approve this request for the following reasons:

- The Mental Health Evaluation has not come to my office.
- When I receive it, I do not read it because it was requested for the Judge to determine whatever decision he needs to make about your case.
- You will need to go thru your attorney to request a copy of the Evaluation thru the Courts to your Judge.

In regards to the request for an unsigned Disciplinary Report again I am not able to give you a copy and you will need to go thru the channels I had mentioned in my office. This will be the last time that I will response to this issue.

In regards to a Substance Abuse Evaluation, only the judge can request that it be completed and the only program in this institution that has access to the tools for a substance abuse evaluation is the Key Village program. They will not complete one on Treatment Service request nor will they give you a copy of this. I believe that the only way for you to get one is thru the court but even then you will not get a copy. You may discuss with your attorney the various options you may have to receive one. Your letter did not say that you wanted to enter the Key Village but if you would like to please write me and let me know so that I could start the process of entry into the program. Otherwise you will be reviewed at MDT in the month of December or January depending on my caseload.

MDT=
MAJOR Disciplinary Team



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg
Commissioner

(302) 739-5601
Fax:    (302) 739-8221

August 1, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

I am in receipt of your letter of July 12th.

Per your request, please find enclosed the copies of my earlier response letters to you.

Sincerely,

Carl C. Danberg
Commissioner

cc:    Rick Kearney, BOP
Pat Ryan, BWCI
TK# 358

CCD:lmd

July 27, 2007

To    Staff LT Smith

From    Joni Johnson # 182823 Unit 5

RE:    June 11, 2007 Disciplinary Report Written by
       Mr. O'Connor And Colleen Stotzburger

Just A Reminder that you Are going to print
A copy of Disciplinary Report written that was
put in DACS but Never Served on me.
       Thanks A Lot!
                        Joni Johnson

Also
      About the Approval of An extension cord
So I cAN move into A Room — and out of Dorm —
CAN you please help me with that!
                        Joni Johnson

To MR. O'Connel:                    July 25, 2007

    I still Need time in Law
Library- for Court Deadlines

RE:    Supreme Court of the State
       of Delaware
      Case # 319, 2007

---

And    U.S. District Court
District of Delaware
Case# 07-394-GMS
    42 USC §1983

---

Thank you

     Joni L. Johnson
     #00182823
     Unit 5



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**BUREAU OF PRISONS**
245 MCKEE ROAD
DOVER, DELAWARE 19904
Telephone: (302) 739-5601
Fax: (302) 739-8221

## MEMORANDUM

TO:        Inmate Joni Johnson
           BWCI (SBI#182823)

FROM:      Richard A. Kearney    $\mathcal{R}.\mathcal{K}.$
           Bureau Chief of Prisons

DATE:      July 16, 2007

RE:        **Various Correspondence**

I have received several letters requesting assistance getting access to the law library.  It is my understanding that the Public Defender,Timothy Weiler represents you and that you have entered into a plea agreement.   There is no indication that the court has granted you pro se status.   Also, there appears to be a recent violation of the Disciplinary Code for a theft of a legal book.

I suggest that you work with the facility administrators and follow the institutional procedures for accessing the law library.

RAK/csd
Cc:    Warden Patrick Ryan, BWCI
       Carl Danberg, Commissioner
       File



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                                    (302) 739-5601
Commissioner                                          Fax:    (302) 739-8221

July 12, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE  19720

Dear Ms. Johnson,

        Grievances are addressed at the institutional level.  All of your concerns are more
appropriately addressed at the institution.  Therefore, I am copying the Warden to answer as he
deems appropriate.

                                                     Sincerely,

                                                     Carl C. Danberg
                                                     Commissioner

cc:     Rick Kearney, BOP
        Pat Ryan, BWCI
        TK# 293

CCD:lmd

*Grievances are NOT Answered AT Institution Level
 - In August CAPT. Jones + CAPT. SNead started
   Answering Grievances, but None of the ones
   from MAR - July got Answered.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg
Commissioner

(302) 739-5601
Fax:   (302) 739-8221

July 12, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

Grievances are addressed at the institutional level. All of your concerns are more appropriately addressed at the institution. Therefore, I am copying the Warden to answer as he deems appropriate.

Sincerely,

Carl C. Danberg
Commissioner

cc:    Rick Kearney, BOP
       Pat Ryan, BWCI
       TK# 293

CCD:lmd



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg
Commissioner

(302) 739-5601
Fax:    (302) 739-8221

June 19, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

I am in receipt of your letter regarding access to the Law Library at BWCI.

I have forwarded your letter to Pat Ryan, Warden at BWCI to handle.

Sincerely,

Carl C. Danberg
Commissioner

cc:    Pat Ryan, Warden
       TK# 222

CCD:lmd

DATE    July 10, 2007

To: Law Library
    Mr. O'Connor
    Baylor Womans Corr. Inst.

From: Joni L. Johnson
      # 00182 823
      Unit 5

RE: Imminent Court Deadline(s) + Needs

Need  ① 42 USC §1983 forma pauperis + Notarized U.S. Dist. Ct.
      ② Forma pauperis Superior Court Kent County
      ③ Forma pauperis Supreme Court Stay De
      ④ Photocopies of 42 USC §1983; + Documents to Attach
      ⑤ Legal Envelopes, Folders, paper clips
      · paper + pen
* print out or Hand written list of Dates/times
       in LAW LIBRARY *
Research: Application in Class Action Civil Rights suit

  - 11 DE 4214 , TIS, sentencing Procedures
    atty misconduct/ Conflict Counsel

* I Need Several Hours this week + Next to
  work on Both Civil + criminal cases.
                          Thank you
CC: Rick Kearny, BOP              Joni L. Johnson
    US District Court, file        Unit 5
                                   182823

July 5, 2007

Joni Johnson
Baylor Womens Corr. Inst.
#00182823
660 Baylor Blvd
New Castle, DE 19720

OFFICE OF THE CLERK
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570

RE: CASE NO. 1:07-cv-394
Johnson V. Biden, et Al

Dear Clerk:
I am in Receipt of the Docket in the Above captioned Matter, Requiring that LexisNexus is the only Available Access to Viewing documents.
Please be Advised that as an inmate, I do NOT Have Access to the internet, and therefore, REQUIRE Photocopies of All pleadings, Motions And/or filings.
Thank you for your cooperation in this Matter — please send Me "clocked" copy OR Internet/LexisNexus printout of Actual Documents currently on Record.

Thankyou again
Respectfully
Joni L. Johnson

CC: Joe Biden, Jr Attorney General
CARL Danberg, Commissioner DOC
Rick Kearny, BOP, Bureau chief
Patrick Ryan, Warden BWCI
for Distribution At BWCI



Joni Johnson
#00182 823 Unit 5
Baylor Womens Care Inst.
660 Baylor Blvd
New Castle, De 19720

United States District Court
844 King ST
Wilmington, De 19801