October 23, 2007
Joni Johnson   182823
Baylor Womens Corr Inst
660 Baylor Blvd
New Castle, DE 19720

Office of The Clerk
United States District Court
District of De /Lockbox 18
844 King St
Wilmington, DE A801

FILED
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
AO scanned

RE: 07:CV:394:GMS

Dear Clerk:
    I have Received back An envelope
of documents containing Administrative
Remedy attempts to Resolve Law Library
issue's At BWCI. The envelope was one
of three in the above referenced case. I
had indicated within each of the 3 envelopes
that it was 1of3 /2of3/+3of3.
    On October 9 I started sending them
to you. The 1st time, all documents in 1 envelope
that the prison did Not mail out or Return
to me until days later. I then had to
break them down into 3 envelopes that again
were Returned to me days later by BWCI
mail Room for more postage.

-2-

This entire scenario at BVCI has become a nightmare. If I could go to the Law Library I would be able to weigh and properly mail my legal mail. Because of being denied Preliminary Injunctive Releif to the Law Library I again am being denied Adequate Access.

Accordingly, I wish to file Notice of Appeal because 7 hours per month does not meet Constitutional standards for an inmate with pending litigation in 42 USC §1983, Delaware Supreme Court Appeal and Bar Review Complaint of Attorney misconduct.

Once you Receive the three envelopes they all belong to CASE # 07-394-Gms.

Thank you for your continued patience in this matter.

Respectfully,
Joni Johnson

Although my Preliminary Injunction was denied - I intend to continue on Because without it I cannot complete my Appeal + 1983 claim.



Toni Johnson unit 4
Baylor Womens Corr Inst
SBI 00 182 823
660 Baylor Blvd
New Castle, DE 19720

Clerk-
US District Court
844 King St, LB 18
Wilmington, De 19801

Copy

7-4-07

07- 394

To MR. O'CONNOR:

Again I need to get A few more copies and look up some things.

My Supreme Court deadline being the 9th (monday) I must put in Thursday 7/5 nights mAil BAg to go out on Fri 7/6

Thank you
Joni Johnson
182823
UT

CC Kearny BOP

RECEIVED
OCT 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO. scanned

July 2, 2007

MR. O'CONNOR,

I have A COURT Deadline with The

Delaware Supreme Court of July 9, 2007.
Which Means it has to be in the mAil

By Thursday Night — therefore, I NeeD
Access of probably 4-6 Hours And multiple
photo copies bey Thursday, July 5, 2007.

Thank you for your professional
Attention to this mAtteR.

Joni L. Johnson
182823  Unit 7

CC: Rick Kearny, BoP
. US District Court

* missed Deadline —
Court Accepted multiple
hard-WRitten copies late
Due to Circumstances of
Denial to Right to LAw
LibraRY *

June 25, 2007

Joni Johnson
BWCI#00182823
660 Baylor BLVD
New CASTLE, DE 19720

Clerk—
United States District Court
844 King Street
Wilmington, DE 19801

RE: 42 USC §1983 - REQUEST FOR Preliminary
Injunctive Relief AND Summary Action

Dear Clerk:

I AM AT A Loss with my Situation AT Baylor
Womens Correctional Institution, AND their denial
of my Access to the Law Library.

On June 14, 2007 I filed A motion for
Preliminary Injunctive Relief with U.S. District Court
For Emergency Access to the Law Library for Research,
photocopies AND typing to prepare Direct Appeal to
Criminal Conviction AND Sentence imposed June 4, 2007,
by Superior Court of Delaware, Kent County, Judge Young.
A few days later on 6/18 I filed AN ADDENDUM to
Enlighten the Court to Another Attempt by Warden Ryan
to keep Me out of the Law Library. Then on June 24
I again WROTE to you About this matter.

My Deadline for filing Notice of Appeal, Request
For Appointment of Counsel AND in forma pauperis REQUEST
For transcripts AND the Record is July 2, 2007, to the
Delaware Supreme Court.

-2-

Jerks
; District Ct
28/07
etter

ADDitionally, I am trying to prepare A
42USC §1983 for multiple incidents AND Civil
Rights Violations Against The Department of
Corrections AND Baylor Womens Correctional Institution.

Literally, MR. O'Connor has stopped cALLing
Me to the LAW Library — ALL-Together Now! The
Warden has made my REQUEST perfectly cleaR:
"NO"! I will/shall NOT Receive ANY "special
Circumstances" time in the Law Library. He
CANNOT USE security issue, because I am in population.
The Stolen book story which was A Complete Farce—
is Now Moot!

Even his own Superiors, CARL DAnberg, Commissioner
Department of Corrections sent A Letter to I/M Joni
Johnson on June 19, 2007, Advising that he sent a
letter to ~~inmate Johnson~~ Warden Ryan "to handle".
The matter, still has NOT been Resolved — The Warden's
Answer, still has Not changed, it is Still "NO".
The letter of June 19 Just Arrived with Danberg's second
letter dated June 26, 2007.

Finally, on June 26, 2007, CARL DAnberg, after
Receiving yet Another REQUEST From me to gain
the much needed Access to the LAW Library, sent the
~~letter~~ matter to Rick Kearny, Bureau Chief AND
Aaron Goldstein, Dept of Justice. Hopefully, they
will Resolve the problem; but up to this time, there has

US District
Court
6/28 letter

— 3 —

I have sent 4 grievances to the appeal
level of "Rick Kearny", Bureau Chief of prisons —
He has Never one time Answered me on any
letters or Appeals. I Actually doubt that most
of my mail even leaves this prison.
        I am in a desperate Need Right Now — I CANNOT
file the 42 USC § A83 until I can get into the
Law Library for forms. typing — AND photocopies.
The REQUEST FOR PRELiminary Injunction AND Summary
Action — Judgment is Strictly for Access to the Law
Library to complete the much Needed 42 USC § 1983
(Class Action), AND meet filing deadlines and photocopy
Requirements for DIRECT Appeal. It is so bad Now,
every unit gets Reams of paper this week —
EXCEpt the Unit I AM on. The sAme thing happened
on the last UNit I WAS on. I do NoT even have
enough paper to hand write copies (papers).
(Since No photo copies are done for me, I have to
hand write every copy for service Requirements).
Also — I am doubting that you have Recieved
Any of my prior filings — What steps do I
take if Injunctive Relief is Not AN Application
Appropriate under this Message?

                    RESpectfully,
                    Joni Johnson



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                    (302) 739-5601
Commissioner                          Fax:    (302) 739-8221

June 26, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

    I am in receipt of your letter regarding access to the Law Library at BWCI.

    I have forwarded your letter to Rick Kearney, Bureau Chief of Prison.

                                         Sincerely,

                                         Carl C Danberg
                                         Commissioner

cc:    Rick Kearney, BOP
       Aaron Goldstein, DOJ
       TK# 262

CCD:lmd

*See Attached Response of 7/16 w/ INCORRECT/ Inaccurate Information —*

COPY

~~JUNE 30, 2007~~
24

Joni Johnson
BWCI  182823
660 Baylor Blvd
NewCastle, DE
19720

Clerk—
United States District Court
844 King Street
Wilmington, Delaware  19801

RE: Motion for Preliminary Injunctive
Relief And Summary Action
(Pending filing of 42 USC § 1983)

Dear Clerk:

On June 14, 2007 I placed in the mail At BWCI, one copy
of "Motion For Preliminary Injunctive Relief AND Summary
Judgment". Then on June 18, 2007 I sent An "ADDENDUM", with
New information.   I served on The Attorney General's office,
The Commissioner of The D.O.C. offfor service on him AND Rick Kearny,
Chief, DOC! AND one To Patrick Ryan, Warden, for service on him AND
~~Rick Kearny~~ All other Δ's listed. At this point and time, I am
being denied Adequate time in the Law Library to Research, draft,
prepare, type or Anything else. Hence, the urgency of my
Request To The Courts. It is very important that the
Court is AWARE Of The Extent Warden Ryan, And the Administrativ
Staff will go to prevent me from getting Information outside of BWCI.
They are Not Above stopping or intercepting mail going out of
this prison. When writing to The Bureau chief & Commissioner —
the envelopes ReAppeared In Captain Moore's hands — torn open
AND He came onto my unit screaming at me for having the Audacity
to write outside to his superiors.

4

-2-
Clerk
S.D.C.
1/29

It would NOT surprise me, if they stopped the initial Petition and Motion/ADDENDUM. I Need the Court to let me know if you Received, last week, the Motion(s) listed herein, And Addendum. If possible, would I be able to Receive A "clocked" Copy of the front pages of each (or photocopy of clocked)

I am on A serious TIME LINE/DEADLINE with the Delaware Supreme Court on my direct Appeal from 4 year Conviction and sentence, with definitive issues on Appeal. One missed deadline, could Result in dismissal, And Therefore creating A Liberty Interest.

Therefore, could you please let me know something Real soon, As July 3 will be my filing deadline on NOTICE of APPEAL. the main thing that the Court needs to consider is that, without my Access to the Lawlibrary, I cannot obtain the proper forms, Instructions, photocopies, etc — Therefore, with the 30 day filing deadline, or Direct Appeal of Conviction and sentence to del SupCT An Emergency Decision and ORDER — is justified. * I am not Represented By Counsel *

Thank you,

[signature]

Referring Matteto: Kearny & Aaron Goldstein to Resolve on
June 26, 2007.

To: CARL Danberg, Commissioner, Dept of Corrections

FROM: Joni Johnson, I/M #00182823 B.W.C.I.

DATE: June 20, 2007

RE: Law Library    BWCI

_____

I have written multiple grievances about the Law
Library situation and absolutely. Nobody Responds.
This problem is ongoing since I arrived here on
March 15, 2007. As stated in My Civil Rights Action
Preliminary Injuctive Relief, Request For Summary Judgment,
The Warden refuses to allow ME "Special circumstances" time
in Law Library. Please see original Motion and Addendum
filed June 14 and June 18, 2007 (w/ U.S. District Court)

(1 copy mailed to CARL Danberg/Rick Kearny jointly;
1 copy mailed to Attorney General Joseph Biden, JR.;
And 1 copy mailed to Warden Patricie Ryan
for BWCI defendants)

_____

To add to the problem: I/M Joni Johnson was called to Law Library
at 2:00 pm on June 19, 2007 for 1 and ½ hours of access time.
Upon arriving Mr. O'Connor came out of his office to speak to
I/M Johnson in front of: I/M's Latoya M. Duffie; Nicole Campbell,
And Mera ? . He very disrespectfully announced to ME
that I AM "Not to leave with any thing I did not have
When I came in." I Reminded him, that I did NOT steal
the Referenced "Supplement" of earlier. He said he knew I
did because I "pretended" to put it on the shelf. WRONG.
The 2 books I did put on shelf was Titlell and A Reference book.
I thought I had left the "supplement" in his office.

Danberg
page 2

As I put in my Addendum — I did NOT Know
that the thin paperback supplement was
inside of My Legal papers when I left.
Only After O'Connor called the Unit, And I
looked through Legal Documents, was it found.
"Twenty Minutes Later"!

O'Connor is using that Accidental situation
to Limit my time in the Law Library (which was being
Done even before
the Book incident)
At that point, when I showed him the
2 books I DID place on the shelf that day
SO AS to prove him wrong — (he Alleges I pretended to put A
BOOK UP to covering my theft)
it became
Agitated And Argumentative. Calling ME A liar.
And Then Commented About My Criminal Charges, saying
that "It Knows for A fact that I was stealing
Money from little old Ladies!" He said this
in front of 4 inmates inside the Law Library, more than
once.
One of the I/M's told me that he has been telling
everyone that I "Stole" the book. This is (his friend)
Consistent with C/O Tabron Also Calling ME
"Sticky fingers" in MED line/with About 20 I/M's present
His Reference to ME "stealing from "little old Ladies"
Stems from his obvious Looking up my charges
on the computer And seeing over 62 victims.
However, in my plea hearing NONE of those
charges stuck. They were Dismissed/Note prosequce

JT 3

Mr Danberg, I am sick and tired of the B.W.C.I. staff harassing me day after day — all because I stand up for Myself and Constitutional Rights of I/MS, as well as Human Rights. There are so Many Rights being Violated in this prison it would take 2 years of trial to Address them.

Somehow or another, we have to get somebody into this prison to see what goes on — Writing does NOT seem to help. We all wonder if your office even Receives our letters + Appeals. I wonder if you Received your copy of the "Injunction for Preliminary Relief And Summary Judgment" with "Addendum" And "Letter to Clerk-U.S.District Court". Nobody Responds — so is our mail being stopped or Are you just Not Responding. Please help the women inmates At BWCI, from Any further Abuse!

Thank you,
Joni Johnson
Unit 7 inmate
BWCI

Danbury
page 4

※ ADDITIONALLY:

On June 19, 2007 in Law Library I also, asked MR. O'Connor where the Tittell Supplement UPDATED WAS — so I could write down the Revisions of 4 11 DE 4214(a). He told ME the book WAS placed in "EVIDENCE". He is Alleging, Along with the Warden that I AM being charged with stealing the Book, that WAS back in his hands in 20 minutes, And that C/o mugo witnessed ME searching papers & finding it.

I Need to Know what the Revisions ARE to 11 De 4214(a), AS I AM Appealing the Application of such to My criminal sentence -

MR. O'Connor ALSO Refuses ME Photo Copies AS Needed For Court duplication Requirements. The Need for Additional time is Pending U.S. District Court Review.

The Need for supplies: Folders, pens, paper, forms, Notary, typewriter, tape + correction tape, staples, clips etc for preparation of Appeal To Delaware Supreme Court is also part of the U.S. District Supreme Court pending Review. As well as Needing Legal mail postage and confidentiality.

He Alleges we cannot copy Photo Anything from Law Books



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                    (302) 739-5601
Commissioner                            Fax:    (302) 739-8221

June 19, 2007

Joni Johnson
SBI# 00182823
Baylor Women's Correctional Center
660 Baylor Blvd
New Castle, DE 19720

Dear Ms. Johnson,

I am in receipt of your letter regarding access to the Law Library at BWCI.

I have forwarded your letter to Pat Ryan, Warden at BWCI to handle.

Sincerely,

Carl C. Danberg
Commissioner

cc:    Pat Ryan, Warden
       TK# 222

CCD:lmd

* Verbal Response to I'm Johnson, through Ms. Russel, Issue's is that I will not Receive any more time in the LAW Library that the Rest of the population gets. Also, I was told NOT TO Write to him again with my concerns!

Copy

*to his Russell by message to He not to send him Anymore Requests for Anything, that I should go through her — He Also relayed the Message that I would not be granted "special circumstances" Any Different From Rest of his therefore 2 hours every 4-weeks*

DATE:    June 11, 2007
To:    WArden Ryan
FRom:    Joni Johnson    00182523    Unit 7
Re:    LAW LiBRARY Access

_____

I want to thank you for getting Me into the LAw Library Monday Afternoon. While there I talked to MR. O'Connor About My Need to spend At least 3 days per week 4-6 hours each for probably About 1mpre Month, then it should taper off. He said I Must get Warden Approval for that Much Access.

I Am A PRO se Litigant iN A Civil Matter AND I Am proceeding in pro se on Appeal to My guilty plea AND Sentence. Therefore in Need of Special Accomodations" iN order to successfully Complete My pro se petitions + pleadings. I Need typewriter with Adequate ribbon + correction tape, Paper, pens, envelopes And Authorization to use of state Mail (No postage Reqd) for Inmate Legal Mail. Plus photocopies.

Please provide Me with A Memo that will ensure that I will have No difficulty with various C/o's + Staff w/ Accessing Law Library + to be given copies + supplies.

Thank you

(CQM)

DATE:     June 11, 2007

To: Mr O'Connor
FROM: Joni Johnson, 00182823  unit 7

RE: Book & Law Library time

I 1st want to Apologize for the Accidental taking of that book from the Law Library. Honestly, I thought I had left it in your office until you called And I looked in the copied papers And it was Laying open & flat - I fuss probably more than Anyone when certain items Are destroyed or Missing - So I do feel embarassed by My Mistake.

ALSO - this is to Remind you that you were going to bring me down to Library Tuesday AfterNoon.

Thank-you

Joni Johnson

* It was Almost 3 months before It had me
  Law Library Again *

Copy

6-11-07?

Joni Johnson
IH #00182823
Baylor Womens Correctional Ins
660 Baylor Blvd
New Castle, De 19720

United States District Court
   844 King St
Wilmington, De 19801

   RE: Johnson V. Biden, et Al

Dear Clerk:
   Please file the herein petition for Emergency
injunctive Relief With Summary Action to Allow me
Adequate Access to the Law Library at The Baylor
Womens Correctional Institution.

   I have been trying to handle the Needed Access
from within the Dept of Corrections And to No
Avail. The Warden has Now made it perfectly clear
that HE WILL NOT Authorize the Needed time.

   It is urgent that Ms Johnson (me) has time
to Research the Law & to type pleadings because of
filing her own Appeal to Conviction And Sentence After
Court Appointed Counsel who was An eviction Legal Aid
Attorney, And I was one of his first 3 Criminal cases —
He gave me bad information About the law As it
Applies to me. Therefore, having A Liberty interest.
After Sentence of 4 years I need time in the Law
Library to Research. Also, I have had problems in the
prison with staff members because of filing grievances.

p.2

I Need time Also to file a 42 USC § 1983 And
Apply for class Action status because many
I/m's have had similar violations.

The violations are Not just the Law Library,
they keep most of us out of the Law Library so
we cannot call A.C.L.U. or work on filings.

Some of the issues that will be addressed once
we have access; include, but not limited to:

1) STAFF Misconduct: Multiple incidents with many
I/H's, but to start with; a) there is An incident
where Court Transport, Cpl Brown broke my wrist
and crushed nerves in his hand when transporting
me from Dover lock-up Court back to BVCI, Deliberately.
She Threatened to Mace me for crying when wrist was
Swelling + turning Colors. ✗ she Also Refuses to allow
I/H Johnson to take Respiratory Prescriptions to court
where she was gone 10 hours/ w/ C.O.P.D./Pulmonary/CHF
                                        /Asthma / Fibrosis /

b) % Hicks labeled  I/M  Johnson A snitch
And told Mentally ill – Violent w/Multiple Personality
Disorder (MPD) I/M's giving one I/M A cup of bleach
And she boiled it in the microwave – He let her in
the Room on lock w/me And she threatened to throw
In My face; later she poured the bleach into my C-PAP
WATER Reservoir Breathing machine.

p.3

c. Racial Slurs towards I/m's; overzealous use of Cap-Stun/Mace/
d. Staff putting I/m's on lock/punishment w/o Due Process

2. Safety Hazzards - Bugs, spiders biting I/m's (suspected to be mesa), stair Railings loose/ Black mold drips from coiling in showers & is in Ventilation system All through BLDG. I/m's are locked in closets And other areas Not Designed for Housing with no Ventilation or Bathroom facility, Overcrowding of 420 inmates in an Institution built for 200-250 inmates.

3. Medical Issues

4. Due Process Violations of Liberty interest Matters, etc.

It should also be noted that I have mailed my Notice of Appeal to Kent County Superior Court; however, have not ~~heard~~ had Any Time to Research And Apply the Law And Study the Procedures Needed to prepare My Own 1st Appeal to The Delaware Supreme Court.

Because We Cannot Make Photocopies/we are having to hand write Every copy So we are mailing 1 copy to A.G. And 1 to D.O.C. & let them copy & Distribute with The Courts Permission.

Please Try + Get me A Quick Response And Court Order As Appeal is time Sensitive.

HANDWRITTEN
COPY

JUNE 10, 2007

JONI JOHNSON
I/m # 00182823
BAYLOR WOMENS Correctional
660 BAYLOR BLVD
New CASTLE, DE 19720

RICK Kearny, Bureau Chief
DEPT OF CORRECTIONS
245 McKee Road
DOVER, DELAWARE 19901

APPEAL - Final STEP - EMERGENCY
RE: LAW LIBRARY ACCESS AT BAYLOR Womens Correctional,
FOR Failure to Respond TO ADMINISTRATIVE First.

DEAR MR. KEARNY:
        ENCLOSED, PLEASE find My final STAGE APPEAL PRIOR
to REQUESTING Injunctive Relief from The United States
DISTRICT COURT FOR THE DISTRICT Of DELAWARE.

        AT This time I AM Requesting EMERGENCY
IMMEDIATE Resolution AS I have Time SENSITIVE /
filings By Wednesday June 13, 2007.
        Multible Requests TO LAW LIBRARY ACCESS has
been denied by NOT being cAlled. I again Notified
MR. O'Connor on Monday 6/4 that I had A deadLine @ 10
days from SENTENCING — No Response. I NOTIFIED THE
WARDEN on Thursday JUNE 7, 2007 — EXPLAINING the
URGENCY Plus REQUESTING A SET SCHEDUIE AS Necessary.
AGAIN NO RESPONSE. OVER The LAST 3 months I have
written multiple Grievances Regarding LAW LibRARY
Access AND NOT A single one has been Answered.

        PLEASE STEP IN And RESOLVE This Situation
OR I will have No choice but to seek Injunctive
Relief for 6th Amendment Constitutional Violations
of ACCESS TO THE COURTS.

        The last time I tried to Contact you And
MR. DANBERG — The envelopes were opened And I and/or
was confronted By the SWAT Commander
going over his + Wardens head, Although the Grievances
1st and 2nd Appeal to WARDEN were ignored.
        PLEASE step in to Resolve THE IMMEDIATE
NEED TO Access LAW Library.
        Thank you for your Prompt Attention.

                Joni Jo

6/10/07
BuCI
Unit I

Time Sensitive                    Appeal/Emergency

JUNE 10, 2007      Grievance Copy    Joni Johnson
                                          00182823

Mailed to Shall mail
To Kearney.
6/10/07

Re: ESSENTIAL Time while Processing Criminal Sentence Appeal and for 42 USC § 1983 Completion and Photo copies. I AM Working on my own Appeal - Pending Appointment of COUNSEL Regarding My 4 year MANDATERY Sentence out of KCSC. Plus I Am still processing My 1983 Suit. I Must have multiple photo copies As Required by The Court As well. I have SENT NOTICES TO MR. O'CONNOR, To the WARDEN and signed the list to no Avail. MR O'CONNOR's Process is to being AN Inmate To the LAW LIBRARY ACCORDING to the sign-up sheet. The BUCI having 400+ inmates that may or my not REQUIRE LAW Library ACCESS, but sign-up frequently takes weeks to get called. (The sign-up sheets Are only Picked up 1 x Month). SPECIAL REQUEST NOTES TO MR. O'connor are given priority, but MAY be called 2 wks After Submitting if lucky.

    I have informed both the warden And MR O'connor of my imminent Court Deadlines And Pending litigation that REQUIRE AT LEAST 3 days Per Week AT 4-6 Hours pee day of Access. FOR INSTANCES: Mon - WED - Fri from 9:30 - 2:30 or Something comparable.

The United States Supreme Court has STATED "It is Now established beyond doubt that PRISONERs have A Constitutional Right of ACCESS TO THE Courts. THE Courts have cited THE DUE PROCESS Clause, THE EQUAL PROTECTION Clause, The FIRST AMENDMENT AND The Privileges And Immunity CLAUSE OF ARTICLE IV OF THE CONSTITUTION As THE [BASIS] for the Right" MURRAY V. GIARRATANO, 492 U.S. At 7.
AS COURT DEADLINES NEED TO BE MET, And RESEARCH, Photocopies + typewriter Access is Necessary To complete The Filings, And if A Deadline is missed, there is A strong liklihood of having the Appeal OR 1983 dismissed. Accordingly, A showing of PREJUDICE by denying NECESSARY ACCESS to LAW Library is ASSUMED. Therefore, I/M Joni Johnson hereby submits This Final step of the Grievance process And will be Seeking injunctive Relief. As The Deadline is within 10 days from Sentencing, There is A Need for immediate Appeal ⟶

COPY

June 6, 2007

To Warden:

I Am in Need of several hours per week in the Law Library for litigation of which I have filing and Response Deadlines.

I have sent Notice to Mr. O'connor, that because of A filing Deadline, I Needed to be in the Law Library Today. Accordingly, I will Need At Least 3 days per week AT 3-6 hours At A time.

It is essential that I Access the Library on Thursday June 7, 2006 to get into the last Mailing of the week for An Appeal Notice.

Thanking you in Advance

Joni Johnson

SBI # 00182823

# aclu delaware

May 21, 2007

Ms. Sheirld Luff
BWCI
660 Baylor Blvd.
New Castle, DE 19720.

Dear Ms. Luff,

Thank you for your recent letter detailing the difficulties you have faced with the medical department as well as obstacles to accessing the law library. I have enclosed some information on the rights of disabled prisoners. I also suggest that you contact the Community Legal Aid Society's Disability Rights Project with more details about any access issues you are facing. Their address is the same as ours, but they are in Suite 801.

As for the issues regarding access to the Law Library, I am also enclosing some information on this topic. Please send as many details as possible concerning this situation, including dates and with as much accuracy as possible, who told what to whom and when. If you have anything in writing from the administration about who is banned, why, and for how long, that would be helpful. Please also send copies of all grievances filed by you or other women in Unit 8.

Thank you, Ms. Luff, and I look forward to receiving your response.

Sincerely,

Julia M. Graff
Staff Attorney

Enclosures

**american civil liberties union delaware**
**100 West 10th Street • Suite 309 • Wilmington, Delaware 19801**
**(302) 654-3966**

Resubmitto
Resubmition
4/28/07

Katance No Action
Request
Not Signed
(4-28-07)

FORM #584

GRIEVANCE FORM

FACILITY: BWCI

DATE: 4-21-07

GRIEVANT'S NAME: Joni Johnson

SBI#: 00182823

CASE#:

TIME OF INCIDENT: 10 Am

HOUSING UNIT: #8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES. RE: LEGAL DOCUMENTS

On Friday, 4-20-07, I had a situation with law Library;
Mr. O'conner took My legal papers regarding my criminal
case (correspondance to/from Atty's) to Ms. Shotzburger, who
in turn discussed them with the warden. Also included in
the stack of papers confiscated were documents Shierld
luff and myself are using as exhibits for a 42 USC8 1983
Civil Rights Petition. There There was a DOC policy 4.2 among
the papers that was sent by the A.C.L.U. Capt. Repetti then sent
co. Antonio to shake down my room here in unit #8 to look
through my documents to see what else I had further
violating my constitutional Rights of Due Process and access

ACTION REQUESTED BY GRIEVANT:
The Civil Rights Violation has Already happened—
I want Assurance that My Legal Documents +
Legal MAIL will NOT Be jeopardized agAn
This is Merely An exhaustion of AdMinisteAtive
Remedies As ReGuiRed By U.S. District Court pursumnT
to 42 USCS A83

GRIEVANT'S SIGNATURE: Joni Johnson

DATE: 4-28-07
Resubmit

WAS AN INFORMAL RESOLUTION ACCEPTED?         (YES)      (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

(copy)

FORM #584

GRIEVANCE FORM

FACILITY: B.W.C.I.                    DATE: 4/20/07

GRIEVANT'S NAME: Joni Lee Johnson        SBI#: 00182823

CASE#:                                TIME OF INCIDENT: 11:00 A.M.

HOUSING UNIT: 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

RE: Law Library / Legal Documents / Photo copies of personal Legal Doc's
I Went to Law Library on Tues 4/17/07 and had a lot of Legal Doc's
that I need copied for my legal case / ATTY correspondence and
notes / exhibits and Legal Authority I need copied for my
42 USC 1983. Mr. O'Conner told me he would bring me back on
Fri 4/20 to get the copies + I told him that was o.k. He took the
Doc's from me - top stack clearly marked "7 copies need for
42 USC 1983" - And 2nd stack need 1 copy. Correspondence
to/from Courts/ Atty's / ACLU + Mr. O'Conner came back to Law
Library without my Doc's + told me they were "being copied."
He finally told me that Ms. Shotsburger had them to "Review
over →

ACTION REQUESTED BY GRIEVANT: To be able to obtain Photo
Copies of my Legal Documents And Atty - Client
Correspondence without Having to Get Approval of
Shotsburger / Warden or O'Connor or Anyone else!
* This matter is being turned over to the U.S. District
Court, For The District of Delaware.

GRIEVANT'S SIGNATURE:                    DATE: 4/20/07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FORM #584

GRIEVANCE FORM

FACILITY: BWCI                          DATE: 3·22·07

GRIEVANT'S NAME: Joni L. Johnson        SBI#: 182823

CASE#: _____                  TIME OF INCIDENT: Since 3·16·07
                                         3 Requests unanswered
HOUSING UNIT: ___8___

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The sign-up sheet in Unit 8 has been up for the entire week with
names on it of inmates that no longer in unit. My name is also
on it. I have sent 3 requests to law library over the past week
regarding the need to 1)Contact Attorney 2)Need to do legal
research and supplies to prepare my defense. I have 7 cases
+ am facing alot of time if convicted. I have a Constitutional
Right/Prisoners right to have access to law library while matter
on going and a need for extra time. My needs + requests have
gone ignored.

ACTION REQUESTED BY GRIEVANT: To have the time required for Law
Library and set up a schedule that I can go in and
research and begin preparing my defense for trial, which is
going to be lengthy and high profile.

GRIEVANT'S SIGNATURE:                    DATE: 3·22·07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____       DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.
                        Have been called down 3XS from 3/22 - 4/29
cc: INSTITUTION FILE    Yet written at least
12 No Answer from Grievant prum Cpt moore   10 Requests + sign-up sheet
3 no Answer from Warden

#7

*COPY*
*original*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: BCCI                          DATE: 3/22/07

GRIEVANT'S NAME: Joni L. Johnson        SBI#: 182893

CASE#:_____                   TIME OF INCIDENT: Since 3/16/07
                                        * 3 Requests
HOUSING UNIT: 8                         Unanswered

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.        The sign-up sheet in unit 8 has
been up for the entire week w/ names on it
of I/m's no longer in this unit / my name is also on list.

LAW LIBRARY REQUESTS
        I have sent 3 Requests to Law Library
over the past week Regarding the Need to
#1   Contact Atty
#2   Need to Do Legal Research + Supplies to Prepare
                                    My Defense
        I have 7 Cases + Am facing A lot of time.
I have A Constitutional Right / Prisoners Right to    if Convicted
Have Access to Law Library while matter ongoing —
And A Need for Extra Time! My Needs / Requests Have gone
                                                ignored —

ACTION REQUESTED BY GRIEVANT:_____
To Have the time Required For Law Library —
to Set up A Schedule that I can go in +
Research + begin preparing My Defense for trial — which is going
to be lengthy + High Profile

GRIEVANT'S SIGNATURE: Joni R John     DATE: 3/22/07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

GRIEVANCES

Law Library Access To The Courts + Due Process
6th Amendment    and 14th Amendment

1. 3/22/07   Law Library Access
             Not sufficient nor
             in Accordance w/schedule

Appealed to Warden on 4/3
As of 5/3 No Answer

2. 3/22/07   Law Library Access
             Sent 3 Requests for
             Urgency - upcoming
             Court Date - Sign up
             Sheet still on Unit

Appealed to Warden on 4/3
As of 5/3 No Answer

3. 4/20/07   Photo Copies of
             legal Documents
             + Violation of Due Process
             + Right to the Courts
Staff   Confiscated legal Documents RE: 42 USC § 1983
        when I/M Requested photocopies of exhibits
        Law Library paralegal took Docs To Ms. Spatzburger
        who copied Needs told Warden - Reviewed
        Before Returning to inmate 4 hours later
        without the Requested Photo Copies.

As of 5/3
No Answer
Appeal to Warden

4. 4/20/07   Front page of Requested copys RE: issue Above
             showing that the documents were for litigation pertaining to
             Civil Rights Violations + Therefore could not be reviewed by
             staff.

5. 4/21/07   Cpt. Repetti ordered
             c/o Antonio to shake down I/M
             Jeni Johnson + Review her
             legal Documents to see
             "what else" she had

As of 5/3
No Answer
Appeal to Warden

6. 2/8/06   I/M Shierld Huff
            Requested that Unit 8
            Receive adequate Law Library
            time W/schedule

As of 5/3/07
No Answer
Appealed to Warden
10/14/06
No Answer

Dear Mr. O'Connor,                                                    2/8/06

   Im writing to request time in the Law Library
For Research. I had explained previously, that I am
Filing Documents into Court and I need as much access
as possible. My idea was at least twice a week.
Friday will be going into the third week with only one
hour of access.

   I would appreciate anything & all you can do to
get me in twice a week For as long a period as possible.
   Thankyou For Your Time & help.

                                          Sincerely,

                                          Edward Luft



Toni Johnson Unit 4
Baylor Womens (Ore Inst
SBI 00182 823
660 Baylor Blvd 19720
New Castle, DE

Clerk-
U S District Court
844 King St, LB 18
Wilmington, De 19801