Joni L. Johnson
#00182823    Unit 5
Baylor Womens Corr. Inst.
660  Baylor Blvd
New Castle, DE  19720

United States District Court
District of Delaware
844 King St
Wilmington, DE  19801

RE: MEMORANDUM - UPDATE of EVENTS -

07 - 394-GMS.



FILED

OCT 31 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To The Court :

AT this time, under separate cover, I am placing in the mail, a large manilla envelope containing documents in the above case. (Discovery items include copies of Exhausted Administrative Remedies in Law Library Issue; Preliminary filing of other relevant issues in 42 USC §1983). There are concerns of mail making its destination. Accordingly, please forward me a copy of  "Δ's Answer" once received, along with an updated docket.

As of this writing, I am once again "banished" from The Law Library. According to CARL Danberg, Commissioner, "Since you have chosen to seek legal redress ... No further response is appropriate." His letter began with, "I consider the Law Library matter closed." However, the matter has gone on for 6 months without Resolution by Institution or D.O.C. The "reasons" the institution is Now Keeping me away is that :

MEMORANDUM

#1    News Journal Article

On October 3, 2007 A letter to EDITOR was published in the News Journal written by Joni Johnson regarding the lack of programs At WCI AND The taxpayers are lead to believe they are paying for. We have Never heard of 18 of the 27 programs D.O.C. claims we have.

#2   MEDICAL Billing FRaud Involving MEDICAID

I have discovered that CORRECTIONS medical Services, Inc., as part of their #25.9 million contract (unbid) with The Department of Corrections, is responsible for all inmate medical expenses in the State of Delaware, While the inmate is in D.O.C. custody. Medicaid AND/OR MEDICARE CANCELS during the incarceration period (OR At least is Suppose to). That has NOT been happening, and all 3 times that I have been hospitalized — MEDICAID, and NOT cms, Inc. PAID the bills. (As I have also unCovered with other inmates). I have revealed to the News Journal Almost ½ million dollars in hospital and outside Medical expenses that was fraudulently paid by medicaid. Cms has the bills go to MEDICAID if the inmate was on Medicaid pRioR to WCI. (most women are).
"Follow" The money!

# 3.    On Friday, October 12, 2007 At 3:00 pm I received A memo from Δ Russell of Treatment Services, including a message from the Warden that I will NOT Receive the (Respiratory) medical fan that medical ordered me to have; Because, the warden stated, "there is no medical reason". However, on 9/10/07 Medical Staff wrote the memo for me to have the Equipment, as is done for most all asthmatics in the winter months because of the heat causing exacerbations. All Severe Asthmatics have a fan authorized. I not only have Severe Asthma, but also Chronic Obstructive Pulmonary Disease (COPD) with Pulmonary Fibrosis. I have been hospitalized for such illnesses 3 times since AT WCI. I also have severe sleep apnea, and sleep with CPAP. Other inmates with just Asthma have medical fans — I am the only one denied by The Warden. After Being Approved by medical.

# 4    The icing on the cake happened Friday, October 12, 2007 — one hour After the "denial of medical Equipment" memo was delivered to me — The order from This Honorable Court arrived, requiring the Warden, Commissioner, Bureau Chief, Colleen Shotzburger, George O'connor and Ms. Russell, to Respond regarding The LAW Library issue. I was Public Enemy — I am now Public Enemy #1, among BWCI Administrative staff.

-4-

MEMORANDUM

I guess the warden received his copy of the Court order first, so now I cannot have my medical fan! (* Last winter He did the same thing to another inmate one with end stage (emphysema).

Advising the court of some of these most Recent issues, may in fact provide more insight as to the motives behind keeping Me out of the Law Library. As for it being illegal - well - Warden Ryan has always Run this prison as if he and his Administrative staff - are "Above The Law". It is just time for someone to finally Step up and say - "Enough".

As for Retalintory Actions towards me - there have been a few - I know there will be certain things that they will keep Picking at/ Staff Members that want to make "Brownie Points" with the Warden, but mostly it will be more of the Warden and classification's Antics to try and discredit me, but honestly, that is the price one pays when "Standing up for what is Right". Be that as it may, I have made A lot of Mistakes in my life, and probably deserve to be here - for A while Anyway - But that does not justify OR make Right the intentional deprivation of inmate Rights by prison staff.

I believe, that if the Warden, is truly Convinced in his mind that my Accusations are unfounded, and that he will prevail, then my access to the law library

-5-

## Memorandum

Should NOT BE A CONCERN. O'connor claims that because I have so many things going on when I am in the LAW Library, he is "Restricted" from having other Inmates in at the SAme time. That is Completely un founded. Whenever I am in the LAW library, A room I Know my way around very well, I do not solicit MR. O'connoR'S Assistance At All. He has an inmate clerk, that should I Require photocopies, forms or supplies — The clerk gets them for me. Any books I use, I freely take them from the shelf, and when done, I check back in with his clerk. I work Quietly at one of The 12 work stations, and have little to No intervention with him at all. I have full respect for the books, the rules and the procedures of The LAW Library.

Any Rules Infraction that they most certainly will use as an "excuse" to Justify their Actions - is Unfounded, untrue and has been 100% illegally handled.

I am in inmate population with No Separation orders, So I can intermingle with other units freely.

As far times and dates, O'connor may show on his computer log one thing, but that needs to be matched up with the sign-in/-out sheets.

Photo copies of Recent correspondence from D.O.C. Regarding this matter will Be forwarded once I am able to obtain them from LAW Library.

- 6-
Memorandum

With that, I close in anticipation of court intervention regarding the Law Library issue at BWCI So that I may follow through with my litigation in other matters. I believe the need for court interception and Preliminary Injunction has been met. Without it, I will be restricted from completing Legal documents and meeting court deadlines, All The way around.

I truly hope this will be expedited as I have A brief coming due with Supreme Court of Delaware, Case No. 319, 2007, Sometime in the Next month. 11-16-07

Thankyou for your attention and openminded Review.

Respectfully submitted,

Joxi L. Johnson



### State of Delaware
### Superior Court

Lisa M. Robinson

PROTHONOTARY

KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901

TELEPHONE: 739 - 5328
739 - 3184

**October 5, 2007**

**To:** *Joni L. Johnson*

**Re:** *Motion for Appointment of Counsel and Waiver of Filing Fees*

*AFTER REVIEWING YOUR CORRESPONDENCE ADDRESSED TO THE COURT, THE COURT HAS DETERMINED THAT THE CORRESPONDENCE MUST BE RETURNED TO YOU WITHOUT FURTHER CONSIDERATION FOR THE FOLLOWING REASON(S):*

( · )   Any requests for action by the Court, such as requests for modification of sentence, must be in the form of a motion.

(  )   The Court will not consider motions or other correspondence that do not contain all the following information: the criminal action number(s) for the case that is the subject matter of your correspondence, the inmate's full name and any aliases, date of birth, and SBI number, the inmate's sentencing date, and the name of the sentencing judge. All of this information is listed on the status sheet provided by the Department of Correction.

(  )   Motions, requests for action by the Court, must be sent signed under the penalty of perjury and be sent directly to the Prothonotary's Office to be docketed and referred to the Judge. A copy of the motion must be served upon the Department of Justice, Office of the Attorney General, with an attached certificate of service. Do not send your motion, or a copy of the motion, directly to the Judge.

(  )   The Court's records do not indicate a case involving you in Kent County Superior Court regarding the criminal action number(s) you have listed. Your correspondence has been returned to you to file in the appropriate court or for further identifying information.

(  )   Court records show that you are represented by _____. The Court will not accept *pro se* applications for relief by defendants who are represented by counsel unless the Court has granted permission to participate with counsel in the defense. (See Super. Ct. Crim. Rule 47).

(   )   Your previous motion was denied on _____. The Court will not consider repetitive motions for sentence reduction/modification. (See Super. Ct. Crim. Rule 35(b)).

(   )   The Court will not consider requests for relief, which are contained, in pre-printed/form motions. The motion must pertain to the Defendant's individual case and state facts to justify relief in the Defendant's particular case.

(   )   Your request for sentence reduction has been filed more than 90 days after your sentence was imposed. Any request for sentence reduction filed more than 90 days after sentencing must be made by the Department of Correction pursuant to 11 *Del. C.* § 4217 or under extraordinary circumstances. (See Super. Ct. Crim. Rule 35(b).

(   )   Request for interstate transfer is at the discretion of Department of Correction.

(   )   Criminal history and record must be obtained from the Delaware State Bureau of Identification.

(   )   Your correspondence does not state a cause of action upon which the Court may grant relief.

(   )   Requests for Court documents of the following must be sent directly to the Prothonotary: sentencing orders, plea agreements, indictments, and uncertified court dockets. For documents other than those listed above, there is a $1.50 per page copying fee (in the form of a check or money order made payable to "Prothonotary"), which must be included with your request and sent directly to the Prothonotary.

(**X**)   These documents are captioned to be filed in Supreme Court.

(   )   The Court cannot consider requests for sentence reduction or modification submitted by a third party. The request must be submitted by the Defendant's attorney or by the Defendant, if he or she is not represented by counsel.

:pqb
Attachment

PAMELA QUAIL-BRUMMELL
**Paralegal II**
**Office of the Prothonotary**

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
LISA A. SEMANS
*Chief Deputy Clerk*
LATOYA S. BRADY
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
DOVER DE 19901

P.O. BOX 476
DOVER DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

October 9, 2007

Daniel Tyrrell, Esquire
9 Terra Drive
New Castle, DE 19720

      RE:   *Johnson v. State*, No. 319, 2007

Dear Counselor:

Available on LexisNexis is a copy of a letter dated October 1, 2007 from Ms. Joni Johnson, in the above-captioned matter. The Court has directed me to provide you with a copy of Ms. Johnson's letter for appropriate disposition. Please inform Ms. Johnson that all future correspondence to the Court should be through you as her attorney.

Please instruct Ms. Johnson of the following procedure under Supreme Court Rule 26(d)(iii) for discharging her attorney and proceeding *pro se* on appeal. Pursuant to Rule 26(d)(iii), your client should be advised that new counsel would not be appointed to represent her in this matter.

If Ms. Johnson intends to file for leave to proceed *pro se*, she must file an appropriate motion and an affidavit form. Her motion and affidavit must be filed prior to the filing of any brief.

Please inform Ms. Johnson that if she decides to file for leave to proceed *pro se*, her case may be remanded to the Superior Court for an evidentiary hearing to determine whether her request to proceed *pro se* on appeal is made intelligently and voluntarily. Thereafter, if Ms. Johnson's motion is granted, your responsibility to represent her on appeal will terminate. If Ms. Johnson's motion is denied, you will continue to represent her unless the Court orders otherwise.

Very truly yours,

/s/ LaToya S. Brady

/lsb

cc:    Ms. Joni Johnson
       (with copy of the docket sheet and Rule 26(d)(iii) affidavit)
      John R. Williams, Esquire

LexisNexis File /          /e

Click to Print                                                        Printed on: Tuesday, October 09, 20'

# Case History Search
Search Created:
Tuesday, October 09, 2007 15:26:44
EDT

| Court: | DE Supreme Court | Judge: | Delaware, Supreme Court | File & Serve Live Date: | 6/28/2007 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 319,2007 | Document(s) Filed: | 20 |
| Case Type: | Appeal - Superior | Case Name: | Johnson, Joni vs State of Delaware | Date Range: | All |

1-15 of 15 transactions    <<Prev Page 1 of 1 Next>>

| Transaction ▽ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 16600587 | 10/9/2007 3:06 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 17 | Letter | Letter dated 10-9-07 from Senior Court Clerk to Daniel Tyrrell, Esquire, forwarding Ms. Johnson's letter for appropriate disposition and directing him to instruct his client of the Rule 26 (d) (iii) procedure. (docket sheet and Rule 26(d) (iii) affidavit sent) (lsb) | 0.1MB |
| 16594209 | 10/9/2007 11:28 AM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 16 | Letter | Letter dated 10-1-07 from Ms. Johnson to Senior Court Clerk, requesting to proceed pro se. (lsb) | 0.2MB |
| 16549165 | 10/4/2007 9:04 AM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 15 | Letter - Record Due | Letter dated 10-4-07 from Clerk to Prothonotary, the record with transcript is due to be filed by 10-15-07. (clh) | 0.1MB |
| 16538827 | 10/3/2007 1:46 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Sheila Dougherty, DE Superior Court-Kent County | 14 | Court Reporter's Final Transcript-Form | Court Reporter's Final Form: Prothonotary received 10-3-07 (djb) | 0.1MB |
| 16156378 | 8/31/2007 11:59 AM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 12 | Other | Part 1 of 2 of Opposition to attorney representation Rule 26 (a) continuing obligation by Ms. Johnson. (lsb) | 2.9MB |
| | | | | | 13 | Other | Part 2 of 2 of Opposition to attorney representation Rule 26 (a) continuing obligation by Ms. Johnson. (lsb) | 2.1MB |
| 16042967 | 8/22/2007 1:58 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 11 | Letter - Transcript Due | Letter dated 8-22-07 from Clerk to Sheila Dougherty, the transcript is due to be filed by 10-4-07. (clh) | 0.1MB |
| 16042053 | 8/22/2007 1:38 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Daniel F Tyrrell, Tyrrell, Daniel F Jr Esq | 10 | Notice of Appeal | Formal notice of appeal from the Order of sentence dated 6-4-07, in the Superior Court, in and for Kent County, by Judge Young, in Cr.ID No. 0607005654, with designation of transcript. (e-served upon appellee)(clh) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service | 0.1MB |
| | | | | | | Directions to Court Reporter | Directions to Court Reporter of Proceedings Below to Be Transcribed Pursuant to Rule 9 | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (e) by appellant. (e-served upon appellee and served by mail upon court reporters)(clh) | |
| | | | | | | Certificate of Service | Certificate of Service | 0.1MB |
| 16013209 | 8/20/2007 4:16 PM EDT | File Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 9 | Letter | Letter dated 8-16-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15979442 | 8/16/2007 3:48 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 8 | Letter | Letter dated 8-16-07 from Senior Court Clerk to Daniel Tyrrell, Esquire, directing him to recognize his continuing obligation by 8-27-07 or a notice to show cause citing performance deficiencies will issue. (lsb) | 0.1MB |
| 15977881 | 8/16/2007 2:47 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 7 | Letter | Letter dated 8-9-07 from appellant to Senior Court Clerk, requesting copies of documents. (copies sent) (lsb) | 0.3MB |
| 15975586 | 8/16/2007 1:08 PM EDT | File Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 6 | Letter | Letter dated 8-2-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of her appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15923808 | 8/13/2007 12:50 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 5 | Letter | Letter dated 8-2-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of her appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15508804 | 7/10/2007 9:48 AM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 4 | Letter | Letter dated 7-5-07 from appellant to Senior Court Clerk, regarding representation by Daniel Tyrrell, Esquire. (lsb) | 0.2MB |
| 15401616 | 6/28/2007 4:05 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 3 | Letter | Letter dated 6-28-07 from Senior Court Clerk to Daniel Tyrrell, Esquire, directing him to recognize his continuing obligation by 7-9-07. (lsb) | 0.1MB |
| 15400811 | 6/28/2007 3:52 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 1 | Notice of Appeal | Notice of appeal from the Order dated 6-4-07 in the Superior Court in and for Kent County, by Judge Young, in Cr. Nos. 0605024572,0608024171, and 0607005654, with designation of no transcript. (served by mail on 6-26-07) (lsb) | 0.5MB |
| | | | | | 2 | Motion - Other | Motion for appointment of counsel and waiver of filing fees by appellant. (lsb) | 0.2MB |

Click to Print                                    Printed on: Monday, August 20, 2007 16:16:39 EDT

## Case History Search
Search Created:
Monday, August 20, 2007 16:16:39
EDT

| Court: | DE Supreme Court | Judge: | Delaware, Supreme Court | File & Serve Live Date: | 6/28/2007 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 319,2007 | Document(s) Filed: | 9 |
| Case Type: | Appeal - Superior | Case Name: | Johnson, Joni vs State of Delaware | Date Range: | All |

1-8 of 8 transactions     <<Prev Page 1 of 1 Next>>

| Transaction ▽ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 16013209 | 8/20/2007 4:16 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 9 | Letter | Letter dated 8-16-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15979442 | 8/16/2007 3:48 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 8 | Letter | Letter dated 8-16-07 from Senior Court Clerk to Daniel Tyrrell, Esquire, directing him to recognize his continuing obligation by 8-27-07 or a notice to show cause citing performance deficiencies will issue. (lsb) | 0.1MB |
| 15977881 | 8/16/2007 2:47 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 7 | Letter | Letter dated 8-9-07 from appellant to Senior Court Clerk, requesting copies of documents. (copies sent) (lsb) | 0.3MB |
| 15975586 | 8/16/2007 1:08 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 6 | Letter | Letter dated 8-2-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of her appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15923808 | 8/13/2007 12:50 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 5 | Letter | Letter dated 8-2-07 from Ms. Johnson to Senior Court Clerk, inquiring about the status of her appeal. (docket sheet sent) (lsb) | 0.1MB |
| 15508804 | 7/10/2007 9:48 AM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 4 | Letter | Letter dated 7-5-07 from appellant to Senior Court Clerk, regarding representation by Daniel Tyrrell, Esquire. (lsb) | 0.2MB |
| 15401616 | 6/28/2007 4:05 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 3 | Letter | Letter dated 6-28-07 from Senior Court Clerk to Daniel Tyrrell, Esquire, directing him to recognize his continuing obligation by 7-9-07. (lsb) | 0.1MB |
| 15400811 | 6/28/2007 3:52 PM EDT | File And Serve | 319,2007 Johnson, Joni vs State of Delaware | Supreme Court Delaware, DE Supreme Court | 1 | Notice of Appeal | Notice of appeal from the Order dated 6-4-07 in the Superior Court in and for Kent County, by Judge Young, in Cr. Nos. 0605024572,0608024171, and 0607005654, with designation of no transcript. (served by mail on 6-26-07) (lsb) | 0.5MB |
|  |  |  |  |  | 2 | Motion - Other | Motion for appointment of counsel and waiver of filing fees by appellant. (lsb) | 0.2MB |

1-8 of 8 transactions     <<Prev Page 1 of 1 Next>>

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ADAM C. GERBER
MAGNOLIA SOLANO

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

July 16, 2007

Joni L. Johnson, SBI #182823
BWCI
660 Baylor Blvd.
New Castle, DE   19720

RE:   State v. Joni L. Johnson
      -Case No.   0607005654

Dear Joni:

In response to your letter, I believe the documents I sent to Mr.
Tyrell included my discovery request to the Department of Justice,
notice of appointment to your case, a copy of the police report
and your criminal history, and a conflict letter to the Court.
There would also have been a letter received from the deputy
attorney general which listed the provided and available discovery
in your case.  I may also have had a copy of your probable cause
affidavit.  I remember that I had received a couple of letters
from you that would have been in your file as well.  I would have
sent everything I had regarding your case to Mr. Tyrell.  I do not
keep records of what I had received after I send the file to
another attorney.

If you have any further questions, please feel free to contact me.

Sincerely,

Kathryn J. Garrison, Esq.

handwritten copy

Hoye Brady, Clerk

Sreme Court of Delaware

55 - the Green

Dovr De 19901

October 10, 2007

Toni Johnson

#00182823   Unit 5

Baylor Womens Corr Inst

660 Baylor Blvd

New Castle, DE 19720

RE: 319, 2007

Dear ms. Brady:

I am in Receipt, finally, of the Sentence transcript of my June 4, 2007 sentence and plea hearing.

On August 21, 2007 Daniel Tyrell, JR, ESQ notified me that I had 30 days to notify him of issues I wanted addressed on Direct Appeal; otherwise, he would be filing A non-merit Appeal brief And motion to withdraw. further stated in his letter that he had "Reviewed the cord, and found no Appealable issues". I am still curious Know, exactly what record did he Review? I still cannot get A docket or sentencing order from the Superior Court of kent County. (copy of his letter sent to you in pkt, motion).

I, in turn, filed with you, then sending copies 's Deputy Attorney General Dickerson, Superior Court and Tyrell mself of my opposition to continuing Representation nd Request for Appointment of New Counsel Accordingly!

I have heard Absolutely Nothing from Tyrell or the Superior Court or The Supreme Court or that matter, regarding my opposition.

As for the Appellate brief to be filed, If I cAnnot have new Counsel Appointed Somehow, Some-way — I am going to have to do This on my own. Quite Frankly, ma'm, I do not believe Tyrell's experienced enough or competent to handle this matter.

Now that I have the transcripts, I can finally bring matters to the Courts Attention to support my Appellate issues. I do, however, Need The Superior Court Docket and Sentence order; but they will not Acknowledge e or my Requests As long as the Attorney of Record s still Tyrell. Accordingly I need pro se Authorization r Leave to file A supplemental brief, Along with Tyrell's "on-merit" brief. As for the Due Dates of the Briefing schedule, I have not been Notified of such.

The Lawyer that Keeps on haunting Refuses to cooperate post-conviction, After he botched Pre trial!)

One last thing I will Need is A Memo or Authorization order Allowing me to proceed in pro se (pending possible Appointment of counsel) So that the prison will grant me "Special Circumstances time in the LAW Library for pro se litigants"

Our LAW Library is Quite Ancient though, We do everything by hand. — The old fashioned WAY! OUR typewriters don't work And computers Are unheard of!

So, if you please — provide me with an updated Docket, briefing schedule and Any other "Instructions" and "Authorizations" you maybe able to provide, without it being considered "legal Advice". —
I would greatly Appreciate your continued cooperation.

Respectfully,

Joni L. Johnson

CC: Superior Court - Prothonotary
Daniel TYRell, JR
Kathleen Dickerson Dep. A.G.

Copy    10-11-07

Daniel Tyrell, ESQ
9 Terra Dr
New CASTIE, De 19720

Re: 319, 2007

Dear Mr. Tyrell,
    I am in receipt of Ms. Brady's letter to you regarding your Continued Representation of me. Obviously, I have no choice but to Accept your Representation on appeal — although I am greatly unhappy About that.

    I am not trying to create more friction between us — But in all Honesty — your representation has certainly fallen way short of competent counsel. Such may be better addressed on Collateral Attack though. (Rule 61)

    So, initially we need to follow R. 24 and you need to ~~prepare~~ prepare a brief and give me 30 days to Respond in writing My opinion with my issues to be addressed.

    I need you to get me a Superior Court Docket and Sentence Order. I am doing some Research on my own — whenever — I CAN Access the Law Library.

Toni Johnson

...gning the "List" is A 4-6 week wait

5

## LAW LIBRARY (Cont'd)

Listed below are the assigned days for each unit:

Unit 3 - Tuesday and Thursday
Unit 4 - Tuesday and Thursday    now on 4
Unit 5 - Monday and Wednesday    was on 5
Unit 6 - Monday and Wednesday
Unit 7 - Monday and Friday
Unit 8 - Tuesday and Thursday
Unit 9 - Tuesday and Thursday

Appointments are scheduled on a first come, first served basis. Inmates with proof of a pending filing deadline will be given priority. If you have a pending filing deadline or you have to respond to a court order, you must notify the staff person via institutional mail. If you are not called on your unit's assigned day you must re-sign the sign-up sheet for your units next assigned day.

*I write every single day
*He knows of the Deadline

## VISITATION

Personal Visits - Personal visits are considered a privilege. Residents are given a one (1) hour visit per week. To schedule a visit, family and/or friends may call (302) 877-4537 Sunday through Wednesday evenings from 5:00 pm to 10:00 pm. Remember, visits are scheduled on a first come, first served basis. It is advisable for potential visitors to schedule early in the week. Visiting days are Thursday through Monday. Visiting hours are listed below:

10:00 AM - 11:00 AM
11:30 AM - 12:30 PM
1:00 PM - 2:00 PM
2:30 PM - 3:30 PM

Residents may have up to three (3) visitors at a time. If more than three visitors, visits must be split in half-hour duration. Former inmates are not allowed to visit BWCI residents, except immediate family members.

Professional Visits - Professional visits are reserved for social workers and other professionals representing outside agencies. They should be scheduled in advance through your counselor.

Pastoral Visits - Pastoral visits are scheduled through the Chaplain's office.

Special/Extended Visits - Special or extended visits must be approved in advance by the Deputy Warden (or designee).

Lawyers/Probation Officer - Attorneys and probation officers should call to notify the institution of their plans to visit. No visits are permitted after 7:00 pm. Any exceptions, must be approved in advance by the warden or designee.

## TUTORING

Tutoring services are offered through the institution's educational department, providing extra help for students, who are preparing for their GED. Tutoring sessions are held nightly. Students work one on one with resident or outside tutors.

## COMPUTER INSTRUCTION

The computer lab offers a wide variety of classes such as, Microsoft Word, Advanced Word, Excel, and Powerpoint. Each course takes approximately four months to complete and provides a combination of Introduction, Intermediate, and Advanced instruction. Classes are offered to sentenced residents and staff members. Students also have an option to participate in an Apprenticeship Program offered by the Department of Labor. A student can become a computer operator apprentice with the successful completion of 150 hours of computer instruction and 2000 on the job training hours in a computer-related employment position.

What
LIBRARY? - For years - Warden puts Donations in Dumpster. These books have been locked up

## LIBRARY

Library books are accessible to all residents. Twice a week the library aide will come to your unit with a book cart. You may borrow up to two (2) books at a time for a period of one week.

The library is located in the institution's educational wing. The library has different types of books such as textbooks, fiction, non-fiction, magazines, reference material, self-help, romance, and religious.

Please do not damage or destroy any library material.

## LIFE SKILLS

Life Skills is a four month program Instrumental in the development of interpersonal skills, violence reduction, communication, resume writing/job search, family values, academics and self-esteem.

You must be classified to the program. Certificates are presented to those who successfully complete the program.

## SECURITY

Our security staff are here to help you, as well as provide for the order and safety of the institution. To accomplish this, correctional officers need to perform routine headcounts, searches, shakedowns, lockdowns, and other functions. Your responsibility is to cooperate and follow the orders and instructions given by correctional staff.

## TELEPHONE CALLS

1. Upon entrance into the institution, you may be permitted to make one phone call.

2. You are asked to complete a form and list the names, addresses, and telephone numbers of 10 people who you can call collect.

3. The telephones in your unit are on the same times everyday (10:00 am until 3:00 pm and 6:00 pm until 10:00 p.m).

4. You are permitted to make up to three 15 minute phone calls a day.

5. According to BWCI Policy 7.51, if a No Contact Order prevails, you are not allowed to contact that individual via telephone.

6. Collect calls can be made from your housing unit. When placing a call enter your SBI number.

7. It is your responsibility to find individuals who will accept collect calls.

8. Your counselor or the law librarian will only assist in making appropriate phone calls to state or professional organizations. (See Sections on Law Library and Institutional Counselors)

9. Do not request personal calls from any staff.. Emergencies are reviewed on a case by case basis.

10. Internal Affairs can be reached on 1-800 364-9667.

11. Any changes to your original telephone list will be made during the first two weeks of March, June, September, and December or at the discretion of the telephone monitor.

## LAW LIBRARY

The Law Library is open Monday through Friday (except on state holidays). The Law Library provides the following services for residents of BWCI

Assistance with legal research, typing, copying, Family Court matters, (visitation, custody, guardianship, etc.), and legal phone calls to Public Defender/Private Attorney.

Personal calls will not be permitted from the Law Library.

If you need to make a Law Library appointment, you must sign your full name on the scheduling sheet in your unit. In addition to your name, provide the reason(s) for making the appointment. Failure to do so will result in the loss of your appointment for that day.

---

13

## DELAWARE MENTOR PROGRAM

The Delaware Mentor Program (Phase I) offers 48-52 educational workshops, designed to help women take a look at their core issues, develop an understanding of how they made poor choices, set new goals for their lives and begin to acquire the values, knowledge and skills required to become productive members of the community.

Graduates of the Phase I Program receive certificates upon successful completion of this twelve-week program.

In addition, the Delaware Mentor Program offers group meetings, referrals, and one-on-one mentoring at DJBWCI, Plummer Community Center, and Sussex Work Release Center.

## MENTAL HEALTH

Mental health services are provided by an independent medical service provider. DJBWCI has a duly qualified mental health professional assigned to the institution. This person provides both individual and group counseling.

Individual appointments are scheduled via written requests from residents. When necessary, this contractor does psychological evaluations for classification purposes.

Group meetings are once a week for 26 weeks and participants are given certificates upon successful completion.

## THE HARBOR

The Harbor Program is located in Unit 6 to help residents with special needs and challenges. Those special needs residents will get individualized services while housed at the Harbor. Classification will make the final determination as to the participants in the program.

## HORTICULTURE

Horticulture is a seasonal job in which classified residents learn about the planting, and gardening of various fruits and vegetables. Space is limited. In order to be considered, send your requests to classification.

Further
Exhibits in

Johnson v. Biden, et al
07-394-GMS

Re: Law Library Access —
and now I have opening brief due 11/16
and no lawyer!



Joni Johnson
#00183823 Unit 4 BucI
660 Baylor Blvd
New Castle, De 19720

United States District Court
844 King St
Wilmington, De 19801

U.S.M.S
X-RAY