Joni Johnson
#00182823 BWCI
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory M. Sleet, USDJ
United States District Court
844 King St Lockbox 18
Wilmington, DE 19801

RE: 07:394:GMS
(DE Supreme Court Case # 319, 2007)

Dear Judge Sleet:

Our prior correspondence must have crossed in the mail. My letter requesting time to respond to A's opposition and your Denial of my Request for Preliminary Injunctive Relief.

At this time, I have prepared a Motion for Reconsideration based on information Not Known at the time of your decision. The problem(s) I face tonight is that #1 I cannot go to the Law Library and make photo copies (Last time I was there was 10/17 for 2 hours + my request for copies was postponed until the next day (some)). (I have never been back). #2 my writing hand is injured & it is almost impossible to make hand written copies #3 I just received a letter from Latoya Brady at the Supreme Court of Delaware, stating that even though my attorney (or so he claimed to be) is missing in action & my mail to him is being returned Address unknown - I cannot get Appointment of Counsel on Appeal —

-2-

And my opening brief is due on November 16, 2007. And #4 The Dilemma I have suffered at BWCI all along is that I can't go to Law Library Again - & <u>if</u> they do call me - it certainly won't be enough hours to research & prepare my Appeal brief - the old fashion way - Book by Book! So, Your Honor, now what Do I Do?

Doc staff lied to you - which I knew they would. There has never been a theft of a book by me - I never became unruly (it doesn't even fit my personality). And even taking O'Connors hours as true - It is an average of <u>7 Hours per Month</u>! Hardly sufficient for someone working on a Supreme Court Appeal Brief; Writ of Coram Nobis; 42 USC 1983 on at least 40 issues of Health, Safety, Due Process, 1st, 6th, 8th & 14th Amendment violations & possible Class Action status, etc — Every day Warden Ryan does something else to violate.

However, my problem now is the number of hours it will take to research & draft Appeal brief, and getting the necessary time in Law Library is never going to happen. Now that I have been denied - they will really keep me out! Sir, please look at the multiple copies of Requests & the denials as far up as Carl Danberg!
Please - I need help here!

Respectfully,
[signature]