11-7-07
Joni L. Johnson
BWCI #00182823 U4
160 Baylor Blvd
New Castle, DE 19720

Clerk—
U.S. District Court
844 King St, Lockbox 18
~~New Castle~~, DE 19720
Wilmington

Re: 07:394:GMS
Johnson v. Biden, et al

Dear Clerk:

I was finally in the Law Library yesterday Nov. 6, 2007, and was told by Mrs. O'Conner, Librarian that Judge Sleet issued An order Requiring the DOC to allow me 4 hours per week in Law Library. It was the 1st time in there since October 17, 2007.

Mr. O'Conner had a copy of a court order, and began talking to me about it, when he suddenly realized I had not yet seen it. He then would not say anything further. He did have me in the L.L. from 11 Am - 3:15 pm.

I believed I would get a copy at mail call either last night, or for sure by tonight. I have not. Could you please forward me a copy of the order.

Thank you for your prompt attention.

Joni Johnson



John Johnson
#00133823 Unit 4
Bldg I
660 Baylor Blvd
New Castle, DE 11720

WILMINGTON DE 197
03 NOV 2007PM 2 L

U.S.M.G.
X-RAY

Clerk —
U.S. District Court
844 King st    PO Box 18
Wilmington, De 1970