November 15, 2007

Joni Johnson
#00182823  Unit 4
Baylor Womens Corr Inst.
660 Baylor Blvd
New Castle, DE 19720

Clerk-
U.S. District Court
844 King St
Wilmington, DE 19801

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

RE: 07:394:GMS
Johnson v. Biden, et al

Dear Court:

Mr. O'Connor, BWCI Law Librarian, Accidently told me over a week ago that an order came down from Judge Sleet regarding Law Library Access time. Apparently, he Received it Monday, Nov. 5, 2007 - TEN DAYS AGO!

I have No idea what the order or Courts decision reads. As of today, I have Not Received a copy of the order/decision. He Did have me in Law Library for 3 Hours this week, then on Nov. 14 called me in at 3:15 pm (Library Closes at 3:45). I only pray he gets me in, knowing my 1st Supreme Court deadline is Nov. 16.

Please forward a copy of the November 5, 2007 Order immediately AND An updated Docket Sheet. Furthermore, our Law Library does Not have a copy of the Local Rules. I am indigent w/ Medical fee overdrafts, and cannot pay the $2.00.

Thank you for your Prompt Attention.

Joni Johnson

