JAN -7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court
for the District of Delaware

JONI L. JOHNSON
π

V.

JOSEPH BIDEN III, et al
Δ's

Application For
Appointment of Counsel

No: 07:394-Gms

a. Joni L. Johnson, inmate 182893, 660 Baylor Blvd, Newcastle DE 19420

b. π is requesting Appointment of Counsel to Assist/prepare further pleadings, Discovery And any other procedures because π is Not An Attorney, And although the Court will be liberal in the review of the complaint(s), the State has the Deputy Attorney General under the Delaware Attorney General to Represent them and even with liberally being construed, π knows A procedural error could result in Dismissal of the claim(s), And with the Seriousness, Calousness And Deliberate inflictions by DOC And the health hazards to π And All others Similarly Situated, π would believe Appointment of competent Counsel to be justified And essential. Furthermore, π has Serious medical Problems, that with the latest discovery of A 4.3cm x 1.6cm Nodule being discovered on her left lower lobe lung, together with Already suffering COPD, Pulmonary Fibrosis, Asthma, Bronchitis, Fibromyalgia, Hypothyroidism, Severe Arthritis, Osteoporosis, History of heart Attack (1) And Strokes (3), Seizure Disorder, and Sleep Apnea that frequently result in π's infirmity for days to weeks At A time, which may hinder π's Ability to properly work on or prepare Adequate pleadings. Additionally, because of An injury to her hand (As part of this Action), π will be having surgery in the

Next few days or possible within a week (Security concerns limit an inmate from knowing exactly when). After the surgery, π will not be able to write for possibly 6 weeks (depending on healing and therapy π may need to learn to write all over again). Although the Law Library issue has been resolved, π still will not have enough access to litigate, Research + prepare necessary pleadings, responses and Complaints in the Antiquated Law Library system that is at BWCI. Access is by Appointment only, and Mr. O'Connor does everything possible to get me in extra hours, but I can never depend on when. And last, in July 2007 π suffered her third stroke. This one has left π with a slower ability to concentrate, forgetfulness, and even having to concentrate on needed vocabulary. This problem seems to be improving, but as recently as 5 minutes ago π experienced a stroke related episode to her memory.

C. π has contacted ACLU, but they encourage π to keep the matter active, However, do not have the Available staff to help me. I have written to Steve Hampton in Dover, But he never wrote back.

D. Strictly English speaking
I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

I understand that if my answer on my application to proceed in Forma Pauperis are false, my case may be dismissed. I understand that if I am assigned an Attorney + my Attorney learns, either from myself or elsewhere, that I can afford a lawyer, this information will be given to the court.

12/25/2007                                    Jori Johnson