

FILED

JAN - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Sleet:

This letter comes while the 1st Amended Complaint is due, And as I said in my last letter, I am waiting for the law library to reopen And for me to be called to copy the document.

Another concern I have is that I am to be going out for surgery on my right hand, which is an injury result part of the above litigation. Once I have the procedure, my hand (writing hand) will be stitched, then physical therapy to learn to write again. So, I do not know how this will affect my documents in court.

Now, my real concern for tonights letter: Judge Sleet, back in August 2007 while in Christiana Hospital, An MRI or CT scan was done because of continued chest pain — with normal EKG's. Over the past 4 months, those test results were never reviewed with me. Every month I see the prison primary care, Dr. Donohue, CMS, And I ask her about the test results because I continue to have chest pain. — That I do not believe to be Associated with my C.O.P.D. — However, she tells me every time I ask that the results came back And it is OK, but she seemed to remember "Something about A follow-up". Every month she says she is going to "look into it". When I talk to her about my chest pain and that my shortness of breath

continues to worsen, she reminds me that I have C.O.P.D. I saw Dr. Donohue on Monday December 24 for my chronic care visit, and this time I insisted on her showing me my Christiana Records. All the way in the back, After searching for awhile, she found the test results from Christiana MRI Diagnostic Lab that was done in August 2007. Judge Sleet, it shows that I have a "Nodule" on my left lower lobe of my lung that at that time was 4.3 cm x 1.6 cm x ? Don't recall. I do know that is big. The follow-up required was for me to be seen by a pulmonologist, biopsy and another follow-up CT/MRI.

I am scared to death! But, I have no choice but to wait until DOC + CMS can get together and get me out for follow-up and further testing.

Therefore, please allow me leave to include medical issues in my 42 USC §1983 for delay in tx or whatever other category this may end up in. I thank you for your consideration. That Nodule was not there in May 2007.

As soon as the law library reopens or Mr. O'Connor calls me in for copies I will forward the First Amended Complaint. Please do not time bar me for DOC delay.

Thank you for all of your patience + consideration in this matter.

Respectfully,

Joki Johnson