CA 07-394 GMS

12/27/07

FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

I was able to get into the Law Library today and copy this for today's mail bag.

Still to come is the chronology of events regarding

I. Retaliation
II. Excessive Force
III. Conditions of Confinement

Short of having my hand surgery on Friday 12/28 I will be able to put the chronologies & documents together over the weekend.

Thank you very much

Joni Johnson

* Please — I know it is difficult to read the handwritten documents, but my hand has gotten so bad — It is a miracle I can write at all. Once I have the surgery, I will not be able to write for an unknown recovery period.

