5 copies Needed

394

December 29, 2007
Joni L. Johnson, inmate
# 182823  Unit 4-D pod
Baylor Womens Correctional Inst.
660 Baylor BLVD
New Castle, DE 19720

07-394

To:
① Department of Public Health
① Board of Health And Social Services
① Dover, Delaware And New Castle, DE

*Joni Johnson* (signature)

① The News Journal
750 W. Basin Road
~~Dover~~, New Castle, DE 19720

**FILED**
**JAN 24 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

① United States District Court
for The District of Delaware
Judge Gregory M. Sleet
844 King St
Wilmington, DE 19801

FYI on case no. 07-394-GMS

① for the record

Please include in the record of 07-394-GMS for information purposes only — Chronological Report being prepared of All Court Accepted Issues w/ copies + reference to multiple Administrative Remedy exhaustions.

Department of Public Health
Board of Health and Social Services

Advise them of the conditions of the building: Mold, dust, ventilation; Bathrooms with fungus that drips from the ceiling while showering creating sores, Bathroom showers do not have proper drainage And with multiple use the stagnate water continues to build (holding bacteria, germs And/or body fluids from earlier uses) to the point of either raising over shower shoes And/or splashing up, showers And bathrooms are mold/mildew infested even behind the dry wall (the insulation is wet And stagnate water lays inside the walls); Inmates with open sores of which some is MRSA And some is other bacteria or fungii infections are in general population sharing Bathroom + shower facilities without proper protective gear; Food Service handlers that test positive for HIV, Hepatitis And/or Positive Tuberculosis tine tests Are permitted to handle And prepare food for inmate service; Spiders, mice, rats, worms, knats And Roaches Are common And infest certain areas of which the institution does Not Do Any internal extermination (Staff keeps bug spray in their offices for spraying their own areas only); Ceiling tiles have begun to weaken And chip-- (Lately one I/m had one fall on her head + it took 4 weeks for An xray - Another inmate had
(Stephanie Tyre-Ellis)                                        (Annette Satterwhite)

the entire tile & ceiling light fixture fall on her and she was cut all through face and scalp with tiny shards of glass from the flouresent light that shattered; - Another inmate had the chipped ceiling tile leave pieces on her pillow every night (Toni Johnson), and in her face, hair and mouth); Humidity and moisture in the building creates a slickness on the floor making slip and falls easier; one inmate fell last summer on a sweaty floor and broke rib and tore tendon in hand (plus others); Fumes created by cleaning supplies from the only disinfectant provided is one spray can of a generic aerosol once per week with 1 pk of paper towels per week; Along with frequent painting over the mildewed bathroom walls whenever "visitors" are coming or whatever else is used by maintenance;

Lately, over the past few months there has been an increase in illness with population inmates having nausea, sore throats, allergy type symptoms and the most recent is that: Inmate Toni Johnson has been discovere to have a nodule on her left lower lobe of lung that on Aug 2 (day of MRI) was 4.3 cm x 1.6 x ?. Ms. Johnson was never told about this until December 24, 2007 when she insisted on seeing her test results from almost 5 months earlier because of continuing shortness of breath, low oxygen levels and chest pressure. Also; I'm Tisha Jones (Nicole) (lump just discovered on her neck/gland area); Tamika Dempsey has one on her head that is painful and throbs (Nodule)

Kenwana Garrett has a knot just appeared on the back of her head as well. Lipoma's? maybe? cancer? maybe? Something related to our environment? Strong possibility! The 4 situations I just listed are just the ones on unit 4-D pod, inmates housed together (20 of us). 1/5 have discovered these lumps over the past two weeks — what about the rest of the 450 inmate population? We are beginning to feel like a science project gone awry; or could it be a cancer cluster? or is it a side effect from being locked in 24/7 with this toxic mold and/or other toxins of the building. Even staff, corrections officers claim to start developing headache, dizziness and sore throat by the end of shift — that subsides once they leave the building.

The MRSA rumors — well are they really rumors? Terry Myers came over to BWCI from the Baylor-Crest facility to see the dentist — 3 days later the whole left side of her face was swollen and puss infested with a serious flesh eating virus. Terry was then brought back over to BWCI and housed in medical dept. to keep a close watch on her and give her antibiotic injections. Patty Teed, I believe she may be gone, but she too had MRSA and was kept hidden in medical for weeks — screaming in pain for someone to help her. Bridgett Alexander, left arm MRSA — big hole — waiting for Bootcamp — missed last one because of pregnancy — told she would miss

{ 'Ms IJm also has a lawsuit filed against Warden Ryan Bwci/unrelated

this one too if she did not keep her MRSA infection qui Michelle Stamm - MRSA on her chin - was made to continue serving on food service line and only received band aids from fellow inmates. Melissa released + went straight to Christiana ER. - it was MRSA. Gerry Poskey - Big MRSA sore between her eyes - Released I have heard "Rumor" of others, but no specifics.

Charlene Cox was in Medical a few days ago with the entire ® side of her face swollen and discolored. Medical told her she has "a spider bite up inside of her nostril." Five days later she now has an antibiotic for the puss and fever! Nothing else. Just pain, more swelling and a strange purplish green color to her face.

Jessica Risner, nobody knows what to do about this "virus" that is attacking her internally. Jessica is swollen/puffy in her entire body - especially face, hands and feet so bad Jessica can barely walk - she has this brand new tint of the color green to her face.

As for the rest of us - some are gray, some are yellow, some are red - but very few of the females that have spent any significant time at BWCI are a normal skin color.

While we are at it, what about inmates with serious mental health issues that run the risk of either hurting themselves or more specifically hurting others. Female offenders that have, for some strange reason - the State (DOC or DPC?) has decided not to

page 6

Keep them – So BWCI gets them. There have been many times these mentally ill inmates have attacked, with injury, inmates and c/o's without provocation and caused serious injury. They need to either keep them at DPC or begin special care unit at BWCI before somebody gets hurt. Seriously. This I can provide more information + specifics on upon request.

What Do the prison do to help prevent the germ spread? Almost nothing!

Unit Bathroom facilities + showers have no papertowels, Anti-Bacterial soaps – the toilet paper rolls either sit on the wet floor or the back of the toilet for everyone to use. God only knows what is in the roll or on the paper. There should be the installation of the big roll on a pull-down like is in Public Bathrooms, with an Anti-bacterial soap dispenser that is attached to the wall and used by push lever. paper towels should be in a locked dispenser (the institution staff would be heard to say the inmates steal this stuff – But – they only do that because such a small amount, if any, is provided for a large population. Provide adequately + it will not be a problem).

Exterminate housing areas – The bathrooms are gonna need to be gutted completely + rebuilt. The ventilation system cleaned out + dehumidifiers or Hepa filters installed.

Any Investigation or inspection should be done without Notice. That is the only way the true condition of the building will be seen by a professional inspector. Otherwise, they will do exactly what they always do and paint, cover and make temporary fixes. Another thing is when the inspectors walk through with a staff member that is most probably informed what "NOT" to allow exposure of, coupled with the cover-ups — A lot of the serious problems are not discovered. Prisons can justify A "Necessary Penological concern" towards a certain percentage of problems. But, when it comes to Inmates actually becoming sick (who knows at this point just how much we are affected), there will be NO Penological concern whatsoever!

As for this writer, Joni L Johnson, π in case no. 07:CV:394-GMS (United States District Court for the District of Delaware), a specific medical concern has just arisen. In July - August, 2007 I was hospitalized at Christiana Hospital twice and once in May 2007. All 3 times I was transported by Ambulance from the BWCI for chest pain + pressure, Abnormal EKG's and Low Oxygen levels. The first two times were classified as C.O.P.D. exacerbation, which after the first 48-72 hours seemed to reverse itself. In May a CT AND MRI were done of the chest area, and the C.O.P.D. was NOT creating Anything Abnormal in my Lungs. I can only Assume that to mean there were NO Nodules on my lungs, by the May 2007 testing. At least if there were, I was Never told about it.

The last time I was hospitalized, last week of July into August 2007; again with heart/chest pain + heaviness, stroke/seizure and unconsciousness. Dr. Ford, Christiana Hospital, ordered a battery of tests which included an MRI + a CT of my chest area; xrays; Bonescan, among others. The bone scan and xrays revealed a broken rib (9th), which obviously happened when I fell at BWCI on a slick floor. That is what the Prison Doctor, Dr. Donohue, CMS attributed the pain in that general area to.

On the last day of my hospital stay, the CT scan was ordered, and I was released back to BWCI. Back at BWCI, under Dr. Donohue's care, I once again began complaining of chest pain and shortness of breath. Dr. Donohue kept telling me it was C.O.P.D., and I should "expect that." I kept insisting my C.O.P.D. never made me feel this bad and asked what my test results from Christiana revealed. She kept telling me "everything looked good". However, she told me that she "remembered seeing something about a follow-up", and that she would do that in a few months. I have seen Dr. Donohue on a monthly basis since then, on some occassions more often — every single time I have asked her about the "follow-up", and every single time she said wait until January, 2008.

On Christmas Eve 2007 morning, I was summoned to the Medical Dept to see Dr. Donohue for my Chronic Care Visit (every 3 mo's for prescription renewals), and at that time, I again reminded her of this

p. 8

"follow-up" we talked about in August, that I have been concerned about and asking about. She told me she can't recall why, because all of my tests were great. This time I insisted on seeing my records myself and she fumbled all of the way to the back of that particular section of my chart and finally found the C-T or MRI (not sure) and read it. She played it off as "nothing." But, at the same time was removing it from my file to order that "follow-up" we talked about five or so months ago. Inmates are not given copies of medical records, but she allowed me to read it.

The report, revealed that A "Nodule", 4.3 c.m. x 1.6 cm x ? was present on my lower left lobe of my left lung. This, to me is a grave concern! follow-up necessary!

Dr. Donohue has ordered another test to see if the "Nodule" has grown or changed. I, personally, believe it to be the cause of the added dizziness, chest pressure, oxygen levels at 88-92 average and constant shortness of breath. Of course, I also believe that the air I breathe every day & night is a contributing factor. She told me that "if it has grown, we'll do a biopsy." I want a biopsy And an outside medical provider/ Pulmonologist to take control over my health concerns.

I want my Pulmonologist, Dr. Jawahar from S. Bradford Street, Dover to become involved in my Respiratory Health. He also has an office in Christiana area. Then I want a biopsy.

Page 9

Another medical concern that me and a whole lot of other inmates experience on a regular basis, is medication. For some reason, CMS medication personnel for "Keep-on-Persons" med's cannot get it right. My prescriptions are renewed every 12 weeks. At least 4, sometimes 6 weeks of almost every quarter, I will run out of: Synthroid 225mcq daily; Zocor 20; Singulair; Premarin 325 mg; but, will have an over abundance of inhalers, calcium + potassium. In the 10 months I am here, they do not get right my KOP's. I must state that the window dispensed med's are perfect. I have never had a problem w/ that.

Running out of Synthroid is dangerous though, because I have had the radiation treatment of thyroid, and not having it causes heart palpitations, with others.

There has never been a "real" sanitation of MRSA infected areas. No air filters to clean the sick air. No new bathroom projects to gut and replace sick walls; nothing done about the worms in the drains over in Max Hall, and nothing done about the ventilation, dust, rust and mold we breathe EVERY single day! Lest I forget that dust that is a half inch thick on intake vents + upper walls; plus, the heat/air condition malfunctions. We are either cooked or frozen. It should be a steady temp for germ control. Wishful thinking!

Sincerely,
Joni L. Johnson
Inmate # 182823  BWCI

P.S. 1 more lump.

# Closing Points

- Take charge of your health!!!
- Wash your hands every time you use the bathroom, sneeze, cough, or before, during, and after you prepare food.
- Make sure others wash their hands before they care for you. This is a MUST in healthcare facilities. You have the right to REFUSE to have someone touch you in ANY healthcare setting unless they wash their hands or use an alcohol based gel FIRST.
- Teach children the importance of washing their hands and not sharing personal items like brushes, combs, jewelry, towels, etc.
- Sports and exercise equipment should be wiped down with an appropriate disinfectant between uses. If there is no disinfectant available, make your concerns known. If no steps are taken, report the facility to your local Board of health.
- Clean cuts and scrapes immediately and keep them covered with clean, dry bandages. If you notice any redness, swelling, or drainage, report it to your healthcare worker ASAP.

— On December 28, 2007 A Nurse from Christiana Hospital visited A group of women At Baylor and was shocked to learn from the women that we do not have Antibacterial soaps, paper towels, toilet paper dispensers, cleaning supplies — etc. plus Aerosol disinfectant spray can issued weekly to protect — Anyone w/ Asthma or respiratory illness cannot be exposed to — — Numerous health factors were described + this Nurse was shocked. She, believing she was "Addressing the issue" went into Treatment Services After the inmate meeting. Undoubtedly, She was either given A different version, taken to Education Wing to see the only I/m bathroom in compliance or Promised to "Look into it" whatever it was — Undoubtedly fell on deaf ears because Staff Knows All to well, We Are Not given proper items to protect — And As long As the current Administration stays in place — — — WE Won't!

* Last week inmate Patricia Trusty was returned from Baylor-Crest As A Building worker to Level 5 BWCI because of her complaints filed About being Required to serve on the Dinner Line with An open wound. Patty slammed her finger in A drawer And lost the nail And tip was A wide open sore with oozing blood for days — She was told to Keep Serving when she filed complaints, they transferred her back here.

Patricia Trusty's concern Also includes the fact (Known to Medical when she was cleared to work food service), that she has "Highly Active" Hepatitis C.

This is Not An isolated incident.

