February 19, 2008
Joni Johnson
#00182823  unit 4 BWCI
660 Baylor Blvd
New Castle, DE 19720

Clerk
U.S. District Court
District of Delaware
844 King St
Wilmington, DE 19801



FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: 07:CV:394:Gms
Johnson, Joni v. Biden et al (DOC)
42 USC §1983

Dear Clerk or Judge Sleet:

I have not heard anything back from the Court since the November Order, of which I did respond with required responses to the "Excessive Force" claim, "Retaliation" claim, And the Building Conditions claim was Re-submitted (modified).

I did notify you last that there were further issues w/ medical + the matter of the Lung Nodule. As it is - I do have Another, + this a more serious issue - I have just been released from Christiana Hospital, yet again. Last Saturday morning I went into Toxic shock (seizure, unconsciousness, Blood pressure, Oxygen + Heart rate dropped, Heart Rate became intermittent) The toxicity was from a medication I had been asking to be removed from since October because of symptoms that Dr Donohue insisted had Nothing to do with the medication. My diagnosis was: Dilantin Toxicity w/ intermittent Left Bundle Branch Block. (permanent damage + scar tissue - Ringing in my ears + shaking may never go away) - Dr. Donohue told me herself it was her fault + all she could do was apologize.

I am still trying to get myself back together enough to return to my 1983 claim. To top off all of the recent medical issues, also last week I heard a new inmate come into my Pod, I looked up to see her standing right behind me: Colleen Shotzburger + Warden Ryan placed Tregin Hollingsworth on my Pod. Yes, the 18 year old (19 now) that I spent 24 hours locked in with + who tormented + threatened me with bleach which she ultimately put in my CPAP was locked right in here with me. The memories of last year immediately put me into an anxiety/panick attack. I refused to lock in with her. Capt. Repetti then moved her, but I still see her in the halls, etc every day. She threw bleach on another inmate last week - she is still in population.

 The next day, the regular Friday c/o's were changed. c/o Hicks was suddenly sent to replace c/o Alcazar. Mr. Alcazar told me himself it was a sudden non-explained move that he did not request or want. It is an obvious continuation of the torment DOC is still trying to stir-up.

 Plus, this issue with an 8 month old Disciplinary Report regarding a Law Library Supplement from June 11, 2007. The matter was resolved in 10 minutes. All of a sudden 7½ months later I am served with a Disc Report that within itself has descrepencies. Alleging theft, possession of Contraband, Disobeying an order, Disrespect. Capt. Snead served me on 1/24/08. She told me the warden ordered her to do so + to find me guilty of at least 2 of the charges. Capt Snead told me she had no choice, but she knows I did not steal that book.

③

After writing to you + telling you that the Law Library issues were resolved + George O'Connor was being pleasantly cooperative — I have never been back in the Law Library. (Except once) — He has called for me — while out on medical runs — It is sounding eerily familiar. I need notary, photo copies, + Research. He is back to not calling.

Today I met with medical staff — one of the items we talked about was my need to receive copies of medical records from the broken wrist. I was denied. (per warden). I also need Records from some of CPL Brown's further injuries that resulted in me having hand surgery last month to correct. Again Denied by Warden Ryan. (C+T)

It is very difficult for me to meet Court requirements + complete what needs to be handled. I have a hard time writing — then rewriting so I have a copy. I am at a serious disadvantage. Day in + Day out — I never know what is going to happen to me or about me. Warden Ryan is good at manipulating the situations to suit him. Things like calling me to Law Library when on med runs — then "well we called you" — But the rest of my unit would be called, except me on our regular days. Those are the things he leaves out. The c/o's all tell me there is a definite attack on me by Warden, Colleen + just certain few c/o's like Hicks gaining favor. I need help getting equal treatment and to have the Retaliation, harassment + attacks against me stopped.

Please send me a docket sheet.
Thank you, Joni Johnson



Jon Johnson
Buck 00182213
1400 Baylor Blvd
New Castle De 19720

Inmate
Legal mail

U.S. District Court
District of Delaware
844 King St
Wilmington DE 19801

WILMINGTON DE 197
15 FEB 2008 PM 1 L