OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

**Joni L. Johnson**
#182823
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

> *RE: Status of Case*
> *CA 07-394 GMS*

Dear Ms. Johnson:

     This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet and is pending before the Court. You will be advised by the Court as to further developments in your case. A Docket Sheet has been enclosed for your convenience.

     Also, the document you submitted for filing does <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(b).

     In order for your documents to be acceptable for filing, *you must serve a copy upon all other counsel of record*. Service must be indicated on the bottom of your letter, or by an Affidavit, or Certificate of Service, attached to the back of your request, motion or pleading.

     A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

     I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Docket Sheet

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

**Joni L. Johnson**
#182823
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

   *RE: Status of Case*
       *CA 07-394 GMS*

Dear Ms. Johnson:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet and is pending before the Court. You will be advised by the Court as to further developments in your case. A Docket Sheet has been enclosed for your convenience.

   Also, the document you submitted for filing does <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(b).

   In order for your documents to be acceptable for filing, *you must serve a copy upon all other counsel of record*. Service must be indicated on the bottom of your letter, or by an Affidavit, or Certificate of Service, attached to the back of your request, motion or pleading.

   A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                             Sincerely,

/rwc                                         PETER T. DALLEO
                                             CLERK


cc: The Honorable Gregory M. Sleet
enc: Docket Sheet