February 24, 2008

Joni L. Johnson
#182823 unit 4
Baylor Womens Prison
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory M. Sleet
United States District Court Judge
For The District of Delaware
844 King St
Wilmington, DE 19801



RE: 07:CV:394:GMS
Prisoner Suit 42 USC § 1983

Dear Judge Sleet:

I have been experiencing great difficulty in what I believe to be deliberate attempts to thwart my efforts in the United States District Court for further proceedings in 42 USC § 1983 And meeting procedural requirements. Following the prior Court order allowing me specific hours to meet a November deadline, George O'connor, BWCI, Law Librarian had become pleasantly cooperative and extremely helpful in getting my criminal appeal issues in the mail to the Supreme Court of Delaware, Case No. 319, 2007.

Although, I technically have appointed counsel under Rule 26, Supreme Court of Delaware, Daniel Tyrell, JR. has failed to meet his continuing obligations, and he has deliberately on at least 8 separate occassions, defied orders of the Delaware Supreme Court in regards to my constitutionally protected Right to direct Appeal. The Court has recently sanctioned him under a Rule to Show Cause, And he still continues to defy Court requirements. I, therefore have no choice but to work on my own in criminal Appeal.

Furthermore, I have had multiple medical issues over the past two months that have had to be addressed, and at certain times has had me bedridden and even hospitalized. However, I have been making repeated attempts to get law library access so I can complete the multitude of other issues I have pending before this Court, The Delaware Supreme Court, Recent medical malpractice, Research and preparation of an appeal to a bogus Disciplinary Report of 8 months ago and other matters of various correspondence and cooperation with State and Federal Agencies, Civil Rights Advocates, Public Health and Safety, Professional Responsibility, and The News Journal. All matters of which are Constitutionally protected Rights that are in fact being hindered by my limited access to the law library. There is No other Available resource to protect my Civil Rights of Access to the Courts in Criminal, Civil and malpractice issues, And Access to the media which falls under 1st, 6th + 14th Constitutional Amendments, Federal Law Question and Delaware Statutory and Constitutional protections.

I still owe this Court a Chronology of events regarding my Civil Rights complaint to show the Actual involvement and Acts of the specific state Actors, that I have not been able to complete. There are a number of situations that I need to address and legal matters to research for whether or not they apply under 1983 or other Avenues.

Additionally, I have medical issues that have exacerbated. I need to research the applicability of legal standards and avenues that may be available to me in a variety of medical issues. I need to further research the legal standards and case law applicable in the excessive force, Retaliation and conditions of confinement claims on the existing complaint and continued Retaliation, harassment and 8th amendment violations in recent weeks that have begun to compound once again with BWCI staff specifically directed towards me.

Of course, now there is a "new" reason to keep me out of the Law Library where I have access to photocopy service and legal telephone calls. While at Christiana Hospital this last time on Feb. 9 I was admitted because of what was initially thought to be a stroke, yet diagnosed as a heart attack. I woke up that morning unable to move or talk. My vital signs were rapidly dropping. By the time the ambulance got here (911 not called for 1+ hours later) I was beginning to crash. The end result was "Dilantin Toxicity". The cause was complete malpractice. The CMS, Inc. Doctor kept increasing my medication by referring to the same September blood test — 3 times! — Dr. Donohue has taken full responsibility w/ CMS, Inc. The warden has denied me access to photocopies of my medical records without a lawyer and a court order. I have no way to try and find or contact a lawyer without law library access. Finding a lawyer to take a case against CMS, Inc. and Donohue for the permanent damage to my heart and neurological system for overdosing me on seizure medicine after I told the Dr. I was reacting — can only be accomplished with Law Library resources.

④

Although I do have hand copies of everything I ever sent to or regarding medical - I do not trust that there will not be some document manipulation of my file. I have a legitimate concern in consideration of past CMS, Inc behaviors and with the sudden secretiveness of my file - which Warden Ryan is included!

The Law Library issue being dismissed without prejudice on November 26, 2007 was done so in consideration that I had notified the Court of O'connors continued cooperation. The order of November 26, 2007 dismissed the law library issue. Over the next 30 days the extraordinary cooperation continued. Moving into the new year, we are back to the "games" played with Law Library - that I truly believe Warden Ryan officiates. From my understanding, Dismissal "without" prejudice, means the matter can be brought back in, provided it is done in the appropriate format and considerations.

Another Retaliatory move, and what is also used to further justify keeping me away from the Law Library has to do with a bogus charge of "Theft of a Legal Book". On January 24, 2008 (the last time I was in the Law Library) - Warden Ryan came in and saw me working at the table. That very same night, Captain Snead called me to her office to tell me Warden Ryan called her and directed her to serve me with a Disciplinary Report alleging that I stole a Supplement (small paperback) almost 8 months ago. 6/11/07 The matter had been pending with a disciplinary report written on 6/11/07. Served on 1/24/08. (After the staff witness to verify I did not steal any books resigned 2 weeks earlier).

(5)

Although this matter has been used over the last 8 months in various acts negatively directed towards me and referred to by the Bureau Chief and Commissioner. The Disciplinary Report only remained in the computer, but was never served until 1/24/08. The stolen legal book theory is errily familiar to accusations made against Inm. Terri Meyers in her Federal Civil Rights suit against BWCI Law Library in Judge S. Robinson's court; and a few other inmates that speak out for injustice about BWCI. Strangely, every one of us have been accused of the "Stolen law book SAGA". In my case - Capt. Snead found me "Not Guilty" of the theft, but found me guilty of "Possession of non-dangerous contraband." She said she was told to find me guilty of something, and because she truly believes I did not steal that book, she went for the lesser charge. The book was not found on me in a shake-down or security check. "I" found the paper back supplement + turned it into C/O Mugo. He left D.O.C. employment in early Jan 2008. Because I have not been to the Law Library since, I again am believing they are once again using the bogus charge excuse! I now have an appeal pending w/sanction. Furthermore, I need time for preparation to perfect the appeal in the bogus Disc. Report plus copy exhibits + file with the commissioner A counter-charge of: Due Process Violations; Failure to follow D.O.C. 4.2 policy; Staff Misconduct; Tampering with evidence; Deliberate Delay in Prosecution w/prejudice; Administrative Obstruction of Justice + other issues. #N

I understand + accept that I do not qualify for the "Special Circumstances" time, as I previously requested. I would be satisfied with just following the policy.

I do believe, and can support that I am being deliberately denied access to the Law Library by "manipulation". It has never been a question in my mind about the responsible parties to manipulate Law Library access. George O'connor most probably is following directions issued by Colleen Shotzburger & Warden Ryan. O'connor does maintain a database of hours, photocopies, inmate schedules and his remarks. Quite often O'connor's remarks in the data base are exaggerated & again I have reason to believe "coached". As for the scheduling of inmates time in the law library — I am enclosing a copy of the law library procedure(s) & policy from the I/m handbook. Each unit is suppose to have 2 days per week; with filing deadlines having priority. I send him notes through Institutional mail over and over. On the days my unit does get called (which is inconsistent w/ policy schedule) he may call 3, 5 or 8 ; but NOT me. I sit right here & watch inmates being called down. I send messages through those inmates. They come back & tell me he said "OK", But. NO CALL! I ask them how many I/m's he had in room — to see if he may be too busy. The answers are pretty much the same 1 to 3. From my own experience, very few I/m's go there to work at the table — most are for a call to a lawyer, a family ct form, Notary, a modification form. In & out — When I am in the Law Library his clerk handles my copies & I work quietly at the table. If he is not busy we may talk through some legal issues. Whether there are 4 or 8 — I have no other way of gaining access without court intervention. All the way up to Carl Danberg, Commissioner — I have been denied assistance by intervention.

— Mr. O'Connor will not call me on the days that he calls my unit; plus, it is never that any unit receives 2 days as the policy statement allows. He rarely has more than 3 to 5 at a time in the Law Library equipped for at least 8 to 10 inmates at a given moment. The vast majority of inmates using the law library are only there a short period of time. Records of the Law Library "~~Inmate~~ Sign/in-out sheet" will reveal non-compliance by DOC staff.

All of that being said to pave the way for this Court to have a more clear sense of what we are already dealing with. No matter how many times I complain — it falls on deaf ears. The matter I refer to as "manipulation" — is that. I am in medical or on medical trips quite a bit. The Law Library manipulation has been that as soon as I am on a medical trip he calls me to the Law Library. This will not be on a day that my unit was called. By forging the records, he can show in his "manufactured" report. "Look, I called & she was not there." Had he called me on the same day as my unit, like he is suppose to, it would not be suspicious. I was found "Not Guilty" of stealing that book of 8 months ago — I have never been disruptive or a problem in the Law Library. — what excuse now?

One other of his "tricks" is to call for me the last hour he is open. His clerk is gone, so I cannot get copies. And by the time I get started — it is closing time. The Law Library is Ancient. He does not have the "Prisoners Litigation manual" or "Jail House Lawyers manual" to help (as formulary requires) — No computers — A complete disadvantage — The State has the upper hand. They keep me out of the Law Library & I get dismissed for procedural error. — photocopies
— mail delays      — forms — typing     are all
— legal phone calls — notary — research   stymied.

By action of O'Connor, as directed by Warden Ryan & Colleen Shotzburger & being considered a "Closed Issue" by Commissioner Danberg — I am bringing to this Courts attention that the Law-Library issue, is in actuality A "Retaliatory Action for the exercising of A Civil Right, by Seeking redress of Grievance and for filing of 42 USC § 1983". The sole intent of the Government Actors is to control & Restrict my ability to continue pursuit of the 42 USC § 1983, medical malpractice issues, staff misconduct, excessive force & continuation of such- A long list of more retaliation in recent weeks! Therefore, I ask this Honorable Court to Intercede & Consider the facts submitted in this letter-brief or motion for Court interception to grant me just the times set aside for my unit 2 days per week, to allow me the opportunity to continue with my multiple claims, Mostly against DOC., But Also to pursue a malpractice claim against CMS Prison Medical! I am very saddened that O'Connor once Again fell prey to the Retaliation by Burst/DOC.

Secondly, if An order is issued, the order should be worded that I am to go with my unit on times set aside by policy 2 days per week, otherwise, his next trick will be to stop calling my unit All together.

I cannot comprehend why it is "they" will strive so hard to keep me out of the Law Library if ~~they~~ truly believe my claims are frivolous. What are "they" Afraid of? (The Truth?)

Please help me to get these matters resolved — All I can do is handwrite copies of letters to agencies telling them what I have or need — I cannot complete my document preparation.
Thank you,
Joni Johns

P.S. I have not received anything from this Court since 11-26-07.

13

## DELAWARE MENTOR PROGRAM

The Delaware Mentor Program (Phase I) offers 48-52 educational workshops, designed to help women take a look at their core issues, develop an understanding of how they made poor choices, set new goals for their lives and begin to acquire the values, knowledge and skills required to become productive members of the community.

In addition, the Delaware Mentor Program offers group meetings, referrals, and one-on-one mentoring at DJBWCI, Plummer Community Center, and Sussex Work Release Center.

Graduates of the Phase I Program receive certificates upon successful completion of this twelve-week program.

## MENTAL HEALTH

Mental health services are provided by an independent medical service provider. DJBWCI has a duly qualified mental health professional assigned to the institution. This person provides both individual and group counseling.

Group meetings are once a week for 26 weeks and participants are given certificates upon successful completion.

Individual appointments are scheduled via written requests from residents. When necessary, this contractor does psychological evaluations for classification purposes.

## THE HARBOR

The Harbor Program is located in Unit 6 to help residents with special needs and challenges. Those special needs residents will get individualized services while housed at the Harbor. Classification will make the final determination as to the participants in the program.

## HORTICULTURE

Horticulture is a seasonal job in which classified residents learn about the planting, and gardening of various fruits and vegetables. Space is limited. In order to be considered, send your requests to classification.

---

4

## SECURITY

Our security staff are here to help you, as well as provide for the order and safety of the institution. To accomplish this, correctional officers need to perform routine headcounts, searches, shakedowns, lockdowns, and other functions. Your responsibility is to cooperate and follow the orders and instructions given by correctional staff.

## TELEPHONE CALLS

1. Upon entrance into the institution, you may be permitted to make one phone call.
2. You are asked to complete a form and list the names, addresses, and telephone numbers of 10 people who you can call collect.
3. The telephones in your unit are on the same times everyday (10:00 am until 3:00 pm and 6:00 pm until 10:00 p.m).
4. You are permitted to make up to three 15 minute phone calls a day.
5. According to BWCI Policy 7.51, if a No Contact Order prevails, you are not allowed to contact that individual via telephone.
6. Collect calls can be made from your housing unit. When placing a call enter your SBI number.
7. It is your responsibility to find individuals who will accept collect calls.
8. Your counselor or the law librarian will only assist in making appropriate phone calls to state or professional organizations. (See Sections on Law Library and Institutional Counselors)
9. Do not request personal calls from any staff. Emergencies are reviewed on a case by case basis.
10. Internal Affairs can be reached on 1-800 364-9667.
11. Any changes to your original telephone list will be made during the first two weeks of March, June, September, and December or at the discretion of the telephone monitor.

## LAW LIBRARY

The Law Library is open Monday through Friday (except on state holidays). The Law Library provides the following services for residents of BWCI.

Assistance with legal research, typing, copying, Family Court matters, (visitation, custody, guardianship, etc.), and legal phone calls to Public Defender/Private Attorney.

Personal calls will not be permitted from the Law Library.

If you need to make a Law Library appointment, you must sign your full name on the scheduling sheet in your unit. In addition to your name, provide the reason(s) for making the appointment. Failure to do so will result in the loss of your appointment for that day.

## LAW LIBRARY (Cont'd)

Listed below are the assigned days for each unit:

| Unit | Days |
|---|---|
| Unit 3 | Tuesday and Thursday |
| Unit 4 | Tuesday and Thursday |
| Unit 5 | Monday and Wednesday |
| Unit 6 | Monday and Wednesday |
| Unit 7 | Monday and Friday |
| Unit 8 | Tuesday and Thursday |
| Unit 9 | Tuesday and Thursday |

Appointments are scheduled on a first come, first served basis. Inmates with proof of a pending filing deadline will be given priority. If you have a pending filing deadline or you have to respond to a court order, you must notify the staff paralegal via institutional mail. If you are not called on your unit's assigned day you must re-sign the sign-up sheet for your units next assigned day.

## VISITATION

**Personal Visits** - Personal visits are considered a privilege. Residents are given a one (1) hour visit per week. To schedule a visit, family and/or friends may call (302) 577-5837 Sunday through Wednesday evenings from 5:00 pm to 10:00 pm. Remember, visits are scheduled on a first come, first served basis. It is advisable for potential visitors to schedule early in the week. Visiting days are Thursday through Monday. Visiting hours are listed below:

| | |
|---|---|
| 10:00 AM | 11:00 AM |
| 11:30 AM | 12:30 PM |
| 1:00 PM | 2:00 PM |
| 2:30 PM | 3:30 PM |

Residents may have up to three (3) visitors at a time. If more than three visitors, visits must be split in half-hour duration. Former inmates are not allowed to visit BWCI residents, except immediate family members.

**Professional Visits** - Professional visits are reserved for social workers and other professionals representing outside agencies. They should be scheduled in advance through your counselor.

**Pastoral Visits** - Pastoral visits are scheduled through the Chaplain's office.

**Special/Extended Visits** - Special or extended visits must be approved in advance by the Deputy Warden (or designee).

**Lawyers/Probation Officer** - Attorneys and probation officers should call to notify the institution of their plans to visit. No visits are permitted after 7:00 pm. Any exceptions, must be approved in advance by the warden or designee.

5

## TUTORING

Tutoring services are offered through the institution's educational department, providing extra help for students, who are preparing for their GED. Tutoring sessions are held nightly. Students work one on one with resident or outside tutors.

## COMPUTER INSTRUCTION

The computer lab offers a wide variety of classes such as, Microsoft Word, Advanced Word, Excel, and PowerPoint. Each course takes approximately four months to complete and provides a combination of Introduction, Intermediate, and Advanced instruction. Classes are offered to sentenced residents and staff members. Students also have an option to participate in an Apprenticeship Program offered by the Department of Labor. A student can become a computer operator apprentice with the successful completion of 150 hours of computer instruction and 2000 on the job training hours in a computer-related employment position.

## LIBRARY

Library books are accessible to all residents. Twice a week the library aide will come to your unit with a book cart. You may borrow up to two (2) books at a time for a period of one week.

The library is located in the institution's educational wing. The library has different types of books such as textbooks, fiction, non-fiction, magazines, reference material, self-help, romance, and religious.

Please do not damage or destroy any library material.

## LIFE SKILLS

Life Skills is a four month program Instrumental in the development of interpersonal skills, violence reduction, communication, resume writing/job search, family values, academics and self-esteem.

You must be classified to the program. Certificates are presented to those who successfully complete the program.

12

By the time I Actually finished, hand copying this— it is now Feb. 22, 2007 & I still have not been to LL. // others on my pod have been 5+6 times since I was— I asked C/O's if I was called while in medical — they said "NO"— You bet!—

Joni L. Johnson
B.W.C.I. Unit 4
660 Baylor BLVD
New Castle, DE 19720

Confidential
Inmate Legal Mail

The Honorable Gregory M. Sleet
United States District Court Judge
for The District of Delaware
844 King Street
Wilmington, DELAWARE 19801

2-25-08

I was finally called into the Law Library Friday 1/22 for two Hours where I was able to make multiple photo copies, but not complete Research, etc.

Joni L. Johnson
B.W.C.I. Unit 4
660 Baylor BLVD
New Castle, DE 19720

Confidential
Inmate Legal
Mail

The Honorable Gregory M. Sleet
United States District Court Judge
for the District of Delaware
844 King Street
Wilmington, DELAWARE    19801