Certificate of Service

I, Joni L. Johnson, an inmate at the Baylor Women's Correctional Institution at 660 Baylor Blvd New Castle, DE 19720, certify that a true + correct copy of the following documents have been placed in the prison mail box Depository to the Deputy Attorney General on or before March 2, 2008, State of Delaware; Dept of Justice

Catherine C. D'Amvardi
Dept of Justice
820 n. French St
Wilmington, DE 19801

Dkt entry #37 Application for Appointment of Counsel 12/25/07
#40 1st Amended Complaint 1-7-08
#42 Letter of 2/20/08 (Still awaiting photocopy Law Library is out of Toner again)

I trust this covers Everything

42 USC 1983
Johnson, Joni L v. Biden et Al

Joni Johnson
march 2, 2008

per Letter of 2/21/08 from Peter Davileo attached is Certificate of Service

FILED
MAR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am still having a lot of residual Neurological side effects from the Dilantin Toxicity + Stroke + Heart Attack All Related to cms — Please Bare w/ me Jon

Joni Johnson
#00R2623 U4
Bay for Womens Prison
100 Baylor Blvd
New Castle, De 19720

Peter Dalco, Clerk
Clerk of Court
United States District Court
District of Delaware LKBX 18
844 King St
Wilmington, DE 19801