April 1, 2008

Jini Johnson
BwcI unit 4-D
#00182823
660 Baylor BLVD
New cAStle, DE 19720

The Honorable Gregory Sleet
United States District Judge
U.S. Court House
844 N. King St
Wilmington, DE 19801

FILED

APR - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE! 07:394:GmS
       42 USCS 1983
       Johnson Biden, et Al
       Prisoner Suit/Baylor

Dear Judge Sleet!

    The last thing, I Am sure you expected
to hear from me "AGAIN" is the Law
Library issue. The newest "Game" played
by Administration is the copy machine.
    Last week George O'Connor had me
in the Law Library 3 days. The problem
is NOT the Access this time - it is the
Needed photo copies. He did start having
me in with times being scAttered and not
Reliable; but then after I wrote you
About that - he (O'connor) - started the
copy machine Toner situation.
    All along I have suspected that
it was A sham, but tried to put trust

-2-

in mr. O'Connor — mainly because we had been getting Along great. I just did Not want to believe old tricks or new ones were starting.

Photo copier Access is A Necessary part of Legal week. I have An Appeal pending in the Supreme Court of Delaware CASE # 319, 2007. Although I technically still have An Attorney, Daniel Tyrell, JR. Esq — He has not been quite what "Effective" Counsel would Be. He has Actually had order to show cause issued for 8 missed deadlines (on my case) And had filing(s) sent back to re-do because they did not meet standards. He was, in January, 2008, sanctioned # 100.00 by the Supreme Court + told to continue his Rule 26 continuing obligation. I have not heard from him yet. The only way A brief is going to be filed, to meet my Constitutional Right to Direct Appeal — is if I Do it myself. I have written to Tyrell — At the Address the Court gave me — And my mail Returns - "not Here" Back to the photo copy issue! Everything I do — has to be 2 copies w/ original to the Court, The Deputy Atty General And to Tyrell. (I send his to the Court Clerk + She forwards it VIA e-file)

I Also had to recently spend time on And photo copy multiple documents to prove my Appeal to A June 11, 2007 Disc. Report Alleging that I stole A Book from Law Library — (which I DiD Not) — The report was served on me January 24, 2008 by CApt Snead (7 months later). This same falsely Accused Incident was suppose to have been "punished" last July when I was removed from my Classified status back to maximum security.

* This is Another complete Due Process issue within itself, but I am still waiting for it to go through the Appellate channels, when CApt Snead had my "Hearing" — she found me "NoT Guilty" of "Theft" — But "guilty of possession of Non-Dangerous contraband" / I Found the Book AnD I turned the Book in!

To prove my innocence I had to file An Appeal to warden; Which, We All knew would be A worthless point (the warden instructed CApt. Snead to find me guilty of something) which indicates pre Dispotion And non-biased Right denied. I had A LOT of Documents to copy and submit As evidence in my Appeal — + because I had to have A set for CAptain Snead; Warden Ryan; Treatment Services

— H —

Bureau Chief Kearney, Commissioner CARL Danberg And Keep one set for me — And I sent one set to Internal Affairs — I had to Do several sets. From this George O'Connor Alleges that All I am Doing is making the same copies over and over. He really is mistaken for one. And Second he fails to comprehend the need for multiple copies for different areas. — I have tried to get around needing so many copies by Asking the clerk to serve + copy for me — In Both the U.S. District Court And Supreme Court of Delaware I have been sent Notice that it is my responsibility to obtain Copies + Serve.

Another matter that has surfaced is that The cms, medical Department Over-dosed me on Dilantin - Anti seizure Medication. That was done by Dr. Leslie Donohue - And she has in fact Accepted full responsibility. I was unconscious with Blood pressure 85/25↓ And dropping, oxygen 85↓ when CAptain Jones ordered the 911 cAll (Donohue was on cAll, but had Gone to Disney World w/ family + could not be reached for the 911 authorization) CApt Jones SAVed my life. So, yes I am trying to gather my medical Records (which

The warden will not allow me to have and CMS, Inc Does not want me to have. As I obtain certain documents (which I got from the hospital) I need to make copies — I also need to copy A scenario of the entire Dilantin matter — which by the way — has left me with "permanent" Damage to my heart and Neurological system — As well as other. These documents I need to start copies + gathering in Anticipation of securing counsel for A Civil Suit on Medical malpractice. This is hindered completely by the refusal to supply me with the needed copies —

It happened to be right about that time of the medical malpractice issue (2-9-08) — that the copier ran out of Toner — Again. He was out in December — got Toner in January — two weeks later — ran out again — then copier was out of order for A few weeks, And now he is out of toner — Again.

Although I have been suspicious About the "Toner" situation — I have held that to myself until I knew for sure. Last week when O'Connor had me in 3 days in the afternoon — He continued to tell me every day — he was still out of Toner —

FILED

APR 10 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

—6—

LAST Thursday 3/27/08 I was in the Law Library and Again there was "No Toner" — I left At 3pm and Inmate Irina (Last name? Russian) was in the Law Library And needed photocopies — she was told "no toner". However, After I left At 3pm — toner miraculously appeared And her copies were made. On Monday March 31 Irina, Again was in the Law Library And over At least An hour's time while inmates from my unit were there — The inmate clerk was making copies — for Irina.

Earlier last week, copies were made for An inmate in my unit that morning + that After-noon when I went in — "Out of Toner".

Today I made an inquiry About "toner" And was told "there is None" over i month. The excuse of "Shaking it up" is not viable either because he has told me over a month ago that I got All of the "Shaking that could be done".

Now — Your Honor — it is intentional Retaliation and Obstruction of Justice. O'Connor does good for Awhile — then he is right back at it. The Matter is Not Adequate Access — it is Retaliation — The copier has toner for everyone — But — me. I am done with the chronology + Please help (trying to hand write copies)

Jni Johnsen

CC: Handwritten copy to C. DAMAvandi, Esq.