B.W.C.I. # 00182823
660 Baylor Blvd
Newcastle, De 19720

The Honorable Gregory M. Sleet
United States District Court Judge
844 N. King Street
Wilmington, De 19801

    RE: 07:CV:394:GMS
Missing page 6 (last page) of letter 4/1/08

Dear Judge Sleet:
    Somehow when I put your letter in the mail last night, I left out page 6. I am therefore including it now.
    I did want to add that, it appears as though George O'connor trying to please his superiors, has determined that because several photocopies have already been done for me over the last year — he is justified in refusing me copies now (although he is picking & choosing which specific Inmates receive copies) — There is no excuse that the machine has been out of toner — since January. O'connor is not qualified to determine what copies I need or don't need.
    Respectfully, Toni L Johnson

P.S. Plus— The DOC/BWCI has failed to consider the State has the benefit of the computer and e-file/e-serve. I work strictly with Handwritten Pleadings + Hard copy exhibits. I do not have a computer to research case law or type/draft Briefs. Plus— I don't have a lawyer — But I do know my rights have been violated

And I will continue my work and to be heard with resolution of the multiple Civil Rights violations that this prison(s)' Administration bestows.

FILED
APR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE