IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-394-GMS |
| | ) |
| COMMISSIONER CARL C. DANBERG, | ) |
| WARDEN PATRICK RYAN, COLLEEN | ) |
| SHOTZBURGER, C/O HICKS, and | ) |
| CORPORAL BROWN, | ) |
| | ) |
| Defendants. | ) |

## SERVICE ORDER

At Wilmington this 15th day of April, 2008, the plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; the court having identified at this time what appear to be cognizable claims against the remaining defendants Commissioner Carl C. Danberg, Warden Patrick Ryan, Colleen Shotzbuger, C/O Hicks, and Corporal Brown within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2. The Plaintiff's motion for appointment of counsel (D.I. 37 is **DENIED**, without prejudice, with leave to refile, following service upon the remaining defendants.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall provided complete, **original** "U.S. Marshal-285" forms for **the remaining defendants Carl C. Danberg, Warden Patrick Ryan, Colleen Shotzbuger, C/O Hicks, and Corporal Brown,** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON,

DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C).  **The plaintiff shall also provide the court with copies of the amended complaint (D.I. 25), supplement (D.I. 27), and first amended complaint (D.I. 40) for service upon the remaining defendants.  The plaintiff is notified that the United States Marshal will not serve the amended complaint, supplement, and first amended complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court.  Failure to provide the "U.S. Marshal 285" forms for the remaining defendants and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

    4. Upon receipt of the form(s) required by paragraph 3 above, the United States Marshal shall forthwith serve a copy of the amended complaint (D.I. 25), supplement (D.I. 25), the Court's November 26, 2007 memorandum and order (D.I. 35), the first amended complaint (D.I. 40), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in the 285 forms.

    5. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    6. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of

Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

7. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

8. **NOTE:** \*\*\* When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(a). \*\*\*

9. **NOTE:** \*\*\* Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. \*\*\*

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED

APR 16 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3