April 10, 2008
Joni L. Johnson
SBI# 00182823
Baylor Women's Correctional Inst.
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory M. Sleet
United States District Court
844 King St
Wilmington, DE 19801

RE: 07:394:GMS
Johnson, Joni V. Biden, et al

FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(B) scanned

Dear Judge Sleet:

Attached, please find a memo and statement regarding further Law Library Accessibility and Denial of Legal Services in Retaliation for recent happenings, directed specifically at me.

I am attempting to gather statements from inmates that can and will verify that O'connor has in fact been making copies, and allowing Law Library Access to "other" inmates over the past month, but when it comes to me, the rules are different.

The Law Library issue has been going on since April 20, 2007. O'connor will be cooperative & helpful, then all of a sudden he will change again. I, as have many other inmates, witnessed his flare up in temper episodes (He cut up house plants belonging to his previous clerk) He has told inmates that the

reason I am in prison is "Stealing money from little old Ladies," there are times he will flail his arms, yelling and cussing without any obvious provocation.

The latest anger issue is that Capt. Snead found me "Not Guilty" of "theft" in the trumped up LawBook saga; Yet he still continues to reference a need "to keep a close watch" on me "and others" in the Law Library out of fear that someone might steal another Book, which he still accuses me of.

There needs to be oversight of the law library issue so that all inmates have equal treatment. In the meantime I need Judicial intervention because George O'Connor is Retaliating against me because I was found Not guilty of stealing the book he wrote me up for.

One other concerns is that there shows A pattern that when Warden Ryan walked into the Law Library on March 27, 2008 (Last time I was there) — He saw O'Connor and I talking — Same thing happened before — And Again I did not go in for Awhile.

O'Connor has recently alleged that I am paranoid or have mental instability problems (to Discredit me) This is Another of his Accusations About me — not to me! (the mental Health accusation was stifled by the two Mental Health evaluations).

I need to begin working on A Second Amended Complaint And Ask the Court to include O'Connor as well as others involved in some of the medical issues. Thank you for your prompt + Helpful

CC:
Katherine
Damavandi

Statement
Joni L. Johnson
I/m # 00182823
April 9, 2008

LAw Library Retaliation:

George O'Connor is the Law Librarian at the Baylor Womens Correctional Institution at 660 Baylor Blvd, New Castle, DE 19720. His direct supervisor is Colleen Shotzburger, Treatment Services and Warden Patrick Ryan, both Δ's in the 42 USC §1983 of Joni L. Johnson v. Joseph Biden III., et Al.

I, Joni L. Johnson, SBI # 00182823 am an inmate at The Baylor Womens Corr Inst.

I have various legal matters currently pending as such + Need Law Library Access!
- 42 USC §1983, Case # 07:CV:394:GMS U.S. Dist. CT
- Supreme Court of Delaware Direct Appeal 319, 2007
- DOC Appeal to Bogus Disc. Report (Administrative)
- Medical Malpractice Against CMS, Inc.
- Seeking Counsel – I have to send photocopies of Medical Records –
- I write to Attorney's and I correspond with ACLU. I have to make photocopies of Documents, Records & pleadings for the Requisite copy/service. George O'Connor has again become Retaliatory Regarding Law library Services.

# Law Library

## Page 3                                                           2008

| Date | Hours | Note | Copies |
|---|---|---|---|
| 1/22/08 | 1 | Supreme Court Documents | 52 |
| 24 | 3 | Disc. Appeal | 234 |
| 2/22/08 | 2 | Building Conditions State Health | 103 |
| 3/7 | 3 | — out of Toner — | 6 |
| 18 | ½ | (Sent to Law Library from medical No glasses) | 0 |
| 19 | 2 | No Toner | 0 |
| 25 | 2 | ↓ | 0 |
| 26 | 2 | Research | 0 |
| 27 | 2 | Prison Medical | 0 |
| April 1 | 3 | Records | 0 |
|  | 0 | — I was told at 3:25pm that O'connor called for me | 0 |

*O'connor told me he would take my papers up front to copy the next day. He didn't call next day. When he finally did call me again — He changed his mind.

27 — Warden came in + spoke to Irina + saw me at the table.

and gave me a message that I can come down if I want But there is no toner for copy machine. He closes at 3:45pm (20 minutes)

---

April 9   0   Mr. O'connor had my roommate Melissa Cannon in this morning for copies of the Modification. Once they realized it was my handwriting on her papers His "helpfulness" ceased. He told Melissa to tell me + would call for me later. *

(He called 6 inmates from my unit today But not me — my name was 1st on list)

Next: Pat Trusty was called down to Law Library + she needed copies + a legal phone call. While she was on the phone w/Lawyer, Tammy (clerk) was making her copies. As soon as she got to the last few pages of Patty's Papers w/my handwriting Tammy showed it to O'connor and He immediately jumped up + told Patty to get off of the phone + told Tammy to stop copying documents. His Realization that Patty was talking to a Lawyer about A Civil Rights + lawsuit against Prison — He alleged he had to leave immediately. He was back in his office 15 minutes later when C.O. Mabrey called him. His "Having to leave" was just to make her get out —

* His entire Behaviors are Retaliatory towards me for exercising my Civil Rights.

- 3 -

At one point, O'Connor had become pleasantly cooperative (after the Nov '07 court order)(for access hours) - Even through December '07 + into January '08. His new thing is to hinder or limit my photocopy access. There is no doubt that he provided me with 286 copies in January of '08 and another 103 copies in Feb '08. I do not have the luxury of efile, eserve or email as the State/DOC does. The state has the Deputy Attorney General - I have limited antiquated prison law library that I have to spend hour upon hour handwriting and hand copying documents.

George O'Connor claims there has been no toner since early March, until now. He allows many other inmates to have photocopy access — free of charge (He does not allow us to copy case law, etc. out of the law books because he incorrectly alleges "copyright infringement").

All through March & April '08 Mr. O'Connor has made photocopies for a variety of other inmates. (To protect those inmates access and to keep them free from retaliation, I will hold back names, dates and number of copies pending court request). He has told these inmates that he will never make copies for them again if they tell me.

On the days that he has called me to the law library it is late in the afternoon — He has already had his daily norm of 8-10 I/m's in at various times through the day. (I get 2-2½ hours at a time normally).

4

The Law Library has plenty of available space to have 6-8 inmates at a time to comfortably work at the table, typewriter or sit at the bench & wait for Mr. O'Connor to call them/us into his office for a phone call or a form. The times I have been to the Law Library in the afternoon the sign-in-out sheet for that day will have anywhere from 6-12 names throughout the day. Many of them only in for an attorney phone call and leaving almost right away. If, as Mr. O'Connor alleges, "overcrowding" is the basis for not following policy & procedure — why is it he only has 1 or 2 inmates at a time with 8-12 total throughout the day from 8:30 am - 3:45 pm? Anyone that goes into the Law Library sees for themselves (including staff) that O'Connor sits in his office, door closed, alone, on computer (internet), radio on or reading his book and non-chalantly ignoring the I/m population coming into the Law Library & usually (unless Atty phone call needed) taken care of by his inmate clerk - Tammy Eidelsburg.

I, Joni Johnson swear this information to be true & correct upon the best of my belief.

4-11-08

Joni L. Johnson, I/m #00528233, U4 B.W.C.I.

April 10, 2008

To: George O'Connor, Law Librarian DWCI
From: Joni L. Johnson #182823 Unit 4
RE: Law Library Access + photocopies

Again I see we are at an impasse with the Law Library issue and photocopier access. You have been telling me since early March that there is no toner to make copies. You have also indicated disapproval or downplayed the necessity of the legal work I am doing in my several outstanding issues. You are not qualified nor authorized to censure my documents.

The inmate handbook and Law Library policy state that each unit is entitled to two days per week access. Unit 4 would be Tuesday and Thursday. You would be heard to argue that since the institution is "overpopulated" at this time, Law Library access is limited. Although that may be true, limitations should apply equally. This week you had only 8 inmates all day long from unit 4.

The last time I was in the law library was March 27, 2008. Two weeks ago.

In January you had me in twice; once in February; And in march it was 6 times; however, you alleged there was "No toner" for me to copy the documents I have prepared or need to complete procedural Requirements. I have learned that the "toner" story was/is in fact, not true. (As I suspected all along). Secrets are not easily kept in the institution, from max Hall to 9, 3 & 4 — information spreads.

Therefore, Judge Sleet, And the D.O.C. Commissioner are being Notified and sent handwritten schedules. Resolution of the Law Library obviously is once again in Need of intervention.

From march 7, 2008 you claim to not have toner. However, several other inmates Received Necessary photocopies — AND — At least one person was told not to tell me. Call it what you like — it is obstruction of Justice, and unequal treatment among "Similarly situated individuals."

I declare this information true & correct to the best of my knowledge.

*[signature]*

4/10/08

# Certificate of Service

I, Joni Johnson #00182823 placed in the Prison Mail Box Depository At 660 Baylor Blvd, Newcastle, DE 19720 the following

4/10/08  Letter to Judge Sleet about Retaliation issues w/ Law Library Access + copies —

4/10/08  Statement by Joni Johnson re: Law Library

4/10/08  Memo to George O'connor about Law Library Access.

to: Catherine D'Amavandi Dep. Atty General
820 French St
Wilmington, DE    19801



Joni L. Johnson
SBI # 00182823
Baylor Women's Correct Inst
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory M. Sleet
United States District Court Judge
844 N. King St
Wilmington, DE 19801

Legal Mail