March 25, 2008
Joni L. Johnson
B.W.C.I. #00182823
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory M. Sleet
United States District Court Judge
U.S. Courthouse
844 N. King St
Wilmington, DE 19801

FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE: 07:CV:394:GMS
42 USC 1983

Dear Judge Sleet:

I am still experiencing serious difficulty with necessary matters at the Baylor Womens Prison - namely - The Law Library issue - Warden Ryan & Colleen Shotzburger's continued Retaliatory Actions continue to hinder me from properly providing my documents to the court.

I now have learned that Warden Ryan requested a photocopy of my full Medical file/record. This was done without any discussion with me or even my knowledge, And I never signed a Release of records to Anyone else. I only learned this Accidently while in medical; I then asked the CMS, Inc Administrator About it And was told, "The Warden owns the file".

Does that mean he can do Anything he wants with it? I can understand any

2

matters that would be tied in with my claim(s); but, he requested the entire file/record. I was further informed that he can "share my medical records w/ anyone he wants!"

"Because He is the Warden!"

Your Honor, I have no choice but to continue requesting a Relief from retaliation and the Deliberate Acts of obstructing Justice by BWCI Staff/Administration and C.O. Hicks from Security - so that I may continue on with my 42 USCS 1983 Constitutional ~~Continual~~ Deprivation claims of Excessive Force; Retaliation, And 8th Amendment considerations of the Conditions of confinement claim(s); All of which are my Constitutionally protected Rights.

Furthermore, I request to have the "Warden" provide me with a copy of my medical file (I have been denied this request) - (Several Times) - I need certain portions of my medical file to prove my case/claim; and I need to verify there has been no "Altering" of records.

After all, they are records of my health & they are needed to prove my illnesses & injuries As



Associated with my claims. I expect the same courtesy as the warden in access to necessary documents.

My main concern with that issue right now is Does Warden Ryan have the Authority to request a copy of my medical file/records (which also includes medical records I had sent in from my own personal provider(s) - Not D.O.C. CMS related? There are matters in my file that are personal & serve no baring on any claim(s).

With the very questionable practices of Warden Ryan & Colleen Shotzburger & Carl Danbergs refusal to step in and fix the problems in this prison — I am concerned that my medical records may be comprimising to my sensitive documents.

It seems that I should be Provided a copy as well.

Thank you for your patience & Assistance.

Respectfully

c.c. Catherine Damavandi
        DAG



WILMINGTON DE 197
15 APR 2008 PM 3 T

The Honorable
Gregory M Sleet USDC
U.S. Courthouse
844 N King St
Wilmington, DE 19801

19801+3513

Joni Johnson
182.823 Bug
160 Baylor Blvd
New Castle DE 19720



Inmate Mail
DSNCI