March 21, 2008
Joni Johnson
B.W.C.I. #00182823
660 Baylor Blvd
New Castle, DE 19720

The Honorable
Gregory M. Sleet, USDJ
United States District Court
844 King St
Wilmington, DE 19801



PD scanned

RE: 07:CV:394:GMS
    42 USC 1983

Dear Judge Sleet:

Once Again there is A problem with the Law Library. As pleasant As George O'Connor Law Librarian has been — I truly Believe he is Acting under the order of Shatzburger & Ryan. The newest game is with the copy machine. He knows, or they all know — that I have Kept A Record of everything throughout the entire problem. O'Connor Knows I Am trying to put together the chronology of Events regarding the thicks Retaliation, Cpl Browns Excessive Force, with Retaliation by Warden Ryan & Colleen Shatzburger, Tx SVC's — with Carl Danberg, Commissioner D.C.C. being Responsible

for the actions of his staff & refusal to intervene. I need the law library to photocopy my packs - exhibits - etc.

The saga this time has been he keeps running out of toner. He ran out in January. Did not get new toner until some point in late February or early March. I am not sure because he didn't call me in. He claims that he cannot order toner until his machine runs out - & then it is 4-6 weeks to get another. We all know it is a game. Among inmates & staff throughout the prison - it is a "one of those things everyone knows, but nobody speaks." The Law Library is not up to par or capable of handling any self help litigation. The typewriters don't work. - At least decently. There is no computer access for research or document preparation. We have to do it the hard way - Book by Book - By case. January I had 3 hours & February I had 2 hours. March I have had 5½ hours. (5½) on Mar 7 no copies, machine was not working. March 18, 35 minutes. (He called me from medical) (not work) And March 19 - 2 hours. I told him when I left yesterday - I had documents to get in tonight's mail for the Court —

3

He still did not call me to the Law Library. Every time I turn around there is something that is a Retaliatory Dig. Once I am finally able to send my "Chronology of Events" — it will be shown in a clear picture of certain acts of Deliberate Retaliation and Excessive Force Claims against DCC.

Furthermore — the "Conditions of the Building Claim" I have documents to put together & send to the court. However, the Law Library ran out of Toner that Fast. I happen to know, there is a log of how many copies Mr. O'Connor (or his clerk) makes. On the new Toner, it is about 500 pages. The Toner should not be out!

So, Your Honor — I am respectfully requesting for you to intervene — again — on this Law Library Retaliation Claim by Ryan & Shotzburger — through George O'Connor, who is merely acting out his orders. I blame only Δ Ryan & Δ Shotzburger as using whatever avenue available to them for limiting my projects in the Law Library.

The latest matter is my hospitalization because medical overdosed me on Dilantin. The warden does not want me to send copies of Medical Documents out.

Jeri Johnson

cc: Catherine Damavandi, Esq. (for the state)

Clerk —
Please, I need your help right now — Due to recent Neurological injury I have a difficult time writing + rewriting

Please, if you will forward a copy to D.A.G. or mail me back it clocked copy + 1 xtra + I will immediately send to her.

