April 21, 2008
Joni Johnson
BWCI # 00182823
660 Baylor Blvd
New Castle, DE 19720

The Honorable Gregory Sleet
United States District Court Judge
844 King St Lockbox 18
Wilmington, DE 19801

RE: 07: 394: GMS   Civil Prisoner Suit

FILED MAY 28 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

RD scanned

Dear Judge Sleet!
Again, Mr. O'Connor (BWCI Law Librarian) under Warden Ryan and Treatment Svcs Colleen Shotzburger — just refuses to cooperate with the Law Library. He is calling inmates from my unit on our designated day — over the last 2-3 weeks — not Me! Although I was 2nd on the list last week he called the 1st + 3rd and about 5 more. I verify daily w/ C.O.'s to see if he has called. Apparently he is punishing me and retaliating either for the legal matters outstanding, OR because I was found "NOT GUILTY" of the alleged Stolen Book! He knows I have needed photocopies since February that he has for whatever reason twisted the circumstances. I do not want anything Special — I just want to go on Tues + Thurs and sit in the corner seat + prepare my documents. Now w/ requirement to send Docs to All Δs — He is really gonna have a fit — Please help w/ Retaliation Issues,

Respectfully,
Joni Johnson

CC: Dep. A.G. —
Catherine Damavandi, Esq.

The last time I was in Law Library was 3/27/08; the last copies I had made was on 2/22/08.

He is still calling people from my unit twice per week — I can't even go once.

Jn Jo

Joni Johnson
BucE # 00182823
1180 Baylor Blvd
New Castle, DE 19720

Inmate Legal
Correspondence

The Honorable Gregory M Sleet
United States District Court Judge
844 King St Lockbox 18
Wilmington DE 19801