April 30, 2008
Joni L. Johnson
Baylor Womens Correct Inst
660 Baylor Blvd
New Castle, DE 19720
SBI 00182823

The Honorable Gregory M. Sleet
U.S. District Court Judge
844 King St    LxBx 18
Wilmington, DE 19801

RE: 07:CV:394:GMS

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO Scanned

Dear Judge Sleet:

Without Forced cooperation At the Baylor Womens Correctional Institution of the Administrative Staff: Warden Ryan; Colleen Shotzburger, Tx Svc's And "ex Δ" George O'connor I Can Not complete my preparations of 42 USC §1983 requirements in the order of April 15, 2008 Whereas I Am Required to Serve the remaining Δ's with Complaint, Supplement & 1st Amended complaint with U.S. marshal form-285. There is No Way I can fulfil that requirement, As well As Supply each Δ with my exhibits & Chronology of events in consideration of recent Actions by O'connor. In January he had me in A few times- then not Again 'til Feb. 22, 2008 - But he ran out of toner - so he says - I happen to know that He Actually did receive A new toner during this period of time, but when I

-2-

was in the law library, he used the old one. This went on throughout all of March - & he did have me in quite a bit, but all I could do was research. No copies, for document preparation. I have finally been appointed counsel in my Cr. Appeal by Del Supreme Court, but I am with multiple frustrated efforts with being able to work on my 1983 claim. The Buck is hindering my ability to prepare document exhibits & statements that will in fact support my excessive force, Retaliation & Building conditions claim.

He had promised to have me in the Law Library Again Immediately After my visit (only one in April) of 4/22/08 - But he has not had me in again. He has however had many other inmates in from my unit - most of them more than once - on our scheduled dates of Tues & Thursday. The Law Library always use to be Run as whatever day is assigned to particular units (such as me - T&Th) - The C.O. would be contacted to "Run the list".

-3-

There may be 20-30 names to the list at that particular time + the C.O. would start sending inmates down at 6-8 and as 1-3-5 or however many would come back, the officer would send another. What? overcrowding (as O'Connor alleges or justifies as why he can't get inmates in) has to do with the method of calls - who knows.

With the current process, Mr O'Connor calls names before me on the list + names behind me - It seems he always has an excuse!

George O'Connor, under the direct supervision of Colleen Shotzburger, tx svcs + Warden Patrick Ryan, both ∆'s, specifically obstructs my abilities to perfect my documents and expose the fraud and lies among the Administration.

The Law Library issue is not an access issue it is a Retaliation Issue - And I am the one being retaliated against - All for exercising my Constitutional Rights.

Please Help -
I need to get into Law Library to work on Documents -

CC: DAG Damavandi

Joni Johnson

Copy for Judge Sleet

FORM #584

## GRIEVANCE FORM

FACILITY: BWCI                    DATE: 4-30-08

GRIEVANT'S NAME: Joni Johnson     SBI#: 00182823

CASE#: _____                    TIME OF INCIDENT: on going

HOUSING UNIT: 4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. It has come to my attention that George O'Connor, Law Librarian BWCI has been unprofessionally questioning (& accusing) various inmates that have entered into into the Law Library to make photocopies of Documents I may or may not have helped with of Documents to go to the courts or Agencies, for whatever reason. He asks everyone of them (when they come for copies) how much I charged for the work. When being told Nothing - He tells them He doesn't believe them his typical Response has been "oh, you gave her something I know it!" that was Emily Cornelius & No I DID not charge her. He Also made Accusations similarly to Michelle deJesus, Dynna Cordrey, Melissa Cannon, 100% Based on Assumption not facts — Furthermore Since He has been making these inquiries he has Again stopped calling me to the Law Library out of Retaliation !

ACTION REQUESTED BY GRIEVANT: He needs to stop — making false accusations
I Am being Retaliated Against And Singled out In my helping inmates in Accordance w/ Johnson v. Avery, 393 U.S. 483, 89 S.Ct 747 (1969) upholding the Jail House Lawyers Rule

GRIEVANT'S SIGNATURE: Joni Johnson   DATE: 4/30/08

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT
* cc: Internal Affairs + Capt. Danberg, Catherine Damavandi, Judge Sleet

April '97 REV

Statement
------

— On April 30, 2008 I, Joni Johnson was once again approached about George O'connor asking everyone that goes to the Law Library for copies of legal work I helped the inmate with —— if I charged them & how much. He responds with "Oh, she charged you something". He claims I can't help Inmates — However Johnson v. Avery 393 US 483, 89 S.CT 747, 89 S.CT 747 (1969) Does allow me to help inmates without pay of course. But the Jail House Lawyer Allows my assistance. I DO NOT charge! I Am tired of the unfounded accusations — which he uses now this to keep me out of Law Library.

This week I have heard from my roommate & 2 others that he questioned them about me — He even told Michelle de Jesus to tell me "Hi" — & when she said that I had been trying to come down — He laughed & said ~~he bets~~ "I bet she does". I still have not Been called ——

I will be obtaining statements from the unit 9, 3 & 5 & 8 Inmates I have helped —

cc: DamAvadi

Joni Johnson



Toni Johnson
BWCI 182823
660 Baylor Blvd
New Castle DE 19720

S.M.S.
X-RAY

The Honorable Gregory M Sleet
United States District Judge
844 King St #18
Wilm DE 19801