For The District of Delaware

In Re:  Joni L. Johnson
              II (Plaintiff)

                 V.

CARL Danberg, DOC
Commissioner; PAtRICK
Ryan, Warden, Baylor
Womens Correctional Inst;
Colleen Shotzburger, correctional
Treatment Services Supervisor
B.W.C.I; CPL Brown, C+T
Transport; C.C. Anthony Hicks,
Correctional Officer, BWCI  All in
their individual And Official cApAcity.

prisoner
         Suit
07:CV:394:GMS
42 USCG 1983

FILED
MAY 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Memorandum And Statement

I, Joni L. Johnson, II State As fact(s)
that I am the Sole II in the above cAptioned
matter; And that, the following matters listed
As "facts" are for informational purposes
and for This Honorable Court to include
in the pleadings And/or Rule in Any cApAcity
This Court deems just & proper; in the
best interest of Justice; and The II, And
All others Similarly situated At the Bau
Womens Correctional Institution, at:

6660 BAylor BLVD, New CAStle, DE 19720.
Delaware Department of CoRRections
As The only Female Level $\overline{V}$ fAcility in
the State.

- At All times Relevant to the matters
stipulated in the complaint; $\pi$ has
been an inmate At The Delores J. BAylor
Womens Correctional Inst., And the
Delaware Dept. of Corrections.

- Pursuant to the screening process Under
28 USC § 1915 (A) this Honorable Court dismissed
$\triangle$ George O'connor, LAw Librarian, BWCI as
A $\triangle$, As well as Ms. Russel + cheif Kearney,
in the proceedings. However, George O'connor
has reverted bAck to eArlier displays
of RetAliAtory behaviors. $\pi$ hereby brings
All of the following included facts info
The Courts Attention.

- Following the November 5, 2007 Court
order that required George O'connor to
Allow $\pi$ 4 Hours per week in the BWCI
LAw Library, George O'connor had
become pleasAntly cooperAtive.

-3-

- That George O'connor's cooperation ended abruptly on January 24, 2008. The same day Π was served a bogus disciplinary Report for all allegedly stealing a law library book, back in June 2007, 7 months earlier. Π did not steal the book.

- Without consideration of the "Time line", Π was found to be "Not Guilty" of the alleged Law Book theft.

- That George O'connor confronted Π about the "Not Guilty" verdict and in his anger told Π that, "Look who held your hearing" — referring to Capt. Snead. He further said, "What can you expect" (Π believes O'connor was referring to Capt. Snead as an African American in a manner of disrespect, by his gestures and that Π has heard him w/ prejudice Remarks) in the past.

- George O'connor is well known throughout the prison for race remarks and temper flare ups. See Teri Myer Vs. Ryan, etc. 06:117:SLR (and statements listed, but cannot copy yet — of other inmates having witnessed his behaviors)
- That once Capt. Snead found Π not Guilty of stealing the Law Library book, George o'connor became Argumentative + irate. Retaliatory

- 4 -

- February 19, 2008 π wrote to This Honorable Court About O'Connor Not allowing π Access," because, she was found Not guilty of the stolen book.

- On February 22, 2008 George O'Connor finally relented to Allow π back in the Law Library, and gave her 103 copies of Legal documents for filing on Appeal, Supreme Court of Delaware. (CAse no. 319, 2007). Documents preparation on Appeal to Newly Appointed counsel After show cause hearing/order Against D. Tyrell Sr And ultimately the Appointment of Alexander Funk, ESq. on Appeal. (Funk Appointed on 4/no And opening brief due 5/16 - π has written to Funk 4 X's And he has never contacted her back).

- From Mar. 7, 2008 to March 30, 2008 George O'Connor allowed π 12 hours in the Law Library over a period of 3 weeks. During ALL of the march 2008 visits O'Connor continued to Allege there was "no toner" for the copier. O'Conner Knew π had been trying to get the Chronology of Events copied since 1/08. He ALWAYS HAS An "excuse" not to.

- Although alleging "no toner" and that it Ran out After 6 pages copied on march 7, 2008, Mr. O'Connor Allowed π Access time, but denied copies. (He would call my Unit C/o. + tell her Jeni Johnson can come to the LL) if she wants, but tell her no copies) π used the time in Research + tAking notes in Various matters.)

* - on JAnuary 24, 2008 while in the Law Library A New CAnister of tener arrived for Mr. O'conners copier. (normally A CAnister will last 4 + months.)

— 5 —

— On March 7, 2008 when requesting photo copies from Law Library mr. O'connor told π she would have to wait a few minutes. During the wait time, O'connor sat back with a book, eating an apple. Once his "break" was over, he allowed the inmate Law clerk, Tammy Eidelsberg to enter his office & make the copies. Just prior to entering the office, O'connor had done something to the copier that required opening and closing of the door (π only knew this through sound) — When the clerk began making copies and the toner immediately lightened, and stopped. Just 5 weeks after the toner was replaced — it ran out just as π got to it. 6 copies with faded ink & a white line were made.

— George O'connor alleged to π that he had to "shake the canister" in order to get the 6.

— π Knowing his actions regarding the toner to be a scam by O'connor to not only hinder access to the courts, but, that it was in retaliation for the "Bogus Disiplinary Repoet" of January 24, 2008 that π was found "Not Guilty" of.

— When the inmate LAW CLERK sat back at her desk Π questioned her about the toner issue and that she believes it to be a lie. Π, Knowing that the clerk has a log of how many copies she makes, Π asked her to look back and tell how many copies were made using the new toner. The inmate clerk advised that only about 500 copies — total — had been made from the time the new toner cartridge was put in untill March 7, 2008. (5 weeks).

— Π has inquired as to how the Law Library machine toner would be acquired. She has been told that in the Warden's Suite supply area, Toner, Copy Paper and other misc supplies are kept on hand at all times. Any Department in the building, Needing Any such supplies can be obtained immediately upon Asking Ms. Amelia. (Ms. Amelia would never Allow the law library to go without toner).

— Π remained suspicious of the "No toner" fiasco Again (last year it happened twice + one time # tried to say he had no copy paper — And Π went to a shelf where paper is kept — he smiled + clicked his fingers because "Darn — got caught).

— George O'connor continued to Allege the toner excuse was because of "State Budget Crunch".

— 7 —

— What did not come as a surprise to π, During the month of March and up until April 22, 2008 George O'connor continued to state there is NO toner for copies by inmates. He told me that applied to all inmates; however, several inmates from ALL units throughout the time period of march 7, 2008, to April 22, 2008, told inmate Joni Johnson, π that O'connor did in fact have toner and he told them all that if they told π that O'connor did in fact have toner, He will never give them copies again. *(I/m's Involved in this are afraid of retaliation. These women will provide statements to the court on Request, but at this time π is not including such identities).

— On April 22, 2008 George O'connor called π to the Law Library and allowed her two hours and a small limited number of copies. (medical)

— π had the "chronology of events" prepared to copy for the court, which will take at least 40 pages × 7 sets = 280 copies, for that alone. Also several medical issues. (See attached List of Needed copies). O'connor told π that the job was too much for his copier & He would have to take the documents "up front" This a scenario that already has a historic place in the Law Library issues, with Court Access.

— 8 —

( Initial pleadings cover the Access issue
And was dismissed without prejudice on 11-26-07)

— The issue of "Retaliation" specifically
Aimed towards Joni L. Johnson, π is Deliberate
by George O'connor, under the Supervision of
Patrick Ryan, warden and Colleen Shatzburger,
who is the direct Supervisor of the law library;
and π has on numerous occasions written to
Commissioner, CARL Danberg And Asked (begged)
him to step in And Resolve the situation(s)
at BWCI with the Law library retaliation
by George O'connor. CARL Danberg wrote
π a letter that indicated he will Not Address
the law library issue because of "Seeking
redress of the Court."

— The Administrative Staff At BWCI also
have never Addressed the issue, regardless
of multiple pleas.

— The Administrative Staff At BWCI A¹
have never Addressed the issue, regardl
of multiple pleas

— The Law Library situation is retr
because, George O'Connor Speci
Keeps π At bey, And, Allow
inmates Access + Copies Not

—9—

—On May 5, 2008 TI went to the LAW Library and addressed with O'connor the photocopies of the "Chronology of events" from July 2006 with the "Excessive Force" by Cpl. Brown, ett; Retaliation by C/o Hicks, Warden Ryan, Colleen Shotzburger; And Danbergs failure to step in. Danberg has deliberately refused to intercede with the Retaliatory Actions of BWCI STAFF. (The Chronology was initially completed 1/08 (from 7/06 — 1/08) — each month has added on. ( O'connor still refuses to copy the chronology — As TI has requested since JAN. 08)

— Furthermore, TI was Advised At that time, that the Law Library has now limited photocopies to 20-25 each visit (monthly) — TI has Also learned that this rule only seems to apply in matters related to TI or by matters with inmates having paperwork to photocopy on issues that Apply to paperwork done by TI for other inmates (TAmmy, Film clerk — is known to say "Here is Another one of Joni's"). (Pursuant to the "JAil House Lawyers" Rule" of Johnson v. Avery, 393 U.S. 483, 89 S. CT 747 (1969).

— TI has worked to Assist various inmates throughout her prison stay in matters from family Court custody, child support And even Divorces; To Superior Court modifications, Rule 61, 35(b) modifications, + Habeas corpus. TI Also works

-10-

with various inmates in resolving Administrative issues (grievances, classification, decisions, & Assignments) help writing A lawyer or the court, even income tax filing & GED or Groves High school tutoring.

- In An effort to discredit the TT with the inmate population, George O'Connor started questioning Inmates that came to the Law Library to copy their documents that TT had Assisted in. Once recognizing TT's handwriting on someone else's documents O'Connor immediately began interrogating the I/m As to Any fee TT may have charged And when telling him "Nothing" he would call the inmate "A liar". He further told inmates that if they gave TT their social security number, she would "wipe out All bank Accounts". He claims TT will take their social security checks, SSI, unemployment or welfare & food stamp benefits. And even open charge Accounts in their Name(s). This has caused TT to be subjected to Ridicule by some of the staff And I/m's gullible enough to believe someone (An inmate At that) could wipe out their Assets & Livlihood Along with credit & Bank Accounts w just the minimal Amount of information given (SBI# A/K/A's are it)

-11

— The only document(s) that could have
provided TI with A Social Security number
would have been W-2 forms used to prepare
Income taxes. However, the limited number of
inmates that did have jobs last year + taxes to file —
most probably did or does not have financial
resources to be worth any type of infiltration.
One young lady, however having limited intelligence
And mental capacity, was so frightened by
what George O'connor said to her About TI, that
Although TI is the one that even got this girl
into Gateway" — was so frightened that she
called her mother to close out her bank account
because TI "might already have wiped her out!"
Her Disability goes/went Direct Deposit. TI never
had any of that information — But knowing how
A rumor will spread like "wildfire"— O'connor set
that right up.

— Many Inmates have sent TI messages or
stopped TI on one of the very limited times in the
hallway (TI pretty much stays locked in unit 4) —
to tell TI About the Accusations + lies George O'connor
is making. Staff members have told TI that he
continues to Accuse TI of the 'Stolen book saga"
from June 11, 2007 that TI was found not guilty
of After being initially served the DR on Jan 24, 2008
this Accusation is made everytime in the law library —

-12-

- O'Connor sarcastically addresses Π about Legal Books & material Belonging to the D.O.C. or Law Library. ( He has his clerk count & check for books w/ Π but not other I/m's).

- On April 16, 2008 This Honorable Court issued a "Service order" Requiring Π to submit "U.S. Marshal -285 forms" for "the remaining Δ's" :
   1)  Carl Danberg, D.O.C. Commissioner 2) Patrick Ryan, BWCI Warden; 3) Colleen Shotzburger, Tx svc's; 4) Anthony Hicks C.O BWCI; 5) Corporal Brown, C&T Transport; (6) Attorney General Joseph Biden III; (7) Catherine D'Amavandi, DAG (in representation of Carl Danberg #1 Above); And Π will submit A form for George O'Connor - should the court see fit to re-include him.

- Further into the April 16, 2008 order issued by Your Honor, "The Π shall Also provide the court with copies of the complaint, Addendum And 1st Amended Complaint (DI 40) for service upon the remaining 5 Δ's; AG; DAG + the court (plus Law Librarian)
   / -1 court          Δ-unknown yet
      - 5 Δ's
      - 2 AG's office      78 pages × 10 sets = 780
      - 1 self          plus chronology of
      - 1 possible          40 × 7 = 280
     10 sets needed     (I already have 2 sets plus orig)

— While in the law library on May 5, 2008 TI received 20 copies and requesting 9 U.S. marshal -285 forms — George O'connor gave TI 4 (Actually it was 5, but 1 was unusable) of the 285 forms. He told TI that he has no more. According to O'connor he contacted the U.S. District Court Clerk for more of the forms. He was to provide TI with such forms. As of this date he has not done so.

— The stories and lies George E O'connor spreads about TI to other inmates and staff members have a familiar ring to stories he also spread about Teri Meyer as well as other inmates that will remain nameless in the herein pleadings, but will be provided as the court directs out of fear of retaliation to those I/m's.

(FYI) * O'connor once became angry at Teri Myers for doing certain legal research & preparation.— He took all of the plants Teri had nurtured in the 10 years she was here — He cut them up w/scissors and left them on her desk. *

Problems TI has had, briefly include being at the work station & another I/m showing TI the word(s) on a paper forma pauperis — All she asked was "How do you pronounce this." TI answered her and he came running out of his office — flailing his arms & Yelling (no wonder the older I/m was afraid to ask him anything). Another time he was telling inmates (this was actually done several times) that TI was stealing money from little old ladies!! He has said these things to me, in front of me & behind my back.

- lately O'connor is telling staff members
π is crazy, And making up the allegations.
That could not be further from the truth —
He, Having displayed the behaviors to others
About me — makes it pretty obvious he is
displaying these behaviors.

— π is concerned About the serious rumors
George O'connor is spreading About her because such
Accusations Are of the type that could result in injury
or violence in a penal setting w/certain inmates
he seems to target. This All too familiar ring fails
back to remind π of C.O. Hicks (Δ in this matter),
did pretty much the same - only towards A
violent subject w/ Gangster + mentally ill inmates.
As C/o Hicks erroneously referred to π As A "racist",
As A "snitch" has the same potential of violence
As "Stealing money from little old ladies".
(the latter Already have happened to π w/ Bleach in CPAP
and Having C-pap hose cut).  (This is Another I/m
                              * π HAd Assisted ✓)

(FYI) - on May 15, 2008 George O'connor Acted out in one of
His typical scenarios + waving Arms towards An inmate
in the law library inquiring About family court proceedings,
He lashed out At her; calling her A "crackhead",
"unfit mother", "You don't deserve to get your children back".
This young lady Has worked very hard in her recovery
At the Key Village program And in one short
visit to the law library And while having A teleconfrence
set up with the family court mediator, O'connor
kept yelling outside to his clerk (I/m Tammy Eidelsberg)
And then Allowed I/m's in his office w/ them doing the
conference call. she finally had to hang up And told him of
his rudeness. That is what triggered the "crackhead" remarks.

π can go on & on with Inapropriate behaviors & scenarios such as the multitude of threatening & frightening behaviors that has been directed At (either directly or indirectly) by George O'Connor, Anthony Hicks And CPl Brown, Hicks Retaliated because of A grievance for Not doing his job or inAttentiveness to his post; Brown (CEO) threatening Violent behaviors And Actually CARRYing out Excessive force when jerking the hand cuffs over the wrist bone And breaking the skin, And cracking the bone; And then the All too fAmiliAr behaviors of George O'Connor in retaliation for grievances, StAtements to cApt. snead that resulted in A Not-Guilty Verdict of Disc. infraction.

- A LAw Library roster shows that π did have Access to the LAw Library in JANuary 2 times; February, once; And several times in march; However, He had no Ability to photo copy π's work because he alleged being out of toner; yet, he had toner for other inmates. On the 2 days per week unit 4 inmates Are suppose to be given LAw library Access, He will skip over π's name, cAlling the names before & After on the list.

- Again the chronology issue. It cAnnot be copied & sent to the Court without the court intervening. He kept π out until He was Able to establish the rule by the warden to go Ahead & limit the copies to π.

-16-

— George O'connor claimed he would have to either go to Treatment Services or the Warden's Suite to make such a large amount of copies. Π has had to continue on the Chronology —

— As soon as the April 16, 2008 service order was issued Π was "Cut-off" of photocopy access or actually limited to 20-25 copies per month.

— Π was told by Law Library that the Warden ordered the copy access to be limited, the same day as the 4/16/08 "service order".

— Π has a very large copy order, of which would not have been so large had the copy access been continuous; however it is now over 2,500 pgs needed.

— Π still has not received the adequate 285/pgs/copies.

— Π is still being denied Adequate or equal Access to photocopier + research time.

— on April 16, 2008 the Supreme Court of Delaware issued An order Appointing Π counsel on Appeal And Dismissing prior counsel Daniel Tyrell with order(s) to show cause (8) — Π has now learned that Alexander Funk, Esq has had to turn down the Appointment because one of the Attorneys in his Firm represented Betty Lou m'Kenny, Π's mother with matters Related to Π's case.

Π needs time in Law Library to contact A new Attorney + send copies of Documents once Appointed.

— Wherefore, TI submits this Memorandum of fact regarding more twisted Retaliation towards TI, deliberately out of Contempt of the issues on 42 USC § 1983.

— Δ's have acted to obstruct TI from Justice with an attempt or threat of Retribution that continues on + on.

— TI prays for this Honorable Court to step in + require a solution to the photocopy access, document preparation + research, to stop all Retaliatory actions that are more an attempt to block TI or convince TI to end her quest for Justice, under the Constitutional protections guaranteed even inmates.

—, TI wishes this Honorable Court to include this document into the record and grant Relief as just and proper.

— TI is handwriting this copy for the court and another copy for Catherine D'Amavandi, D.A.G, for Carl Danberg, DOC Commissioner.

— TI has No money on her account (just over $1.00) to pay for photocopies if such would be an issue but since such has never been a policy at BWCI or in the D.O.C. facilities — that should not come to be an issue.

— TI needs the 5 more 285 forms + photo copies as listed herein —

— 18 —

— Π further Requests this Honorable Court to include in Any order that the Δ's will be held in contempt or obstruction of Justice should Any of them continue with the Retaliatory And excessive force Actions Against Π.

— Π Especially REQUESTS this Honorable Court to "order" Δ's to provide Π with the equal Access time in the Law Library And for photo copies As needed. (The 285 forms)

— Any Relief And investigation this court deems just + proper And in the interest of Justice.

Respectfully Submitted,

Tori L. Johnson

May 20, 2008

Medical Treatment & Medication Log
For private Civil Attorney for
Medical MALPRACTICE:

$$4 \text{ pages} @ 2 ea = 8$$
$$14 \text{ pages} @ 1 eA = 14 = 22$$

Law Library Related

| | |
|---|---|
| Appointment Report | $6 \times 10 eA = 60$ |
| Internal Affairs | $2 \times 10 eA = 20$ |
| Statement | $12 \times 10 eA = 120$ |
| Time Lines | $4 \times 10 eA = 40$ |
| Chronology of Events | $40 \times 8 eA = 320$ |
| March chronology | $3 \text{ pages} \times 10 eA = 30$ |
| April Chronology | $1 \text{ page} \times 10 eA = 10$ |
| Recent Hicks Retaliation Grievances + Statements | $2 \times 10 = 20$ |
| Conditions of the Building | $21 \text{ page} \times 10 eA = 210$ |
| Disciplinary Appeal + Retaliation w/ Fabricated Documents | $50 \text{ pges} \times 10 eA = 500$ |
| Warden Denial → | $1 \times 10 = 10$ |
| Retaliation Records | $18 \times 10 = 180$ |

MANDATORY Court order
Service PACKage                    $78 \text{ pages} \times 10 \text{ sets} = 780$

Criminal Appeal Documents
$$6 \times 1 eA = 6$$
$$1 \times 10 eA = 10$$                    over →

Service order
Requirements

To Serve All Documents + Discovery to:

Original to the Court          (no 285 req'd)
1 copy for π                   (no 285 req'd)

with 285's

DOC Commissioner CARL Danberg
BWCI Warden Patrick Ryan
Treatment Services Colleen Shotzburger
C+T Transport    —   Cpl Brown
Corrections officer— Anthony Hicks   BWCI
Catherine D'Am Avandi, D.A.G. NCCo—
Joseph Biden III, AG DE
? George O'connor, Law Librarian (position to be
                              Reincluded As
                              A Δ pending).

4

## SECURITY

Our security staff are here to help you, as well as provide for the order and safety of the institution. To accomplish this, correctional officers must perform routine headcounts, searches, shakedowns, lockdowns, and other functions. Your responsibility is to cooperate and follow the orders and instructions given by correctional staff.

## TELEPHONE CALLS

1.  Upon entrance into the institution, you may be permitted to make one phone call.

2.  You are asked to complete a form and list the names, addresses, and telephone numbers of 10 people who you can call collect.

3.  The telephones in your unit are on the same times everyday (10:00 am until 3:00 pm, and 6:00 pm until 10:00 p.m).

4.  You are permitted to make up to three 15 minute phone calls a day.

5.  According to BWCI Policy 7.51, if a No Contact Order prevails, you are not allowed to contact that individual via telephone.

6.  Collect calls can be made from your housing unit. When placing a call enter your SBI number.

7.  It is your responsibility to find individuals who will accept collect calls.

8.  Your counselor or the law librarian will only assist in making appropriate phone calls to state or professional organizations. (See Sections on Law Library and Institutional Counselors)

9.  Do not request personal calls from any staff. Emergencies are reviewed on a case by case basis.

10. Internal Affairs can be reached on 1-800 364-9667.

11. Any changes to your original telephone list will be made during the first two weeks of March, June, September, and December or at the discretion of the telephone monitor.

## LAW LIBRARY

The Law Library is open Monday through Friday (except on state holidays). The Law Library provides the following services for residents of BWCI:

Assistance with legal research, typing, copying, Family Court matters, (visitation, custody, guardianship, etc.), and legal phone calls to Public Defender/Private Attorney.

Personal calls will not be permitted from the Law Library.

If you need to make a Law Library appointment, you must sign your full name on the scheduling sheet in your unit. In addition to your name, provide the reason(s) for making the appointment. Failure to do so will result in the loss of your appointment for that day.



---

13

## DELAWARE MENTOR PROGRAM

The Delaware Mentor Program (Phase I) offers 48-52 educational workshops, designed to help women take a look at their core issues, develop an understanding of how they made poor choices, set new goals for their lives and begin to acquire the values, knowledge and skills required to become productive members of the community.

Graduates of the Phase I Program receive certificates upon successful completion of this twelve-week program.

In addition, the Delaware Mentor Program offers group meetings, referrals, and one-on-one mentoring at DJBWCI, Plummer Community Center, and Sussex Work Release Center.

## MENTAL HEALTH

Mental health services are provided by an independent medical service provider. DJBWCI has a duly qualified mental health professional assigned to the institution. This person provides both individual and group counseling.

Individual appointments are scheduled via written requests from residents. When necessary, this contractor does psychological evaluations for classification purposes.

Group meetings are once a week for 26 weeks and participants are given certificates upon successful completion.

## THE HARBOR

The Harbor Program is located in Unit 6 to help residents with special needs and challenges. Those special needs residents will get individualized services while housed at the Harbor. Classification will make the final determination as to the participants in the program.

## HORTICULTURE

Horticulture is a seasonal job in which classified residents learn about the planting, and gardening of various fruits and vegetables. Space is limited. In order to be considered, send your requests to classification.

I have done all of this

## LAW LIBRARY (Cont'd)

Listed below are the assigned days for each unit:

Unit 3   -   Tuesday and Thursday
Unit 4   -   Tuesday and Thursday
Unit 5   -   Monday and Wednesday
Unit 6   -   Monday and Wednesday
Unit 7   -   Monday and Friday
Unit 8   -   Tuesday and Thursday
Unit 9   -   Tuesday and Thursday

Appointments are scheduled on a first come, first served basis. Inmates with proof of a pending filing deadline will be given priority. If you have a pending filing deadline or you have to respond to a court order, you must notify the staff paralegal via institutional mail. If you are not called on your unit's assigned day you must re-sign the sign-up sheet for your units next assigned day.

## VISITATION

Personal Visits - Personal visits are considered a privilege. Residents are given a one (1) hour visit per week. To schedule a visit, family and/or friends may call (302) 577-5837 Sunday through Wednesday evenings from 5:00 pm to 10:00 pm. Remember, visits are scheduled on a first come, first served basis. It is advisable for potential visitors to schedule early in the week. Visiting days are Thursday through Monday. Visiting hours are listed below:

10:00 AM   -   11:00 AM
11:30 AM   -   12:30 PM
1:00 PM    -   2:00 PM
2:30 PM    -   3:30 PM

Residents may have up to three (3) visitors at a time. If more than three visitors, visits must be split in half-hour duration. Former inmates are not allowed to visit BWCI residents, except immediate family members.

Professional Visits - Professional visits are reserved for social workers and other professionals representing outside agencies. They should be scheduled in advance through your counselor.

Pastoral Visits - Pastoral visits are scheduled through the Chaplain's office.

Special/Extended Visits - Special or extended visits must be approved in advance by the Deputy Warden (or designee).

Lawyers/Probation Officer - Attorneys and probation officers should call to notify the institution of their plans to visit. No visits are permitted after 7:00 pm. Any exceptions, must be approved in advance by the warden or designee.

## TUTORING

Tutoring services are offered through the institution's educational department, providing extra help for students, who are preparing for their GED. Tutoring sessions are held nightly. Students work one on one with resident or outside tutors.

## COMPUTER INSTRUCTION

The computer lab offers a wide variety of classes such as Microsoft Word, Advanced Word, Excel, and Powerpoint. Each course takes approximately four months to complete and provides a combination of Introduction, Intermediate, and Advanced instruction. Classes are offered to sentenced residents and staff members. Students also have an option to participate in an Apprenticeship Program offered by the Department of Labor. A student can become a computer operator apprentice with the successful completion of 150 hours of computer instruction and 2000 on the job training hours in a computer-related employment position.

## LIBRARY

Library books are accessible to all residents. Twice a week the library aide will come to your unit with a book cart. You may borrow up to two (2) books at a time for a period of one week.

The library is located in the institution's educational wing. The library has different types of books such as textbooks, fiction, non-fiction, magazines, reference material, self-help, romance, and religious.

Please do not damage or destroy any library material.

## LIFE SKILLS

Life Skills is a four month program Instrumental in the development of interpersonal skills, violence reduction, communication, resume writing/job search, family values, academics and self-esteem.

You must be classified to the program. Certificates are presented to those who successfully complete the program.

Certificate of Service

That I, Joni L. Johnson have
sent to the Deputy Attorney General
A Handwritten copy of the foregoing to:

Catherine D'Amauandi, DAG
820 French St
Wilmington, DE 19801

5/24/08    Joni L Joh——



Joni L. Johnson
Baylor Womens CORR Inst.
SBI # 00182823  Unit 4-D pod
6660 Baylor BLVD
New Castle, DE 19720

Inmate —
Legal
Mail

United States
District Court
District of Delaware
844 N. King St
Wilmington, DE 19801

Legal Mail

First Class Mail