May 20, 2008

Joni L. Johnson
#182823  Unit 4-D
660 Baylor Blvd
New Castle, DE 19720

Clerk -
United States District Court
District of Delaware
844 King St    #18
Wilmington DE   19801

FILED
MAY 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To scanned

RE: 07:CV:394:Gms

Dear Clerk:
    Enclosed please find a memorandum regarding the B.W.C.I. Staff Attempting to hinder my Access to complete carry through 42 USC §1983. I just cannot get cooperation with these people.
    Also - Could you please send me the 285 forms to fill out, I cannot get them in Law Library.

Respectfully,
Joni Joh——