June 12, 2008
Joni Johnson
#00182823 BWCI
660 Baylor Blvd
Newcastle, DE 79720

United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: 07:394:GMS

Please file the Attached Petition and Submit to Judge Sleet for a Ruling that will at least resolve, once again issues w/ Law Clibrary and Retaliation that hinders my Ability to continue Any further w/ 42 USC § 1983.

Thank you for promptly handling this matter. I have been ignored for 2 months.

Respectfully,

Joni L Johnson


FILED
JUN 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Joni Johnson
#00182823 DWCT
660 Baylor Blvd
New Castle, DE 19720

Confidential
Legal
Mail

United States Dist Court
844 King St
Wilm De 19801

