June 24, 2008

Joni Johnson
182823 B.W.C.I.
660 Baylor Blvd
New Castle, DE 19720

United States District Court
The Honorable Gregory M. Sleet
United States District Judge
844 King St
Wilmington, DE 19801


FILED
JUL 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: 42 USC 1983 # 07:cv:394:GMS
prisoner suit

Dear Judge Sleet:

I am copying to you a letter I am sending to Catherine D'Amavandi, DAG assigned in this case.

The copy issue is or can be settled with making me 1 copy that can be used in the feeder of the larger machine. The originals of various sizes and coarseness will need to be copied first.

The only issue still not resolved is giving me access + research time.

One step at a time.

Sincerely,
Joni Johnson

June 24, 2008
Joni L. Johnson
00182823 U4D
Baylor Womens
Correctional Inst.
660 Baylor Blvd
New Castle, DE 19720

State of Delaware
Dept. of Justice
Catherine D'Amavandi, Esq
Deputy Attorney General
820 N. French St
Wilmington, DE 19801

RE: Service Order Requirement
07:CV:394:GMS

Dear Ms. D'Amavandi:

I received a Note, attached to my Court Issued "Service Order" of 4/15/08, from George O'Connor presumably Responding to my request, once again, for Preliminary Injunction. He states, "enclosed is a copy of the court order. Also, as per the D.A.G. Catherine D'Amavandi, you can send over the papers you need copied, the copies will be made and sent back to you." It is signed/typewritten "George O'Connor." Nothing regarding my need for Law Library Access for Research and other legal matters was mentioned.

Although, this is a Resolution to the numerous copies that I am in need of — it is unsatisfactory in that, I had a problem with O'Connor over a year ago when he took documents to copy at. Almost a thousand copied pages at one time, I could not straighten out the mess. Most of the documents were either dark backgrounds from leaving the lid up, or too light from turning down the toner. Worse, was his apparent dishevelment of the documents. Some evan had shoe prints on them.

I have always believed, considering his temperamental behaviors that he threw the papers in the air, and let them fall where they may. When the documents were returned to me — they were turned every which way but right and, predominantly unreadable. Therefore, I request to be present when the documents are copied.

I suggest we make a full clean set in his office, then take the clean even copies to the larger machine for the court ordered sets. Given the amount of time and work I have put into these documents, by hand — I just cannot trust O'Connor to take my only set.

This is based on over 15 months experience with inconsistent compliance with law library regulations, and access issues with 6th & 14th Amendment Protections.

Thank you for your promptly resolving this matter. If you are capable of resolving my access time, that too would be greatly appreciated.

Respectfully,
Eric L Johnson

cc: United States District Court
The Honorable Gregory M. Sleet

