To: The Honorable Gregory M. Sleet, U.S. District Court
From: Joni L. Johnson, I/m #00182823 unit 4 BWCI
RE: 07:394:GMS    (42 USC § 1983) Prisoner Suit
DATE: July 17, 2008
Copy: Catherine D'Amavandi, DAG

FILED
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Enclosed, please find a memo to George O'Connor, Law Librarian, BWCI and a copy of a memo to Catherine D'Amavandi, D.A.G., regarding the needed photocopy + law library access that I am continually denied in an attempt to frustrate my efforts in the 42 USC § 1983 claim of Civil Rights violations directed towards me at BWCI. The matter of Law Library Access is still an issue that prevents me from research, documents prep and photocopy requirements. The restrictions placed on me are strictly retaliatory and intended to harass me to the point of frustration of my efforts. It seems as though in the 1 year plus that we have been fighting back + forth in this issue - that the Institution Administration would have figured out by now, that I am not going to be intimidated by them. I am NOT going to quit because they give me a hard time over law library access, fake disciplinary infractions, placing me in a housing area that limits my ability to have contact w/ other I/m's, to help other I/m's under Johnson v. Avery, Jail House Lawyer Rule, and constant threats of violence with placement in dangerous situations that could have caused death, blindness or other serious injury. My law library time has come to 24 hours in 6½ months. That is less than 4 hours per month.

07:394: GMS    7/17/08  page 2

During the Court order of November 5, 2007 I was granted 4 hours per week. That was only temporary. Yet the law library is suppose to allow each unit 2 days per week. I am on unit 4 and our days are Tuesday And Thursday. The sign-up sheet is still in our unit from May 08. Our Policy manual says Anyone with A Court deadline will be given Priority. - This policy seems to apply to every I/m except Joni Johnson. Every time I hear I/m's (Always the same ones) from my unit called, I get ready - But he does not call Anymore. I still have not had any law library time or access to photo copies since May 23, 2008. The matter now is being used as A deterrant from Court filings, deadlines, + copier services As well as delaying the inevitable Service order as Required by August 15, 2008, followed by Discovery Issues. I believe they may be trying to force me into An "Access to the Courts" Issue Again. That really is An Already resolved Issue, and I have not missed Any Court deadlines. The hindering of my ability to Progressive further is strictly retaliation And harassment by Prison officials, of which George O'Connor is facilitating under supervision of his direct supervisor, Colleen Shotzburger, Tx Svc's, A △ in this matter.

07:394:Gms  7/17/08 p.3

## Hand written copy of typed memo

"To: Inmate Joni Johnson, SBI# 00182823
"From: George O'Connor, Paralegal II/Law Librarian
"Date: June 24, 2008
"RE: Copy of U.S. District Court order"

"Enclosed is the copy of the Court order. Also as per the DAG Catherine Damavandi, you can send over the papers you need copied, the copies will be made and sent back to you."

I responded on 6/24/08 to advise that I cannot risk my entire case documents by giving to O'Connor my only set. He claims it is too big of a job for his office copier. I agree. However, it can easily be used to make one clean set, give me back my originals and the clean set will easily go through the feeder without jams, etc. (The feeder jams is the "Alleged" reason for copies being messed up).
* I already had a copy of the Court order he sent to me *
- Furthermore, O'Connor's retaliation towards me is affecting my ability to complete hand written and hand copied documents, and is a form of harassment on behalf of Administration.
* I responded to this on 6/24 + have not had an answer.