To: Catherine Damavandi, Deputy Attorney General
From: Joni Johnson, 182823, BWCI Unit 4-D pod
Date: July 17, 2008
RE: Photo copy DOC's 07:CV:394:GMS
Copy: The Honorable Gregory M. Sleet, U.S District Court

    Enclosed, please find Another letter/memo/Request to George O'Connor, Law Librarian, BWCI, regarding the access to court ordered photocopies in my Civil Rights claim against various Delaware Dept of Corrections employees. The deadline for me having completed the service order is August 14, 2008. I have made tons of requests to you, O'Connor, Warden And Commissioner—And nobody does Anything. I received A memo from O'Connor, dated June 24, 2008 which states:

    "Enclosed is the copy of the Court order. Also, As per the DAG Catherine Damavandi, you can send over the papers you need copied, the copies will be made and sent back to you."
electronically signed, George O'Connor.

My impression of his memo (which I cannot photocopy) is that I am not permitted Law Library Access time, because he says I can "send over" the papers. Something needs to be done that will resolve All of these Retaliations At BWCI. I know the goal is to hinder my continuation with various Civil Rights claims And An Attempt to make me miss A deadline. I have No Choice but to ask Judge Sleet to resolve this problem.

To: George O'connor, Paralegal II / Law Librarian BWCI
From: Joni L. Johnson #00182823 Unit 4
DATE: July 16, 2008
RE: Photocopies Required for Court order of 4/15/08
U.S. District Court / The Honorable Gregory M. Sleet
Case No: 07-CV-394-GMS

Per your memo of June 24, 2008 you state that in order for me to be given the Court ordered Required photocopies, Catherine D'Amavandi, Deputy Attorney General has stated "you can send over the papers you need copied, the copies will be made and sent back to you" (Computer signed by George O'connor). Because of a problem you and I had back in July 2007 regarding photo copies of almost 800 copied pages — I had to put in the garbage because you made such a mess of them. — I am Not Able to "send over the papers" — which at this point would be my only copy. You can call me to the law library and make one clean set in your office, which will also work better in the feeder up front — And I will still hold my originals. I am Notifying the Court, the Deputy Attorney General and Commissioner Danberg that failure to provide me w/ Court ordered copied documents, consistent w/ my 6th Amend right to Court Access and 14th Amendment Due Process Right, I will request that this Court issue an order to show cause and/or any order that would require you to be held in Contempt of Court or obstruction of Justice.

cc: Commissioner Danberg through DAG D'Amavandi
    And U.S. Dist Court

