OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 29, 2008

TO:

**Joni L. Johnson**  
#182823  
Delores J. Baylor Women's Correctional Institution  
660 Baylor Boulevard  
New Castle, DE 19720

      **RE:  REQUEST FOR LOCAL RULES & COPY OF DOCKET**  
           **C.A. NO. 07-394 GMS**

Dear Mr. Johnson:

    Enclosed please find a copy of the Court's Local Rules and your receipt for $2.00 covering the cost of the Local Rules.

    Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **A copy of the docket is enclosed, free of charge for this request only**. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                               PETER T. DALLEO  
                                  CLERK

cc:   The Honorable Gregory M. Sleet  
enc.  Local Rules & Docket Sheet