OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 12, 2008

TO:

**Joni L. Johnson**
#182823
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

    **RE:  UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
        CIV. NO. 07cv394 GMS**

Dear Ms. Johnson:

    Please be advised that this office is in receipt of United States Marshal 285 forms for all defendants, **(enclosed and returned)**.  Please note that you have not signed or dated the forms.

    In order for your United States Marshal 285 forms to be acceptable for service they must be signed and dated by you.  Please find enclosed your USM 285 forms that need attention by you.  Please complete and return the forms.  Upon receipt, your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                    Sincerely,

/rwc                                         PETER T. DALLEO
                                                CLERK

cc:  The Honorable Gregory M. Sleet
enc. USM 285 forms needing signature