CA07-394 GMS

This envelope was Returned to me on 8/18/08 via ~~Inst mail~~

Joni Johnson
Again He is Acting out (O'Conner)



FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Joni Johnson, I/m 00162823
Baylor Womens Corr Inst
660 Baylor Blvd
New Castle, DE 19720

Legal Mail

Court Clerk of
The Honorable Gregory M. Sleet
844 King Street
Wilmington, DE 19801

Court file

July 24, 2008

To: George O'Connor, Law Librarian, BWCI
From: Joni Johnson, I/m # 00182823, Unit 4 D pod
Re: Law Library Time / U.S. District Court / case 07394 GMS
Copy: Warden Ryan, through Treatment Services
CC: Catherine D'AmaVandi, Deputy Attorney General and Representative on behalf of D.O.C.
 — Commissioner Carl Danberg, DOC
 — The Honorable Gregory M. Sleet
    U.S. District Court
    Case # 07:394:GMS

---

Thank you for finally calling me on Thursday, July 24, 2008 at 1:00pm. I asked Ms. Wolcott (C.O.) to inform you that I am currently quite ill, with what began as the Flu, has developed into Bronchitis and soon to be Pneumonia, I'm sure. As the work I need completed and copies to be made are all on a time sensitive scale, I request that you call me again Monday or Tuesday of next week. I am counting on your cooperation, and for you to call me within a week, as others are.

Furthermore, I need to know about what arrangements are being made to fulfill my 4/15/08 Service Order Requirements. Thank you for your prompt attention to this matter.

Hand copy

Joni Johnson

Jeni L Johnson #00183493
Baylor Womens Corr Inst.
660 Baylor Blvd
New Castle, De 19720

WILMINGTON DE 197
19 AUG 2008 PM 2 T

United States District Court
844 King St
Wilmington DE 19801

USA FIRST CLASS FOREVER