IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-394-GMS |
| | ) |
| COMMISSIONER CARL DANBERG, | ) |
| WARDEN PATRICK RYAN, COLLEEN | ) |
| SHOTZBURGER, C/O HICKS and | ) |
| CORPORAL BROWN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 15, 2008, the court entered a service order requiring the plaintiff, Joni L. Johnson ("Johnson") to provide the court with copies of the amended complaint (D.I. 25), supplement (D.I. 27), and first amended complaint (D.I. 40) for service upon the remaining defendants Commissioner Carl C. Danberg, Warden Patrick Ryan, Colleen Shotzbuger, C/O Hicks, and Corporal Brown within 120 days from the date of the order. (D.I. 48.) Recently, Johnson submitted documents for service, but made changes to them. For example, one document is entitled "Update of Original Complaint."

It appears that Johnson "updated" her amended complaint in an attempt to implement prior court rulings. Johnson, however, was ordered to provide **copies** of the amended complaint (D.I. 25), supplement (D.I. 27), and first amended complaint (D.I. 40) for service, not to provide "updated" copies.

THEREFORE, at Wilmington this 3rd day of September, 2008, IT IS HEREBY ORDERED that:

1. The service copies recently provided by Johnson shall be placed in the back of the court file and **will not** be used for service upon the remaining defendants.

2. The clerk of the court shall provide the plaintiff with copies of the amended complaint (D.I. 25), supplement (D.I. 27), and first amended complaint (D.I. 40).

3. The plaintiff shall, within **thirty days** from the date of this order, provide the court with copies of the amended complaint (D.I. 25), supplement (D.I. 27), and first amended complaint (D.I. 40) for service upon the remaining defendants Commissioner Carl C. Danberg, Warden Patrick Ryan, Colleen Shotzbuger, C/O Hicks, and Corporal Brown. She shall also provide service copies for the Attorney General for the State of Delaware.

4. Johnson is placed on notice that service copies received that have been altered in any way from the copies provided to her by the clerk of the court will be **rejected**. Failure to comply with this order to timely provide **identical** copies shall result in the case's dismissal without prejudice.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

SEP - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE