In The United States
District Court

Joni L. Johnson,
Π
    - VS -

CARL Danberg, Commissioner
Delaware Dept of Corrections;
Warden Patrick Ryan, B.W.C.I.;
Colleen Shotzburger, Treatment Services
Administrator; C.O. Hicks (FNU);
Corporal Brown of C+T Transport
Delaware Department of Corrections

07:394:GMS
Prisoner Suit

FILED
JUL 14 2009
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rule 11 Representation
To The Court 11(b)

I, Joni L. Johnson hereby certify
To the Court that to the best of my
Knowledge, information and belief submit
that Π has filed 42 USC § 1983 in Good
Faith, that said pleading is Not/has not
presented for any improper purpose, harassment
or delay; that the claims submitted
by Π in her pleading are warranted by
existing law, under Constitutional claims;

page 2

That the factual Contentions have evidentiary support And/or once Specifically identified A reasonable opportunity for further investigation or Discovery; Factual contentions will be or are supported by evidence And/or Reasonable basis and/or belief of the Information submitted.

T.'s 42 USC § 1983 is based on Constitutional violations that π Requests this Honorable Court to Grant specific Relief.

Issue one

— Conditions of the Building w/ Rust, Dust, Severe Mold, Worms + spiders. π Requests the Honorable Court to appoint a Special Monitor to oversee specific Required repairs to be Made And/or Nominal Damages for the existence of Respiratory (C.O.P.D. And Asthma) Exacerbations from these conditions.

page 3

## <u>Issue Two</u>

— That corrections officer, △ Hicks, in retaliation for △ filing A Grievance against him, MAnipulated A mentally ill, 18 year old, known violent inmate to hold π Hostage with A cup of heated Industrial Bleach Given to her by C.O. Hicks and instructed how and why she should use the bleach as A weapon. Ultimately the bleach was poured into the water resevoir of π's CPAP.

— Following that incident, Hicks again used A Mentally unstable Inmate to carry out his revenge. He told Inmate Lewis that if she carried out doing damage to π, she would not Get in trouble.

Page 1

The inmate then cut the Airway hose on Π's CPAP.

* Π requests sAnctions and Punitive and Compensatory damages for c.o. Hicks Actions and Prison Administrators, Shotzberg, Ryan and Commissioner Danberg failure to supervise and Act on these behaviors.

Issue Three

C + T Transport, Corporal Brown, by placing handcuffs on Π too tight, then intentionally jerking over Π's wrist bone, using Excessive force ⟶

page 5

which caused the large wrist bone to crack/Hairline break, without cause or justification to use the excessive Force. The Next 4 or 5 times TT was transported to Dover, Kent County Superior Court, Corporal Brown continued to Put cuffs on too tight, waist chain too tight and shackles too loose. As A result, TT recieved Bruising and swelling w/ severe pain on every Court Run in 2006+2007.

* TT requests Compensatory and Punitive Damages in accordance with Federal Rules of Civil Procedure.

page 6

## AFFiDAViT

I, Joni L. Johnson hereby swear under penalty of perjury that the foregoing Rule 11 Representation To the Court, is true and Correct to the full balance Knowledgable to π Joni Johnson.

And that,

π submits A true and correct Copy of the foregoing to the Deputy Attorney General, Catherine D'Amavandi, 820 N French st, Wilmington, DE 19801 on this 6th day of July, 2009.

George P. O'Connor

JUL 0 6 2009

GEORGE P. O'CONNOR
NOTARY Public, State of Delaware
My Commission Expires December 4, 2009

Joni R Johnson
Joni L. Johnson

Joni L Johnson
#182823 BWCI
600 Baylor Blvd
New Castle, De 19720

Confidential
Time Sensitive

United States District
Court For the District
of Delaware
844 N King St, LB 18
Wilmington, DE 19801

USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER
WILMINGTON

1980183519 C012